PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

*Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CUMULUS MEDIA INC.**, *et al.*, | : | **Case No. 17-13381 (SCC)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

**NOTICE OF PARTIAL ADJOURNMENT TO MARCH 12, 2018 AT 10:00 A.M. (ET) OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO CONTINUE CERTAIN ORDINARY COURSE INCENTIVE COMPENSATION PROGRAMS AND PAY CERTAIN CLAIMS RELATED THERETO**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Continue Certain Ordinary Course Incentive Compensation Programs and Pay Certain Claims Related Thereto* [Docket No. 300] (the "Motion") originally scheduled for February 8, 2018 at 2:00 p.m. (Eastern Time) has been adjourned solely with respect to the portion of the Motion seeking approval of the QIP and SIP Plans (as those terms are defined in the Motion) to **March 12, 2018 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object solely to the portion of the Motion seeking approval of the QIP and SIP Plans has been extended to **February 26, 2018 at 4:00 p.m. (Prevailing Eastern Time) solely for the Committee and the**

---

[1] The last four digits of Cumulus Media Inc.'s tax identification number are 9663. Because of the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/cumulus. The location of the Debtors' service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

**U.S. Trustee** (as such terms are defined in the Motion). The reply deadline for objections, if any, has been extended to **March 7, 2018 at 4:00 p.m. (Prevailing Eastern Time)].**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion with respect to all matters **other than** the QIP and SIP Plans (as those terms are defined in the Motion) is scheduled for **February 8, 2018 at 2:00 p.m. (Prevailing Eastern Time).** The deadline to object to the Motion with respect to all matters **other than** the QIP and SIP Plans (as those terms are defined in the Motion) was extended solely for the U.S. Trustee and the Committee (as such terms are defined in the Motion) to February 5, 2018 at 12:00 p.m. (ET), and the deadline to reply to such an objection, if any, was extended to February 6, 2018 at 12:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Motion in whole or in part may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 2, 2018
New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

_/s/ Paul M. Basta_
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
lclayton@paulweiss.com
jadlerstein@paulweiss.com
ctobler@paulweiss.com

*Counsel for Debtors and
Debtors in Possession*

2