MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CM WIND DOWN TOPCO INC., | : | Case No. 17-13381 (SCC) |
| | : | |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**SUMMARY SHEET FOR FINAL FEE APPLICATION OF MORITT HOCK & HAMROFF LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CUMULUS MEDIA, INC. FOR THE PERIOD OF <u>JANUARY 11, 2018 THROUGH JUNE 4, 2018</u>**

---

[1] The last four digits of Reorganized Debtor's tax identification number are 9663. The location of the Reorganized Debtors' service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

| | |
|---|---|
| Name of Applicant | Moritt Hock & Hamroff LLP |
| Professional Role | Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Interim or Final Application | Final |
| Effective Date of Order Approving Counsel's Retention | January 11, 2018 |
| Time Period Covered in Fee Application | January 11, 2018 through June 4, 2018 |
| Total Fees Applied for in this Fee Application | $43,813.50 |
| Total Expenses Applied for in this Fee Application | $147.66 |

## SUMMARY OF FEES AND EXPENSES PAID TO DATE AND THE BALANCE OF FEES AND EXPENSES

| Period | Fees Incurred | Fees Requested in Monthly Fee Statements (80%) | Expenses Incurred | Total Fees and Expenses Paid | Balance |
|---|---|---|---|---|---|
| Jan. 11, 2018-Feb. 28, 2018 | $11,368.00 | $9,094.00 | $0.00 | $9,094.00 | |
| March 1, 2018-March. 31, 2018 | $26,989.00 | $21,591.20 | $141.66 | $21,732.96 | |
| April 1, 2018- April,30 2018 | $ 3,888.50 | $ 3,110.08 | $5.90 | $3,115.98 | |
| May 1, 2018-May 31, 2018 | $1,568.00 | $1,254.20 | $0.00 | $1,568.00 | |
| June1, 2018-June 4, 2018 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **TOTAL:** | $43,813.50 | $38,049.48 | $147.66 | $35,510.94 | $8,450.22 |

**SUMMARY OF TIMEKEEPERS RENDERING SERVICES FOR THE TOTAL COMPENSATION PERIOD (JANUARY 11, 2018 – JUNE 4, 2018)**

| PARTNERS | DEPARTMENT | STATE OF BAR ADMISSION – YEAR | HOURS | AMOUNT |
|---|---|---|---|---|
| James P. Chou | Litigation | NY, 1997 NJ, 1996 | 77.0 | 43,120.00 |
| | | | | |
| | | | | **$43,120.00** |
| | | | | |
| LEGAL ASSISTANTS | DEPARTMENT | | HOURS | AMOUNT |
| Camille Hay | Litigation | N/A | 1.7 | $221.00 |
| Sheila Marino-Thomas | Litigation | N/A | 2.1 | $472.50 |
| | | | | |
| | | | | **$693.50** |
| | | | | |
| **Total Hours/Fees Requested** | | | | **$43,813.50** |

MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CM WIND DOWN TOPCO INC., | : | Case No. 17-13381 (SCC) |
| | : | |
| Reorganized Debtors.[2] | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

**FIRST AND FINAL FEE APPLICATION OF**
**MORITT HOCK & HAMROFF LLP FOR ALLOWANCE AND PAYMENT OF**
**FEES AND EXPENSES AS CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**JANUARY 11, 2018 THROUGH JUNE 4, 2018**

Moritt Hock & Hamroff LLP ("Moritt Hock"), conflicts counsel for the Official

Committee of Unsecured Creditors (the "Committee") of Cumulus Media Inc., *et al.*

(collectively, the "Debtors") submits this *First and Final Fee Application of Moritt Hock &*

*Hamroff LLP for Allowance and Payment of Fees and Expenses as Conflicts Counsel to the*

*Official Committee of Unsecured Creditors for the Period from January 11, 2018 through June*

*4, 2018* (the "Final Fee Application") seeking final allowance of fees in the amount of

$43,813.50 and reimbursement of expenses in the amount of $147.66 for the period from January

---

[2] The last four digits of Reorganized Debtor's tax identification number are 9663. The location of the Reorganized Debtors' service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

11, 2018 through June 4, 2018 (the "Total Compensation Period").  In support of this Final Fee Application, Moritt Hock respectfully submits the following:[3]

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Final Fee Application pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1* (the "Local Guidelines"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 161], the applicable provisions of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), and the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 769] (the "Confirmation Order").  Attached hereto as Exhibit A is a certification regarding compliance with the Local Guidelines.

---

[3]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the *First Amended Joint Plan of Reorganization of Cumulus Media, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 446] (the "Plan").

## BACKGROUND

**A.    The Debtors' Chapter 11 Cases and Moritt Hock's Retention**

4.    On November 29, 2017 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  During the chapter 11 cases, the Debtors continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5.    On December 11, 2017 (the "Formation Date"), pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee [Docket No. 96].  On December 11, 2017, the Committee selected Akin Gump Strauss Hauer & Feld LLP to serve as counsel to the Committee, and on December 12, 2017, the Committee selected Moelis & Company LLC ("Moelis") as its financial advisor.

6.    On December 21, 2017 the Court entered the Interim Compensation Order.

7.    On January 11, 2018, the Committee selected Moritt Hock to serve as conflicts counsel to the Committee and on February 9, 2018, the Committee filed an application to retain Moritt Hock as the Committee's conflicts counsel [Docket No. 441].  On February 28, 2018, the Court entered an order approving the retention of Moritt Hock as conflicts counsel to the Committee *nunc pro tunc* to January 11, 2018 (the "Retention Order") [Docket no. 449].  The Retention Order authorizes Moritt Hock be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

8.    On May 10, 2018, the Court entered the Confirmation Order, pursuant to which the Court confirmed the *Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Plan").  The Plan became effective as of June 4, 2018

3

(the "Effective Date"), per the *Notice of (I) Entry of Order Confirming the Debtors First Amended Joint Chapter 11 Plan of Reorganization, (II) Occurrence of Effective Date, and (III) Certain Bar Dates* [Docket No. 821]. Pursuant to Article II.A.2(a) of the Plan, all final requests for payment of Professional Fee Claims must be filed and served no later than 60 days after the Effective Date (*i.e.*, August 3, 2018).

**B. Monthly Fee Statements**

9.     On March 20, 2018, Moritt Hock submitted the *First Monthly Fee Statement of Moritt Hock & Hamroff LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Conflicts Counsel to the Official Committee of Unsecured Creditors from January 11, 2018 through January 31, 2018* (the "First Fee Statement"), pursuant to which Moritt Hock sought payment of (i) $9,094.00 (80% of $11,368.00) as compensation for professional services rendered and (ii) $0.00 for reimbursement of expenses.

10.     On April 20, 2018, Moritt Hock submitted the *Second Monthly Fee Statement of Moritt Hock & Hamroff LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Conflicts Counsel to the Official Committee of Unsecured Creditors from March 1, 2018 through March 30, 2018* (the "Second Fee Statement"), pursuant to which Moritt Hock sought payment of (i) $21,591.20 (80% of $26,989.00) as compensation for professional services rendered and (ii) $141.76 for reimbursement of expenses.

11.     On May 21, 2018, Moritt Hock submitted the *Third Monthly Fee Statement of Moritt Hock & Hamroff LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Conflicts Counsel to the Official Committee of Unsecured Creditors from April 1, 2018 Through April 30, 2018* (the "Third Fee Statement"), pursuant to which Moritt Hock sought payment of (i) $3,110.08 (80% of $$3,888.50) as compensation for professional services rendered and (ii) $5.90 for reimbursement of expenses.

4

12.     On July 3, 2018, Moritt Hock submitted the *Fourth Monthly Fee Statement of Moritt Hock & Hamroff LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Conflicts Counsel to the Official Committee of Unsecured Creditors from Mayl 1, 2018 Through May 31, 2018* (the "Fourth Fee Statement", together with the First Fee Statement, the Second Fee Statement, and the Third Fee Statement, collectively, the "Monthly Fee Statements"), pursuant to which Moritt Hock sought payment of (i) $1,254.40 (80% of $1,569.00) as compensation for professional services rendered and (ii) $0.00 for reimbursement of expenses.

13.     Pursuant to this Final Fee Application, Moritt Hock seeks final approval and payment of fees and expenses that were requested pursuant to the Monthly Fee Statements. A monthly summary of amounts billed by Moritt Hock and amounts paid by the Debtors during the Total Compensation Period is set forth in the following chart:

| Period | Fees Incurred | Fees Requested in Monthly Fee Statements (80%) | Expenses Incurred | Total Fees and Expenses Paid | Balance |
|---|---|---|---|---|---|
| Jan. 11, 2018-Feb. 28, 2018 | $11,368.00 | $9,094.00 | $0.00 | $9,094.00 | |
| March 1, 2018-March. 31, 2018 | $26,989.00 | $21,591.20 | $141.66 | $21,732.96 | |
| April 1, 2018- April,30 2018 | $ 3,888.50 | $ 3,110.08 | $5.90 | $3,115.98 | |
| May 1, 2018-May 31, 2018 | $1,568.00 | $1,254.20 | $0.00 | $1,568.00 | |
| June1, 2018-June 4, 2018 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **TOTAL:** | $43,813.50 | $38,049.48 | $147.66 | $35,510.94 | $8,450.22 |

## C.  U.S. Trustee Guidelines

14.    Moritt Hock responds to the following questions raised in the U.S. Trustee

Guidelines:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain. | | **No** | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | | **N/A** |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | **No** | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees. | **Yes** | | Hours: 20.4

Fees: $7,220.50 |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. | | **No** | |
| Does the fee application include any rate increases since retention in this case? | | | |

15.    The compensation requested in connection with services provided during the

Compensation Period are supported by the following Exhibits[4] annexed hereto:

(a)    <u>Exhibit B</u> contains disclosures of "customary and comparable compensation."

(b)    <u>Exhibit C</u> contains summaries of Moritt Hock timekeepers included in this Final Fee Application.

---

[4]    Exhibits B-G are patterned on the U.S. Trustee Guidelines.

6

(c)     Exhibit D contains summaries of the value of the hours billed by project category.

(d)     Exhibit E summarizes by category the expenses for which allowance is sought in this Final Fee Application.

(e)     Exhibit F is a chart summarizing Moritt Hock's fees and expenses that have paid been to date and those that remain outstanding.

(f)     Exhibit G contains copies of the Monthly Fee Statements submitted by Moritt Hock during the Compensation Period, which include detailed time records maintained by Moritt Hock during the Compensation Period and narrative descriptions of the services rendered by each timekeeper.

**ACTUAL AND NECESSARY FEES AND EXPENSES**

16.     As noted above, summaries of actual and necessary fees and expenses incurred by Moritt Hock timekeepers during the Compensation Period are attached hereto as Exhibit C and daily logs of actual and necessary fees and expenses are included with the Monthly Fee Statements attached as Exhibit G.   Moritt Hock's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, since the needs of each client for such services differ.   Moritt Hock believes that it is fairest to charge each client only for the services actually used in performing services for such clients.

**SUMMARY OF SERVICES RENDERED BY PROJECT CATEGORY**

17.     During the chapter 11 cases, Moritt Hock advised and rendered services to the Committee as requested and as appropriate in furtherance of the interests of unsecured creditors. Among other things, Moritt Hock prepared and filed applications and pleadings submitted to this Court for consideration, and performed other necessary professional services, which are described in detail herein.

18.     The following summary of services rendered during the Total Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day

7

services and the time expended in performing such services are fully set forth in Moritt Hock's

time records attached as Exhibit G. Instead, the summary of services highlights certain of those

areas in which significant services were rendered to the Committee

A. **Moritt Hock Fee Application/Monthly Billing Reports – Task Code 003**

Compensation Period Fees: $10,720.50    Hours: 20.4

19.    This category includes time preparing and drafting fee statements and fee

applications pursuant to the Interim Compensation Order. This category also includes time

reviewing billing records and time entries to ensure compliance with confidentiality rules and

applicable provisions of the Bankruptcy Code.

B. **Retention of Professionals – Task Code 0006**

Compensation Period Fees: $7,840.00    Hours: 14.0

20.    This category includes time reviewing and analyzing fee statements and fee

applications filed by other professionals in these chapter 11 cases and advising the Committee

members with respect to any issues or potentially objectionable requests for compensation. This

category also includes time spent assisting Moelis with the filing of its fee statements and fee

applications.

C. **General Adversary Proceedings/Litigation Matters – Task Code 0017**

Compensation Period Fees: $25,253.00    Hours: 46.4

21.    This category includes time spent by Moritt Hock related to litigation matters.

Specifically, the vast majority of time billed by Moritt Hock professionals in this category

related to the various litigation-related tasks in connection with the *Objection of the Official

Committee to Confirmation of the First Amended Joint Plan of Reorganization of Cumulus

Media Inc*. [Docket No. 591] (the "Committee Confirmation Objection"). These tasks included,

8

among other things, preparation of discovery demands, and review of documents relating to valuation of the Debtors' enterprise, preparation for and participation in the deposition of a member of the Ad Hoc Group of Term Lenders, meetings and conference calls with counsel in connection with all of the above.

## VALUATION OF SERVICES

22.     As set forth in the charts attached hereto as Exhibit C, the attorneys and paraprofessionals of Moritt Hock expended a total of 80.8 hours during the Compensation Period.  The specific categories of the work performed by Moritt Hock during the Compensation Period are set forth in the charts attached hereto as Exhibit D.  Moritt Hock has charged its normal hourly rates for work of this character.  The reasonable value of the services rendered by Moritt Hock to the Committee during the Compensation Period is $43,813.50.

23.     In accordance with the factors enumerated in Bankruptcy Code section 330, Moritt Hock respectfully submits that the amount requested by Moritt Hock is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other for non-bankruptcy cases.  Moreover, Moritt Hock has reviewed Rule 2016-1 of the Local Rules and believes this Final Fee Application complies with such Rules.

## ACTUAL AND NECESSARY DISBURSEMENTS

24.     As set forth in the summary sheets filed contemporaneously with this Final Fee Application, Moritt Hock made disbursements totaling $147.66 for actual, necessary expenses incurred in connection with Moritt Hock's representation of the Committee during the Compensation Period.  Moritt Hock's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, as it relates to computerized research, Moritt Hock believes that it does not make a

9

profit on that service as a whole although the cost of any particular search is difficult to ascertain.

Other reimbursable expenses passed through "at cost" (whether the service is performed by

Moritt Hock in-house or through a third party vendor) include facsimiles, toll calls, overtime

meals, deliveries, court costs, transcript fees, discovery and temporary legal staffing services,

travel and clerk fees.

25.     A summary of all disbursements organized by category is set forth in Exhibit E.

## FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

26.     Section 330 of the Bankruptcy Code authorizes the Court to award professional

persons employed pursuant to section 1103 of the Bankruptcy Code reasonable compensation for

actual and necessary services rendered and reimbursement for actual and necessary expenses

incurred. *See* 11 U.S.C. § 330.

27.     Specifically, section 330(a) of the Bankruptcy Code provides:

(1)     After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

    (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)     reimbursement for actual, necessary expenses . . .

\* \* \*

(3)     In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

    (A)     the time spent on such services;

    (B)     the rates charged for such services;

10

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(1) and (a)(3).

28.    Moritt Hock respectfully submits that the elements governing awards of compensation pursuant to sections 330 and 331 of the Bankruptcy Code justify the allowance of the fees and expenses incurred in its representation of the Committee during the Compensation Period.

**<u>NO PRIOR REQUEST</u>**

29.    No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of Page Intentionally Blank]*

11

**WHEREFORE**, Moritt Hock respectfully requests the final allowance of fees in the amount of $43,813.50 as compensation for necessary professional services rendered and $147.66 as reimbursement of actual necessary costs and expenses to Moritt Hock.  As $35,510.94 has already been paid, there is a remaining total of $8,302.56 in fees and reimbursable expenses owed to Moritt Hock.  Moritt Hock respectfully requests that the above fees and expenses be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
          August 3, 2018

                                        **MORITT HOCK & HAMROFF LLP**

                                        By:      */s/ James P. Chou_____*
                                                 James P. Chou
                                                 1407 Broadway
                                                 Suite 3900
                                                 New York, New York 10018
                                                 Telephone: (212) 239-2000
                                                 Facsimile: (212) 239-7277
                                                 jchou@moritthock.com

                                        *Conflicts Counsel to the Official Committee of
                                        Unsecured Creditors of Cumulus Media, Inc., et
                                        al.*

12

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re: : Chapter 11
:
CM WIND DOWN TOPCO INC., : Case No. 17-13381 (SCC)
:
Reorganized Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE FIRST AND FINAL
FEE APPLICATION OF MORITT HOCK & HAMROFF LLP FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM JANUARY 11, 2018 THROUGH JUNE 4, 2018</u>**

I, James P. Chou, hereby certify that:

1.        I am a partner at Moritt Hock & Hamroff LLP ("<u>Moritt Hock</u>"), conflicts counsel for the

Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Cumulus Media Inc., *et al.*

(collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases.

2.        This certification is made in respect of Moritt Hock's compliance with General Order M-

447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New*

*York Bankruptcy Cases pursuant to Local Rule 2016-1* (the "<u>Local Guidelines</u>"), the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the

"<u>Interim Compensation Order</u>") [Docket No. 161], the applicable provisions of the *Appendix B Guidelines*

*for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States*

*Code by Attorneys in Larger Chapter 11 Cases* (the "<u>U.S. Trustee Guidelines</u>"), for final compensation and

reimbursement of expenses for the period from January 11, 2018 through June 4, 2018.

3.        In compliance with Section B.1 of the Local Guidelines, the undersigned certifies that:

(a) The undersigned has read the Final Fee Application;

---

[1] The last four digits of the Reorganized Debtor's tax identification number is 9663.  The location of the Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

14

(b) To the best of the undersigned's knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought fall within the Local Guidelines;

(c) The fees and expenses sought are billed at rates and in accordance with practices customarily employed by Moritt Hock and generally accepted by Moritt Hock's clients;

(d) In providing a reimbursable service, Moritt Hock does not make a profit on the service, whether the service is performed by Moritt Hock in-house or through a third party;

(e) The Debtors and the Committee have been provided with a statement of fees and expenses that have accrued during each month by the filing and serving of the Monthly Fee Statements in accordance with the Interim Compensation Order; and

(f) The Debtors and the former chair of the Committee have been provided with a copy of the Final Fee Application at least 14 days before the date set for the hearing on the Final Fee Application.

Dated: New York, New York
     August 3, 2018

By: */s/ James P. Chou*---------------------------------
    James P. Chou
    Moritt Hock & Hamroff LLP
    1407 Broadway, 39th Floor
    New York, New York 10018
    Telephone: (212) 239-2000
    Facsimile (212) 239-7277
    jchou@moritthock.com

*Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Cumulus Media Inc., et al.*

15

## EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES DURING
## TOTAL COMPENSATION PERIOD (JANUARY 11, 2018 - JUNE 4, 2018)*

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding fiscal year (FY2017)** | Billed in Total Compensation Period |
| Partner | $545.00 | $560.00 |
| Paralegal | $244.95 | $221.00 |
| **Aggregated** | **$789.95** | **$781.00** |

* This chart discloses (i) the blended hourly rate for the preceding year for the aggregate of relevant timekeepers in the domestic offices of Moritt Hock in which timekeepers collectively billed more than 10% of the hours in these chapter 11 cases during the Compensation Period (*i.e.* New York), segregated by rank, and excluding all data from timekeepers practicing primarily in the Financial Restructuring group and (ii) the blended hourly rate for timekeepers that billed time that was included in the Total Compensation Period.

** This data was calculated using the billed hours and rates from the 2017 fiscal year for timekeepers with the same positions as timekeepers on the Final Fee Application (*i.e.* partner and paralegal).  This data reflects diverse staffing and fee arrangements, in addition to hourly billing structures, in the New York Office

## EXHIBIT C

## SUMMARY OF TIMEKEEPERS RENDERING SERVICES FOR THE TOTAL COMPENSATION PERIOD (JANUARY 11, 2018 – JUNE 4, 2018)

| PARTNERS | DEPARTMENT | STATE OF BAR ADMISSION – YEAR | HOURS | AMOUNT |
|---|---|---|---|---|
| James P. Chou | Litigation | NY, 1997 NJ, 1996 | 77.0 | $43,120.00 |
| | | | | |
| | | | | **$43,120.00** |
| | | | | |
| **LEGAL ASSISTANTS** | **DEPARTMENT** | | **HOURS** | **AMOUNT** |
| Camille Hay | Litigation | N/A | 1.7 | $221.00 |
| Sheila Marino-Jackson | Litigation | N/A | 2.1 | $472.50 |
| | | | | |
| | | | | **$693.50** |
| | | | | |
| | | | | |
| **Total Hours/ Fees Requested** | | | **80.8** | **$43,813.50** |

## EXHIBIT D

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY
### (JANUARY 11, 2018 – JUNE 4, 2018)

| Project Category | Hours Billed 1/11/18-6/4/18 | Fees Sought 1/11/18-6/4/18 |
|---|---|---|
|  |  |  |
| Moritt Hock Fee Application/Monthly Billing Reports (0003) | 20.4 | $10,720.50 |
| Retention of Professionals (0006) | 14.0 | $7,840.00 |
| General Adversary Proceedings/Litigation Matters (0017) | 46.4 | $25,253.00 |
| **TOTAL** | **80.8** | **$43,813.50** |

**EXHIBIT E**

**SUMMARY OF EXPENSES**
**(JANUARY 11, 2018 – JUNE 4, 2018)**

| Expense Category | Amount |
|---|---|
| Meals - Business | $74.56 |
| Travel - Ground Transportation | $73.10 |
|  |  |
| **TOTAL:** | $147.66 |

**EXHIBIT F**

**SUMMARY OF FEES AND EXPENSES PAID TO DATE AND THE BALANCE OF FEES AND EXPENSES**

| Period | Fees Incurred | Fees Requested in Monthly Fee Statements (80%) | Expenses Incurred | Total Fees and Expenses Paid | Balance |
|---|---|---|---|---|---|
| Jan. 11, 2018-Feb. 28, 2018 | $11,368.00 | $9,094.00 | $0.00 | $9,094.00 | |
| March 1, 2018-March. 31, 2018 | $26,989.00 | $21,591.20 | $141.66 | $21,732.96 | |
| April 1, 2018- April,30 2018 | $ 3,888.50 | $ 3,110.08 | $5.90 | $3,115.98 | |
| May 1, 2018-May 31, 2018 | $1,568.00 | $1,254.20 | $0.00 | $1,568.00 | |
| June1, 2018-June 4, 2018 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **TOTAL:** | $43,813.50 | $38,049.48 | $147.66 | $35,510.94 | $8,450.22 |

## EXHIBIT G

**Detailed Description of Fees, Expenses and Disbursements**

MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CUMULUS MEDIA INC., *et al.*, | : | Case No. 17-13381 (SCC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## FIRST MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CUMULUS MEDIA INC. FOR THE PERIOD OF JANUARY 11, 2018-FEBRUARY 28, 2018

---

[1] The last four digits of Cumulus Media Inc.'s tax identification number are 9663. Because of the large number of Debtors in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/cumulus. The location of the Debtors' service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

Moritt Hock & Hamroff LLP ("Moritt Hock"), conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Cumulus Media Inc., *et al.* (collectively, the "Debtors"), hereby submits this statement of fees and disbursement covering the period January 11, 2018, through and including February 28, 2018 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 161].  Moritt Hock requests interim allowance and payment of compensation in the amount of $9,094.00 (80% of $11,368.00) for fees on account of reasonable and necessary professional services rendered for the Creditors' Committee by Moritt Hock.  Moritt Hock does not seek reimbursement of any actual and/or necessary costs and expenses in this application, as no such costs and expenses were incurred during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1.  **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

2.  **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

1

3. **Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump

professionals and paraprofessionals that provided services to the Creditors' Committee during

the Compensation Period.

Dated: New York, New York
March 20, 2018

**MORITT HOCK & HAMROFF LLP**

By:     */s/ James P. Chou*_____
James P. Chou
1407 Broadway
Suite 3900
New York, New York 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

*Conflicts Counsel to the Official Committee of
Unsecured Creditors of Cumulus Media Inc.,
et al.*

## EXHIBIT A

Cumulus Media Inc.
Committee of Unsecured Creditors
January 11, 2018 through February 28, 2018.

| PARTNER | DEPARTMENT | STATE OF BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| James P. Chou | Litigation | N.Y., 1997<br>N.J., 1996 | 20.3 | $560.00 | $11,368.00 |

## EXHIBIT B

## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| 6 | Retention of Professionals | 9.7 | $5,432.00 |
| 17 | General Adversary Proceedings/Litigation Matters | 10.6 | $5,936.00 |
| | Total: | 20.3 | $11,368.00 |

## EXHIBIT C

## ITEMIZED FEES

| Date | Time Keeper | Time | Task Code | Description |
|---|---|---|---|---|
| 1/11/18 | JPC | .1 | 17 | Call with S. O'Donnell re: case background, conflicts role and objective for conflicts counsel |
| 1/11/18 | JPC | .2 | 6 | Draft internal email to admin: disclosure of relationships for retention application |
| 1/11/18 | JPC | .1 | 17 | Call with S. O'Donnell and K. Tongalson re: further case background, strategy and immediate steps re: discovery requests to term lenders |
| 1/11/18 | JPC | .6 | 17 | Analyze current draft of Committee's document demands on Term Lender Group |
| 1/11/18 | JPC | .5 | 17 | Review Committee's document demands on Debtors |
| 1/11/18 | JPC | .5 | 17 | Review Committee's objections and responses to Debtors' document demands |
| 1/11/18 | JPC | .1 | 17 | Review proposed email to Term Lender Group re: document demands |
| 1/11/18 | JPC | .2 | 17 | Review latest draft of document demands to Term Lender Group |
| 1/11/18 | JPC | .3 | 17 | Revise document demands to Term Lender Group |
| 1/11/18 | JPC | .1 | 17 | Revise email to all counsel re: proposed document demands to Term Lender Group |
| 1/11/18 | JPC | .2 | 17 | Email with S. O'Donnell re: service of document demands on all counsel |
| 1/11/18 | JPC | .2 | 17 | Prepare email with document demands for service and circulation to all counsel |
| 1/11/18 | JPC | .1 | 17 | Attend to additional email with document demands to additional counsel |
| 1/11/18 | JPC | .1 | 6 | Analyze comprehensive list of debtors for disclosure requirements for retention application |

5

| 1/12/18 | JPC | .1 | 17 | Call with S. O'Donnell and K. Tongalson re: status and next steps re: valuation dispute |
|---|---|---|---|---|
| 1/12/18 | JPC | .3 | 17 | Review materials relevant to case background and valuation dispute |
| 1/12/18 | JPC | 1.5 | 17 | Review and analyze Abbot First Day Declaration (including and attached schedules and exhibits) |
| 1/12/18 | JPC | .5 | 17 | Review and analyze First Day Presentation deck |
| 1/12/18 | JPC | .5 | 6 | Review and analyze Order re: Procedures for Interim Compensation and Reimbursement |
| 1/12/18 | JPC | .2 | 17 | Review and analyze Discovery Order and Schedule in connection with Plan Confirmation |
| 1/12/18 | JPC | .2 | 17 | Review and analyze Protective Order |
| 1/16/18 | JPC | .5 | 17 | Call with Akin Gump re: case issues and logistics. |
| 1/18/18 | JPC | .1 | 6 | Email to G. Ritacco re: retention application |
| 1/19/18 | JPC | .1 | 17 | Call with S. O'Donnell re: case status |
| 2/1/18 | JPC | .1 | 6 | Review email from G. Ritacco re: retention app and additional disclosure requirements |
| 2/1/18 | JPC | .2 | 6 | Review Akin Gump retention application |
| 2/2/18 | JPC | .1 | 6 | Review follow-up email from G. Ritacco re: disclosure requirements |
| 2/2/18 | JPC | .3 | 6 | Analyze additional disclosure requirements from G. Ritacco |
| 2/4/18 | JPC | .1 | 6 | Email from and to J. Thompson re: Moritt Hock retention application |
| 2/4/18 | JPC | .5 | 6 | Review and revise retention application |
| 2/5/18 | JPC | .1 | 6 | Call with J. Thompson re: retention application and disclosure requirements |
| 2/5/18 | JPC | .3 | 6 | Review materials from J. Thompson |

6

| 2/5/18 | JPC | .2 | 6 | Email with J. Thompson re: retention application and disclosure requirements |
|---|---|---|---|---|
| 2/5/18 | JPC | .2 | 6 | Review materials re: retention application |
| 2/5/18 | JPC | .2 | 6 | Draft inserts for retention application |
| 2/7/18 | JPC | .1 | 6 | Review email from J. Thompson re: draft retention application and additional information |
| 2/7/18 | JPC | 1.1 | 6 | Review draft Moritt Hock retention application |
| 2/7/18 | JPC | .1 | 6 | Internal email to bankruptcy chair (L. Berkoff) re: Moritt Hock retention application |
| 2/7/18 | JPC | .3 | 6 | Review information re: Moritt Hock representative bankruptcy and litigation experience |
| 2/7/18 | JPC | .1 | 6 | Email to J. Thompson re: retention application |
| 2/8/18 | JPC | 1.2 | 6 | Review and analyze information for disclosure in retention app |
| 2/8/18 | JPC | .1 | 6 | Email with G. Ritacco re: retention application |
| 2/8/18 | JPC | .7 | 6 | Draft disclosure sections for retention application |
| 2/8/18 | JPC | .1 | 6 | Call with G. Ritacco re: retention application |
| 2/8/18 | JPC | .1 | 6 | Review voicemail from G. Ritacco re: retention application |
| 2/8/18 | JPC | .1 | 6 | Email to G. Ritacco re: retention application |
| 2/9/18 | JPC | .2 | 6 | Review Chou declaration |
| 2/9/18 | JPC | .1 | 6 | Email to J. Thompson re: execution of declaration |
| 2/9/18 | JPC | .5 | 6 | Review final version of conflicts counsel application |
| 2/15/18 | JPC | .1 | 6 | Review email from G. Ritacco re: comments from U.S. Trustee re: conflicts counsel retention application |
| 2/15/18 | JPC | .1 | 6 | Review supplemental Chou declaration for retention application |

7

| 2/15/18 | JPC | .1 | 6 | Review revised conflicts counsel proposed order |
|---------|-----|-----|-----|--------------------------------------------------|
| 2/15/18 | JPC | .4 | 6 | Gather information in response to U.S. Trustee comments |
| 2/15/18 | JPC | .1 | 6 | Call with G. Ritacco re: supplemental submission in response to U.S. Trustee comments |
| 2/15/18 | JPC | .1 | 6 | Email to G. Ritacco re: execution of supplemental declaration. |
| 2/16/18 | JPC | .1 | 6 | Review email from Moritt Hock administration (D. Federline) re: U.S. Trustee inquiry |
| 2/16/18 | JPC | .1 | 6 | Email to G. Ritacco re: response to inquiry re: Moritt Hock retention application |
| 2/16/18 | JPC | .1 | 6 | Review email from G. Ritacco re: revisions to supplemental Chou declaration |
| 2/16/18 | JPC | .1 | 6 | Review redline of supplemental Chou declaration |
| 2/16/18 | JPC | .1 | 6 | Email to G. Ritacco re Chou declaration. |
| 2/16/18 | JPC | .1 | 17 | Review voicemail message re: deposition notices, including possible deposition notice on Term Lender Group |
| 2/16/18 | JPC | .1 | 17 | Call with W. Mongan re: possible deposition notice on Term Lender Group |
| 2/16/18 | JPC | .1 | 17 | Review email from W. Mongan re: deposition notice to Term Lenders and logistics |
| 2/16/18 | JPC | .1 | 17 | Email to W. Mongan re: deposition notice to Term Lenders |
| 2/16/18 | JPC | .6 | 17 | Review and analyze current draft of deposition notice to Term Lenders |
| 2/16/18 | JPC | .2 | 17 | Revise and finalize deposition notice to Term Lenders |
| 2/16/18 | JPC | .1 | 17 | Email with W. Mongan and D. Chapman re: scheduling of deposition for notice to Term Lenders |
| 2/16/18 | JPC | .1 | 17 | Email from W. Mongan re: scheduling and applicable |

| | | | | |
|---|---|---|---|---|
| | | | | fact deposition cutoff deadline |
| 2/16/18 | JPC | .2 | 17 | Prepare email to all counsel re: service of deposition notice on Term Lenders |
| 2/16/18 | JPC | .1 | 17 | Review Cross Holder joinder to Committee deposition notices |
| 2/16/18 | JPC | .2 | 17 | Review email from W. Mongan with additional Committee deposition notices |
| 2/19/18 | JPC | .2 | 17 | Review email from W. Mongan with attached comp notices |
| 2/20/18 | JPC | .1 | 6 | Review email from G. Ritacco re: request for revision to supplemental declaration |
| 2/20/18 | JPC | .1 | 6 | Review redline of supplemental declaration |
| 2/20/18 | JPC | .1 | 17 | Review email from counsel to distribution list from Debtor re: scheduling |
| 2/20/18 | JPC | .1 | 17 | Review email from W. Mongan to distribution list re: UCC expert disclosures |
| 2/20/18 | JPC | .1 | 17 | Review Momtazee notice and subpoena from Debtors |
| 2/23/18 | JPC | .2 | 17 | Review Moelis notice and subpoena from Debtors |
| 2/25/18 | JPC | .1 | 17 | Review Abbot notice of deposition |
| 2/25/18 | JPC | .1 | 17 | Review Marcus notice of deposition |
| 2/27/18 | JPC | .1 | 17 | Review email from D. Chapman re: Term Lender deposition and inquiry re: response from APKS |
| 2/27/18 | JPC | .1 | 17 | Confer with W. Mongan re: potential deposition of Term Lender Group |
| 2/27/18 | JPC | .2 | 17 | Review deposition notice on Term Lender Group |
| 2/27/18 | JPC | .2 | 17 | Prepare and send email to counsel for Term Lender Group re: scheduling |
| 2/27/18 | JPC | .1 | 17 | Review email from K. Gooch (APKS) re: objections to deposition notice and scheduling of Term Lender |

| | | | | |
|---|---|---|---|---|
| | | | | witness |
| 2/27/18 | JPC | .5 | 17 | Review and analyze Term Lender objections and responses to deposition notice |
| 2/28/18 | JPC | .1 | 6 | Review Order Authorizing Moritt Hock Retention |
| 2/28/18 | JPC | .2 | 17 | Confer with W. Mongan re: current deposition schedule and status of Term Lender deposition |
| | | | | |
| **TOTAL** | | 20.3 | | |

MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CUMULUS MEDIA INC., *et al.*, | : | Case No. 17-13381 (SCC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**SECOND MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CUMULUS MEDIA, INC. FOR THE PERIOD FROM <u>MARCH 1, 2018 TO MARCH 31, 2018</u>**

---

[1] The last four digits of Cumulus Media Inc.'s tax identification number are 9663. Because of the large number of Debtors in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/cumulus. The location of the Debtors' service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

Moritt Hock & Hamroff LLP ("Moritt Hock"), conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Cumulus Media Inc., *et al.* (collectively, the "Debtors"), hereby submits this statement of fees and disbursement covering the period from March 1, 2018, through and including March 31, 2018 (the "Compensation Period") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals (the "Interim Compensation Order") [Docket No. 161]. Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $21,591.20 (80% of $26,989.00) for fees on account of reasonable and necessary professional services rendered for the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $141.76 incurred by Moritt Hock during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

2.    **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

1

3. **Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

### EXPENSES INCURRED
### DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

Dated: New York, New York
     April 20, 2018

                               **MORITT HOCK & HAMROFF LLP**

                               By:      */s/ James P. Chou*_____
                                         James P. Chou
                                         1407 Broadway
                                         Suite 3900
                                         New York, New York 10018
                                         Telephone: (212) 239-2000
                                         Facsimile: (212) 239-7277
                                         jchou@moritthock.com

                               *Conflicts Counsel to the Official Committee of*
                               *Unsecured Creditors of Cumulus Media Inc., et*
                               *al.*

2

## EXHIBIT A

**Cumulus Media Inc.**
**Committee of Unsecured Creditors**
**March 1, 2018 through March 31, 2018**

| PARTNER | DEPARTMENT | STATE OF BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| James P. Chou | Litigation | N.Y., 1997 N.J., 1996 | 47.8 | $560.00 | $26,768.00 |
| **PARALEGAL** | | | | | |
| Camille Hay | Litigation | N/A | 1.7 | $130 | $221.00 |

## EXHIBIT B
## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| 6 | Retention of Professionals | 4.3 | $2,408.00 |
| 17 | General Adversary Proceedings/Litigation Matters | 35.8 | $19,317.00 |
| 3 | Fee Application/Monthly Billing Reports | 9.4 | $5,264.00 |
| | Total: | 49.5 | $26,989.00 |

4

EXHIBIT C
ITEMIZED FEES

| Date | Time Keeper | Time | Task Code | Description |
|---|---|---|---|---|
| 3/3/18 | JPC | .1 | 17 | Review email correspondence between D. Chapman and counsel for Term Lender Group re: deposition of Term Lender Group. |
| 3/4/18 | JPC | 2.1 | 17 | Call with W. Mongan re: status of deposition of Term Lender Group (0.1); review factual issues in preparation for deposition of Term Lender Group (2.0). |
| 3/5/18 | JPC | .1 | 17 | Email correspondence with K. Gooch re: deposition of Term Lender Group. |
| 3/6/18 | JPC | 8.0 | 17 | Email correspondence with D. Chapman re: witness for Term Lender deposition (0.1); further correspondence with K. Gooch re: witness and logistics for deposition (0.2); email correspondence with W. Mongan re: issues re: deposition of Term Lender Group (0.2); deposition preparation re: analyzing 30(b)(6) topics for deposition of Term Lender Group (0.4); review/analyze Term Lender objection to 30(b)(6) notice in consideration of potential deposition topics (0.5); review relevant portions of First Day Affidavit in preparation for deposition (0.9); review and analyze RSA in preparation for deposition (2.5); prepare deposition outline (2.5); call with W. Mongan re: factual issues for deposition of Term Lender Group (0.2); prepare for Term Lender deposition by beginning review of documents for potential exhibits (0.5). |
| 3/7/18 | JPC | 15.5 | 17 | Prepare for Term Lender deposition by reviewing, digesting and analyzing Zelin transcript (4.5); analyze relevant discovery documents/potential exhibits produced by Debtors in preparation for Term Lender deposition (1.0); review RSA (0.6); prepare for deposition by further analyzing discovery documents in preparation for deposition (0.5); prepare outline of topics and questions for deposition of Term Lender Group (6.5); identify and assemble exhibits for deposition of Term Lender Group (0.5); confer with C. Haye re: assembling exhibits and copies for deposition (0.2); review law re: 30(b)(6) (1.5); review email from |

5

| | | | | counsel for Ad Hoc Cross Holder Committee (0.1); call with W. Mongan re: Ad Hoc Cross Holder Committee and deposition prep (0.1). |
|---|---|---|---|---|
| 3/7/18 | CH | .2 | 17 | Confer with J. Chou re: assembling exhibits and copies for deposition (0.2). |
| 3/7/18 | CH | 1.5 | 17 | Assemble exhibits sets for deposition (1.5). |
| 3/8/18 | JPC | 6.7 | 17 | Further refine outline of topics and questions for deposition of Term Lender Group (2.5); prepare for deposition by reviewing deposition outline and topics for deposition of Term Lender Group (0.9); attend and take deposition of R. Hinckley (Term Lender witness) (2.8); confer with W. Mongan re: deposition of R. Hinckley (0.5). |
| 3/9/18 | JPC | 1.6 | 17 | Review transcript to Hinckley deposition. |
| 3/18/18 | JPC | 2.2 | 3 | Prepare fee statement and schedules. |
| 3/19/18 | JPC | 7.1 | 3 | Call with G. Ritacco re: fee statement (0.1); prepare itemization of fees for monthly fee statement with implementation of task codes. (3.9); continue preparing and finalizing fee statement and schedules (3.1). |
| 3/20/18 | JPC | .1 | 3 | Confer with G. Ritacco re: fee statement. |
| 3/23/18 | JPC | 4.0 | 6 | Attention to new U.S. Bank representation (0.3); review obligation to supplement disclosure in connection with retention as conflicts counsel in connection with new U.S. Bank representation (0.2); confer with G. Ritacco re: same (0.2); draft and revise supplemental declaration disclosing U.S. Bank engagement (1.5); further review of new engagement and underlying chapter 11 proceeding (0.9); confer with MHH attorney (B.Garver) re: scope of MHH engagement by U.S. Bank (0.3); revise supplemental declaration (0.5); email to MHH counsel (B. Garver) re: description of U.S. Bank engagement (0.1). |
| 3/30/18 | JPC | .3 | 6 | Email correspondence with G. Ritacco re: supplemental declaration (0.1); further revise supplemental declaration as per G. Ritacco. (0.2). |
| TOTAL | | 49.5 | | |

6

<u>EXHIBIT D</u>
<u>DISBURSEMENT SUMMARY</u>

| Disbursement Activity | Amount |
|---|---|
| | |
| Local travel (taxis) | $67.20 |
| Meals- Business | $74.56 |
| **Total:** | $141.76 |

## SCHEDULE E
## ITEMIZED DISBURSEMENTS

| DATE | TIMEKEEPR | DESCRIPTION | VALUE |
|---|---|---|---|
| 3/4/18 | JPC | In-office meal—working late weekend (Mighty Quinn's) | $4.82 |
| 3/6/18 | JPC | In-office meal—working late (Wasabi) | $15.11 |
| 3/7/18 | JPC | Taxi from office to home (post-midnight) | $12.80 |
| 3/7/18 | JPC | In office meal--weekend(Frame) | $12.04 |
| 3/17/18 | JPC | In office meal-weekend (Cook Eatery) | $11.92 |
| 3/8/18 | JPC | Taxi from office to home (post-midnight) | $11.30 |
| 3/8/18 | JPC | Black car from home to APKS for deposition | $20.00 |
| 3/8/18 | JPC | Breakfast-pre-deposition prep (Le Pain Quotidien) | $8.71 |
| 3/8/18 | JPC | In office meal – working late (Mighty Quinn's) | $10.83 |
| 3/19/18 | JPC | Meal – working late (Wasabi) | $11.13 |
| 3/19/18 | JPC | Taxi from office to home (post-midnight) | $11.30 |
| 3/20/18 | JPC | Taxi from office to home (post-midnight) | $11.80 |
| | | **Total** | $141.76 |

8

MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                    :       Chapter 11
                                                          :
CUMULUS MEDIA INC., *et al.*,                             :       Case No. 17-13381 (SCC)
                                                          :
                         Debtors.[1]                      :       (Jointly Administered)
                                                          :
---------------------------------------------------------------x

## THIRD MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CUMULUS MEDIA INC. FOR THE PERIOD FROM <u>APRIL 1, 2018 TO APRIL 30, 2018</u>

---

[1] The last four digits of Cumulus Media Inc.'s tax identification number are 9663.  Because of the large number of Debtors in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/cumulus.  The location of the Debtors' service address is:  3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

Moritt Hock & Hamroff LLP ("Moritt Hock"), conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Cumulus Media Inc., *et al.* (collectively, the "Debtors"), hereby submits this statement of fees and disbursement covering the period from April 1, 2018, through and including April 30, 2018 (the "Compensation Period") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals (the "Interim Compensation Order") [Docket No. 161]. Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $3,110.08 (80% of 3,888.50) for fees on account of reasonable and necessary professional services rendered for the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $5.90 incurred by Moritt Hock during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

2.      **Exhibit** B sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

1

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditors' Committee during the Compensation period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

Dated: New York, New York
          May 21, 2018

                                        **MORITT HOCK & HAMROFF LLP**

                                        By:      */s/ James P. Chou*_____
                                                  James P. Chou
                                                  1407 Broadway
                                                  Suite 3900
                                                  New York, New York 10018
                                                  Telephone: (212) 239-2000
                                                  Facsimile: (212) 239-7277
                                                  jchou@moritthock.com

                                        *Conflicts Counsel to the Official Committee of*
                                        *Unsecured Creditors of Cumulus Media Inc., et*
                                        *al.*

2

EXHIBIT A
Cumulus Media, Inc.
Committee of Unsecured Creditors
April 1, 2018 through April 30, 2018.

| PARTNER | DEPARTMENT | STATE OF BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| James P. Chou | Litigation | N.Y., 1997 N.J., 1996 | 6.1 | $560.00 | $3,416.00 |
| PARALEGAL | | | | | |
| Sheila Marino-Thomas | Litigation | N/A | 2.1 | $225.00 | $472.50 |

3

## EXHIBIT B
## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| 3 | Fee Application/Monthly Billing Reports | 8.2 | $3,888.50 |
| | Total: | | $3,888.50 |

EXHIBIT C
ITEMIZED FEES

| Date | Time Keeper | Time | Task Code | Description |
|---|---|---|---|---|
| 4/17/18 | JPC | 5.1 | 3 | Preparing monthly fee statement, including itemized schedules. (5.1) |
| 4/18/18 | JPC/ | .5 | 3 | Further preparation of monthly fee statement (.4 ); confer with G. Ritacco re: same. (.1  ) |
| 4/19/18 | JPC | .3 | | Review email from G. Ritacco re: comments to fee statement and itemization of fees (.1); confer with S. Thomas re: revisions to itemized fee schedule (.2) |
| | SMT | 1.0 | | Confer with J. Chou re: revisions to itemized fee schedule for Second Monthly Fee Statement (.2); revising schedule (.8) |
| 4/20/18 | JPC | .5 | | Review revised fee statement (.1); email with G. Ritacco re: revised fee statement and itemization issue (.1); further email with G. Ritacco re: same (.1); further revise fee statement (.1); review final draft and approve same for submission (.1) |
| | SMT | 1.3 | | Complete revisions to itemized fees to Second Monthly Fee Statement (1.3) |
| | | | | |
| TOTAL | | 8.7 | | |

5

<u>EXHIBIT D</u>
<u>DISBURSEMENT SUMMARY</u>

| Disbursement Activity | Amount |
|---|---|
|  |  |
| Local travel (taxis) | $5.90 |
|  | $ |
| Total: | $5.90 |

<u>SCHEDULE E</u>
<u>ITEMIZED DISBURSEMENTS</u>

| DATE | TIMEKEEPR | DESCRIPTION | VALUE |
|---|---|---|---|
| | | | |
| 4/1718 | JPC | Taxi from office to home (partial charge) | $5.90 |
| | | Total | $5.90 |

MORITT HOCK & HAMROFF LLP
James P. Chou
1407 Broadway
39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CM WIND DOWN TOPCO INC.. | : Case No. 17-13381 (SCC) |
| | : |
| Reorganized Debtor.[1] | : |
| | : |

-----------------------------------------------------------------x

**FOURTH MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR**
**PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS**
**CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF CUMULUS MEDIA INC. FOR THE PERIOD FROM**
**MAY 1, 2018 TO MAY 31, 2018**

---

[1] The last four digits of the Reorganized Debtor's tax identification number is 9663. The location of the Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

Moritt Hock & Hamroff LLP ("Moritt Hock"), conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Cumulus Media Inc., *et al.* (collectively, the "Debtors"), hereby submits this statement of fees and disbursement covering the period from May 1, 2018, through and including May 31, 2018 (the "Compensation Period") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals (the "Interim Compensation Order") [Docket No. 161]. Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $1,254.40 (80% of $1,568.00) for fees on account of reasonable and necessary professional services rendered for the Creditors' Committee by Moritt Hock during the Compensation Period. No expenses were incurred during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

1

Dated: New York, New York
      July 3, 2018

**MORITT HOCK & HAMROFF LLP**

By:    */s/ James P. Chou*_____
          James P. Chou
          1407 Broadway
          Suite 3900
          New York, New York 10018
          Telephone: (212) 239-2000
          Facsimile: (212) 239-7277
          jchou@moritthock.com

*Conflicts Counsel to the Official Committee of Unsecured Creditors of Cumulus Media Inc., et al.*

**<u>EXHIBIT A</u>**
**Cumulus Media, Inc.**
**Committee of Unsecured Creditors**
**<u>May 1, 2018 through May 31, 2018.</u>**

| PARTNER | DEPARTMENT | STATE OF BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| James P. Chou | Litigation | N.Y., 1997<br>N.J., 1996 | 2.8 | $560.00 | $1,568.00 |

3

**EXHIBIT B**
**Task Code Summary**

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| 3 | Fee Application/Monthly Billing Reports | 2.8 | $1,568.00 |
| | **Total:** | | $1,568.00 |
| | | | |

4

**EXHIBIT C**
**ITEMIZED FEES**

| Date | Time Keeper | Time | Task Code | Description |
|---|---|---|---|---|
| 5/17/18 | JPC | 1.8 | 3 | Prepare monthly fee statement, including itemized descriptions (1.8) |
| 5/21/18 | JPC | .3 | 3 | Review comments to monthly fee statement (.1); review same (.1); finalize and circulate same to counsel (.1) |
| 5/23/18 | JPC | .7 | 3 | Review email from Alvarez & Marcel re: professional fee estimate (.1); confer w/ M. Byun re: same (.1); prepare professional fee estimate (.5) |
| **TOTAL** | | 2.8 | | |

5