PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

*Counsel for the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **CM WIND DOWN TOPCO INC.** | : | **Case No. 17-13381 (SCC)** |
|  | : |  |
| **Reorganized Debtor.**[1] | : |  |
|  | : |  |

-----------------------------------------------------------------x

**MOTION OF THE REORGANIZED DEBTOR TO (I) ENJOIN PLAINTIFFS FROM**
**CONTINUING TO PROSECUTE A COMPLAINT IN VIOLATION OF THE PLAN**
**DISCHARGE INJUNCTION AND (II) HOLD PLAINTIFFS IN CONTEMPT FOR**
**VIOLATION OF THE PLAN DISCHARGE INJUNCTION**

CM Wind Down Topco Inc. (formerly known as Cumulus Media Inc.) (the

"Reorganized Debtor"), on behalf of itself and its affiliates that were formerly debtors in the

above-captioned case (each such affiliate, a "Former Debtor" and collectively, together with the

Reorganized Debtor, the "Reorganized Company"), by and through its undersigned counsel,

hereby submits this motion (the "Motion") for entry of an order, substantially in the form

attached hereto as **Exhibit A**, (i) enjoining Robert Doyle and Kevin McCabe (the "Plaintiffs")

and their counsel from continuing to prosecute the Complaint (as defined below) in violation of

---

[1]    The last four digits of the Reorganized Debtor's tax identification number are 9663.  The location of the
Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

the Reorganized Company's discharge injunction; (ii) holding the Plaintiffs and their counsel in contempt for violating the Reorganized Company's discharge injunction; and (iii) awarding damages as appropriate.    In support of this Motion, the Reorganized Debtor respectfully represents as follows:

<u>**Preliminary Statement**</u>

1.    The confirmation of the Reorganized Company's chapter 11 plan discharged the Reorganized Company from any debt or claim that arose prior to the Effective Date (as defined below).  11 U.S.C. § 1141(d).  The discharge in bankruptcy "operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived."  11 U.S.C. § 524(a)(2).  A "creditor who attempts to collect a discharged debt is violating not only a statute but also an injunction and is therefore in contempt of the bankruptcy court that issued the order of discharge."  *See Cox* v. *Zale Delaware*, 239 F.3d 910, 915 (7th Cir. 2001); *see also* Lawrence P. King, *et al*., 4 Collier on Bankruptcy ¶ 524.02[2] (16th ed.) ("the discharge injunction is the equivalent of a court order.  Therefore, any violation of the injunction can be sanctioned as contempt of court.").

2.    Doyle and McCabe are professional plaintiffs who filed a purported class action complaint (the "<u>Complaint</u>") against Cumulus Media Inc. and various of its affiliates (collectively, "<u>Cumulus</u>") in the District Court for the Eastern District of New York (the "<u>District Court</u>") on August 17, 2018.  The Complaint alleges that Cumulus was and had been running deceptive sweepstakes because it allegedly misled customers about the odds of

winning.[2]  Three out of the four runs of the allegedly deceptive sweepstakes occurred prior to the Effective Date of the Plan (each as defined below).  In light of the discharge injunction, shortly after Plaintiffs filed the Complaint, the Reorganized Company, through counsel, informed Plaintiffs and their counsel that the majority of the claims asserted in the Complaint had been discharged, and that the Complaint should be withdrawn or dismissed.  Plaintiffs refused to do so.  As a result, the Reorganized Debtor has no option but to move this Court to enforce the discharge and injunctive provisions of the Plan (as defined below) and to hold Plaintiffs and their counsel in contempt, and to award appropriate damages.

### Jurisdiction and Venue

3.     The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.) from the United States District Court for the Southern District of New York.  The Reorganized Debtor confirms its consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this Motion, to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[2]   Plaintiffs' counsel, Mr. Bank, brought nearly identical claims against other corporate defendants, which claims were dismissed for failure to state a claim.  *See, e.g.*, *Derbaremdiker* v. *Applebee's Int'l, Inc.* No. 12-CV-01058 KAM, 2012 WL 4482057 (E.D.N.Y. Sept. 26, 2012), *aff'd*, 519 F. App'x 77 (2d Cir. 2013).

5.    The statutory predicates for the relief requested herein are sections 105, 524(a), and 1141(d) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Bankruptcy Rules 3020(d) and 9020.

<strong><u>Background</u></strong>

### A.  The Chapter 11 Cases

6.    On November 29, 2017, each of the Reorganized Debtor and the Former Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Cases</u>").

7.    On January 12, 2018, the Reorganized Debtor filed its schedules of assets and liabilities.  [ECF No. 283].  Plaintiffs were not listed as a creditor on the schedules.

8.    On January 26, 2018, the Court entered the *Order (I) Establishing Deadlines for (A) Submitting Proofs of Claim and (B) Requests for Payment Under Bankruptcy Code Section 503(b)(9), (II) Approving the Form, Manner and Notice Thereof, and (III) Granting Related Relief* [ECF No. 353] (the "<u>Bar Date Order</u>").  The Bar Date Order set March 7, 2018 at 5:00 p.m. (Prevailing Pacific Time) as the deadline by which non-governmental claimants were required to file a proof of claim.

9.    On January 31, 2018, Epiq Bankruptcy Solutions, LLC (the "<u>Claims Agent</u>") provided notice of the Bar Date Order in accordance with the procedures outlined therein, to potential claimants.  *See Affidavit of Service of Konstantina Haidopoulos* [ECF No. 471].   Consistent with the Bar Date Order, the notice of the bar date was published in the national edition of *The New York Times*.  *See Notice of Certification of Publication* [ECF No. 443].

10.    Plaintiffs did not file a proof of claim in the Chapter 11 Cases.

11.     On May 10, 2018, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' First Amended Joint Plan of Reorganization* (the "Confirmation Order") [ECF No. 769] and the *First Amended Joint Plan of Reorganization of Cumulus Media Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan") [ECF No. 446] went effective on June 4, 2018 (the "Effective Date").  Notice of the Effective Date was served and published in accordance with the Confirmation Order.  *See Notice of (I) Entry of Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization, (II) Occurrence of Effective Date, and (III) Certain Bar Dates* [ECF No. 821].  Accordingly, the Plan became binding on all parties in interest.  Included in the Plan and Confirmation Order are broad (and typical) discharge and release provisions, and a permanent injunction against prosecuting claims that are discharged pursuant to the Plan.  Excerpts of the relevant sections from the Plan and Confirmation Order are collectively attached hereto as **Exhibit B**.

### B.  The Complaint

12.     The events leading to the filing of the Complaint are as follows:

a.     On July 20, 2018, attorney for Plaintiffs, Todd Bank, sent a letter to the Reorganized Company's General Counsel, Richard Denning, with a copy of the draft complaint attached to the letter.  The letter and proposed suit detailed the alleged violations by Cumulus, and sought money damages, injunctive relief, and legal fees.  Plaintiffs' counsel admitted knowledge of Cumulus' Chapter 11 Cases in this letter.  A copy of the Plaintiffs' July 20, 2018 letter is attached hereto as **Exhibit C** (the "July 20 Letter").

b.     On August 1, 2018, Mr. Denning responded to the July 20 Letter and draft complaint, refuting Plaintiffs' allegations.  Mr. Denning advised Mr. Bank to refrain from filing

the draft complaint, as doing so would violate bankruptcy laws.  A copy of Mr. Denning's August 1, 2018 letter is attached hereto as **Exhibit D** (the "August 1 Letter").

       c.   Notwithstanding being informed of the discharge injunction by the August 1 Letter, Mr. Bank filed the Complaint on August 17, 2018.  A copy of the Complaint is attached hereto as **Exhibit E**.

       d.   On August 27, 2018, counsel for Cumulus sent a letter to Mr. Bank (the "August 27 Letter") responding to the Complaint, detailing that the Complaint lacked any basis in fact or law, and that filing of the same constitutes a violation of the discharge injunction. Counsel advised Mr. Bank to withdraw or dismiss the Complaint.  A copy of the August 27 Letter is attached hereto as **Exhibit F**.

       e.   On August 29, 2018, Mr. Bank responded (the "August 29 Letter"), addressing and defending the claims asserted in the Complaint.  A copy of the August 29 Letter is attached hereto as **Exhibit G**.

       13.   The sweepstakes that form the basis of the Complaint ran during four separate time periods: September 14, 2017 to October 11, 2017; October 16, 2017 to November 10, 2017; March 29, 2018 to May 23, 2018 (from September 14, 2017 to May 23, 2018, the "Pre-Effective Date Sweepstakes"); and July 19, 2018 to August 31, 2018.

       14.   As a result, all of the claims asserted in the Complaint, except for those that relate to the final period, arose prior to the Effective Date of the Plan and have been discharged.

### Relief Requested

       15.   By this Motion, the Reorganized Debtor seeks entry of an order (i) enjoining the Plaintiffs and their counsel from continuing to prosecute the Complaint in violation of the Reorganized Company's discharge injunction; (ii) holding Plaintiffs and their counsel in

contempt for violating the Reorganized Company's discharge injunction; and (iii) awarding damages as appropriate.

## **Basis for Relief**

I.    <u>The Court Should Enforce the Discharge Injunction against the Plaintiffs and Their Counsel</u>

           16.      The discharge and injunction provisions of the Plan and Confirmation Order effectuated a discharge of any "Claims, Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown" upon the Effective Date. *See* Plan, Article VIII(B); Confirmation Order ¶ 49. These provisions in the Plan and Confirmation Order are consistent with, pursuant to, and effectuate, section 1141(d) of the Bankruptcy Code, which provides that "the confirmation of a plan … discharges the debtor from any debt that arose before the date of such confirmation." 11 U.S.C. § 1141. Moreover, section 524 of the Bankruptcy Code provides that a discharge "operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived … ." 11 U.S.C. § 524(a)(2).

           17.      Here, because any alleged liability on the Pre-Effective Date Sweepstakes identified in the Complaint was discharged under the Plan, any attempt by Plaintiffs to collect on such claims is a clear violation of the Plan and Confirmation Order and should be enjoined.

           18.      Courts in this district routinely enforce discharge injunction provisions like those in the Plan and Confirmation Order. *See, e.g.*, *In re AMR Corp.*, 2016 WL 1559294 (S.D.N.Y. Apr. 14, 2016) (granting the debtors' motion to enforce the discharge injunctions

contained within plan and confirmation order); *Cost* v. *Super Media*, 482 B.R. 857, 862 (S.D.N.Y. 2012) (finding that plaintiff's claims were discharged and enjoined by the plan and confirmation order where plaintiff's claims "necessarily arose prior to the Effective Date"); *Speyer* v. *Kieselstein-Cord*, 2011 WL 2022828, at *2 (S.D.N.Y. May 24, 2011) ("The Confirmation Order unequivocally provides that 'all Entities that have held, currently hold or may hold a claim against the Debtor are permanently enjoined from . . . commencing or continuing in any manner any action or other proceeding against the Debtor or its property . . . .' The broad language of the Confirmation Order enjoins both current and future claims against the Debtor.").

II.    The Plaintiffs Were Unknown Creditors Who Received Constitutionally Sufficient Notice of the Bar Date by Publication of the Bar Date Notice

19.    The discharge of claims under the Bankruptcy Code is subject to a requirement of due process. *See Daewoo Int'l. (Am.) Corp. Creditor Trust* v. *SSTS Am. Corp.*, 2003 WL 21355214, *3 (S.D.N.Y. June 11, 2003) (stating that the discharge "presumes that all creditors bound by the plan have been given notice sufficient to satisfy due process."). In bankruptcy cases, for unknown creditors, publication notice is sufficient to satisfy due process. *See In re Drexel Burnham Lambert Group Inc.*, 151 B.R. 674, 680 (Bankr. S.D.N.Y. 1993) ("For obvious reasons, debtors need not provide actual notice to unknown creditors. It is widely held that unknown creditors are entitled to no more than constructive notice (*i.e.*, notice by publication) of the bar date."); *see also Mullane* v. *Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 317 (1950) (stating in the context of publication notice, "employment of an indirect and even probably futile means of notification is all that the situation permits and creates no constitutional bar to a final decree foreclosing their rights employment of an indirect and even a

8

probably futile means of notification is all that the situation permits and creates no constitutional

bar to a final decree foreclosing their rights.").

20.     The Plaintiffs are unknown creditors.  An unknown creditor is one "whose

claims are not reasonably ascertainable or are speculative or conjectural."  *See In re Drexel*, 151

B.R. at 680.  Until July 20, 2018, when Mr. Bank sent the July 20 Letter to Mr. Denning, the

Reorganized Company had no knowledge of the claims asserted by the Plaintiffs, and in fact had

never been sued (or threatened to be sued) for the claims alleged in the Complaint.  At best, the

Plaintiffs were unknown creditors, for whom constructive notice is sufficient to satisfy the due

process standard requirement applicable to discharge provisions in bankruptcy.  *See id.*, 151 B.R.

at 681 ("We agree with Debtor that when a debtor has no knowledge of a claim and files its

petition in good faith, with as thorough a schedule of debts as possible, the debtor has done all

that is required under the Bankruptcy Code.").

21.     In accordance with this Court's Bar Date Order, the Reorganized Debtor

published the bar date notice in the national edition of *The New York Times*.  The bar date notice

informed unknown creditors of the bar date and that failure to file a proof of claim by the bar

date would result in the claim being "forever barred."  Accordingly, the Reorganized Debtor

respectfully submits that such publication notice satisfied the due process requirement that notice

of the bar date be given to the Plaintiffs, as unknown creditors.  The discharge provisions of the

Plan and Confirmation Order should be applied to bar Plaintiffs' claims.

III.   The Court Should Hold the Plaintiffs and Their Counsel in Contempt and Award the
       Reorganized Debtor Its Reasonable Attorneys' Fees and Expenses

22.     The Court has the authority to hold parties and their counsel in contempt

(and impose appropriate sanctions) for violations of the discharge provisions of the Bankruptcy

Code, the Confirmation Order, and the Plan.  *See, e.g.*, *Maritime Asbestosis Legal Clinic* v. *LTV*

*Steel Co., Inc.* (*In re Chateaugay Corp.*), 920 F.2d 183, 187 (2d Cir. 1990) (holding that "contempt proceedings are the proper means of compensation and punishment for willful violations of the automatic stay" with respect to corporate debtors) (citing *Fidelity Mortg. Investors* v. *Camelia Builders Inc.*, 550 F.2d 47, 51, 57 (2d Cir. 1976)); *Torres* v. *Chase Bank USA, N.A.* (*In re Torres*), 367 B.R. 478, 490 (Bankr. S.D.N.Y. 2007) (stating that "compensatory damages, in addition to coercive sanctions, may be awarded as a sanction for civil contempt if a party willfully violates a section 524(a)(2) injunction.") (citation omitted); *In re Cruz*, 254 B.R. 801, 816 (Bankr. S.D.N.Y. 2000) ("A finding of civil contempt can entitle the aggrieved party to be compensated for all expenses, including attorneys' fees.") (citation omitted); *see also* 11 U.S.C. § 105(a); Bankruptcy Rule 9020.

23.    A finding of contempt is appropriate when the movant demonstrates that the offending party "had knowledge of the discharge and willfully violated it by continuing with the activity complained of." *In re Torres,* 367 B.R. 490; *see also In re Cont'l Airlines, Inc.,* 236 B.R. 318, 330 (Bankr. D. Del. 1999), *aff'd sub nom. In re Cont'l Airlines,* No. 90-932, 2000 WL 1425751 (D. Del. Sept. 12, 2000), *aff'd sub nom. In re Cont'l Airlines, Inc.,* 279 F.3d 226 (3d Cir. 2002) (holding that civil contempt sanctions require that "(1) a valid order of the court must exist; (2) the person to be charged with contempt must have actual knowledge of the order; and (3) the person must have disobeyed the order.") (citations omitted).

24.    It is beyond question that Mr. Bank and the Plaintiffs had knowledge of the discharge injunction when the Complaint was filed: indeed, he admitted knowing of the Chapter 11 Cases in the July 20 Letter. *See* July 20 Letter, 2 ("Although Cumulus (and Radio License Holdings LLC) exited bankruptcy on June 4, 2018…"). Further, on August 1, 2018, before the Complaint was filed, both the Plaintiffs and Mr. Bank were put on specific notice of

the discharge injunction by the letter sent from Mr. Denning, the Reorganized Company's General Counsel.  *See* August 1 Letter, 2 ("pursuing your proposed complaint will violate U.S. bankruptcy laws…").  Notwithstanding this knowledge, the Plaintiffs and Mr. Bank knowingly and willfully violated the discharge injunction by filing the Complaint.  On August 27, 2018, counsel to the Reorganized Company sent another letter to the Plaintiffs and Mr. Bank reminding them again of the discharge injunction and asking that the Complaint be withdrawn or dismissed. *See* August 27 Letter, 1 ("Any claims in the Complaint arising prior to the effective date … are expressly discharged pursuant to the plain language of the Bankruptcy Code, the Plan, and the Confirmation Order.  Moreover, pursuant to its Confirmation Order, the Bankruptcy Court issued a permanent injunction as to any and all claims for incidents occurring prior to the effective date.").  The Plaintiffs and Mr. Bank refused to do so.

25.    The Reorganized Debtor respectfully requests that the Plaintiffs and their counsel be found in contempt and ordered to pay as sanctions the Reorganized Debtor's reasonable attorneys' fees and expenses for filing this Motion and responding to the Complaint.

## **Notice**

26.    The Reorganized Debtor will provide notice of this Motion to (i) the Plaintiffs and (ii) the Core Parties each as defined and set forth in the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures* [ECF No. 73].  The Reorganized Debtor submits that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

## **No Prior Request**

27.    The Reorganized Debtor has not made any previous application for the relief requested herein to this or any other court.

11

## Conclusion

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter the proposed order, attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: October 29, 2018
        New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP


*/s/ Paul M. Basta*
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
pbasta@paulweiss.com
lclayton@paulweiss.com
jadlerstein@paulweiss.com
ctobler@paulweiss.com

*Counsel for the Reorganized Debtor*

**<u>Exhibit A</u>**

**<u>Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:                                                  :          **Chapter 11**
                                                        :
**CM WIND DOWN TOPCO INC.**                             :          **Case No. 17-13381 (SCC)**
                                                        :
            **Reorganized Debtor.**[1]                  :
                                                        :
------------------------------------------------------------------x

### ORDER (I) ENJOINING PLAINTIFFS FROM CONTINUING TO PROSECUTE A COMPLAINT IN VIOLATION OF THE PLAN DISCHARGE INJUNCTION AND (II) HOLDING PLAINTIFFS IN CONTEMPT FOR VIOLATION OF THE PLAN DISCHARGE INJUNCTION

Upon the Motion [ECF No. _] (the "Motion")[2] of the above-captioned debtor (the

"Reorganized Debtor"), on behalf of itself and its affiliates that were former debtors in the

above-captioned case (each such affiliate, a "Former Debtor" and together with the Reorganized

Debtor, the "Reorganized Company"), pursuant to sections 105(a), 524, 1141, and 1142 of title

11 of the United States Code (the "Bankruptcy Code"), and Rules 3020(d) and 9020 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012

(Preska, C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and

the Court having found and determined that the relief sought in the Motion is in the best interests

---

[1]     The last four digits of the Reorganized Debtor's tax identification number are 9663. The location of the Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

of the Reorganized Company, its estate and former estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Plaintiffs are enjoined from commencing or continuing any action seeking any relief against the Reorganized Company based on alleged conduct or claims that occurred or arose before or during the pendency of the Chapter 11 Cases, including, for the avoidance of doubt, prosecution of the Complaint filed in the District Court with regard to the Pre-Effective Date Sweepstakes.

3.      The Plaintiffs and their counsel are held in contempt of this Court and shall pay the Reorganized Debtor's reasonable attorneys' fees and expenses incurred in connection with the Complaint and with prosecuting the Motion, and shall immediately pay such fees and expenses upon receipt of invoices evidencing such amounts from counsel.  To the extent the parties are unable to agree upon such fees and expenses, the Reorganized Debtor may submit them to the Court for determination and approval.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

5.      The Reorganized Debtor and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2018
New York, New York

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**Exhibit B**

**Excerpt from the Plan**

*Article VIII(B).*          *Discharge of Claims and Termination of Interests.*

Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan, the Confirmation Order or in any contract, instrument, or other agreement or document created pursuant to the Plan, including the Plan Supplement, the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims, Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors before the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (a) a Proof of Claim based upon such debt or right is Filed or deemed Filed pursuant to section 501 of the Bankruptcy Code; (b) a Claim or Interest based upon such debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (c) the Holder of such a Claim or Interest has accepted the Plan. Any default or "event of default" by the Debtors or their Affiliates with respect to any Claim or Interest that existed immediately before or on account of the Filing of the Chapter 11 Cases shall be deemed cured (and no longer continuing) as of the Effective Date. The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring.

**Excerpt from the Confirmation Order**

**NN.**    **Discharge, Compromise, Settlement, Release, Exculpation, and Injunction
Provisions.**

49.    The Bankruptcy Court has jurisdiction under sections 1334(a) and (b) of
title 28 of the United States Code to approve the discharge, compromises, settlements,
releases, exculpations, and injunctions set forth in Article VIII of the Plan. Sections 105(a)
and 1123(b) of the Bankruptcy Code permit issuance of the injunctions and approval of the
releases, exculpations, and injunctions set forth in Article VIII of the Plan. Based upon the
record of the Chapter 11 Cases and the evidence proffered or adduced at the Confirmation
Hearing, the Bankruptcy Court finds that the discharge, compromises, settlements,
releases, exculpations, and injunctions set forth in Article VIII of the Plan are consistent
with the Bankruptcy Code and applicable law. Further, the discharge, compromises,
settlements, releases, exculpations, and injunctions contained in Article VIII of the Plan
are integral components of the Plan. The discharge, compromises, settlements, releases,
exculpations, and injunctions set forth in Article VIII of the Plan are hereby approved and
authorized in their entirety.

**<u>Exhibit C</u>**

# TODD C. BANK, ATTORNEY AT LAW, P.C.

119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                tbank@toddbanklaw.com

July 20, 2018

Cumulus Media Inc.
3280 Peachtree Road NW
Suite 2200
Atlanta, Georgia  30305
Attn.: Richard S. Denning

**Via Federal Express
7727 5211 9407**

     Re:  **Robert Doyle and Kevin McCabe,** *et al.*
        **v. Cumulus Media Inc.,** *et al.*

Dear Mr. Denning:

   I represent Robert Doyle and Kevin McCabe, on whose behalf is enclosed a draft class-action complaint alleging that Cumulus Media Inc. and Cumulus Media New Holdings Inc. (collectively, "Cumulus") have been conducting a deceptive sweepstakes, whereby Cumulus seeks to induce people to believe that Cumulus's "$1,000 Giveaway" sweepstakes involves only one radio station, that is, the station to which a potential entrant is listening, whereas the sweepstakes instead involves hundreds of stations (of which Radio License Holdings LLC owns and operates a subset), and winners are selected from entrants who had been listening to any one of those stations, the result of which is that the odds of winning are a fraction of what the odds appear to be.

   The radio stations provide several terms and conditions: that, in order to enter into the sweepstakes, a person must text the announced keyword to a particular short code; that each segment of the sweepstakes will produce one winner of a thousand dollars; and that message and data rates might apply to a person's texting of the keyword and to the receiving of any responsive text messages.

   None of the stations inform listeners that the sweepstakes is being jointly conducted on multiple stations.

   None of the stations inform listeners that the winner of a sweepstakes segment will be selected from persons who had obtained the keyword from among hundreds of stations.

   None of the stations inform listeners that there are any terms or conditions of the sweepstakes other than those that are described above.

Richard S. Denning                              *Robert Doyle and Kevin McCabe, et al. v.*
July 20, 2018                                   *Cumulus Media Inc., et al.*
–page 2–

It is inferable (and is thus alleged upon information and belief) that: Cumulus requires the stations to state, during the keyword announcements, that the sweepstakes is "on" the station on which the keyword announcement is made; that Cumulus prohibits the stations from informing listeners that the sweepstakes is conducted on multiple stations; that Cumulus prohibits the stations from informing listeners that the winner of a sweepstakes segment will be selected from persons who had obtained the keyword from among the hundreds of participating stations; and that Cumulus prohibits the stations from informing listeners that there are any terms or conditions of the sweepstakes other than those that the stations broadcast and that are described above.

Mr. Doyle participated in the sweepstakes on May 17, 2018, but entered the keyword too late, whereas Mr. McCabe timely entered his keyword on May 18, 2018. Each had been listening to WABC-770 AM.

The announcements to which Messrs. Doyle and McCabe described the keyword as the "national keyword." However, WABC, like most or all Cumulus stations, is simulcast on the internet, as a result of which it appeared that the term "national keyword" indicated that a person could enter the sweepstakes whether he was listening to the station on air or on the internet, in which case he could be located anywhere in the country; this is particularly so in light of the fact that WABC (and each of the other stations) described the sweepstakes as being "on" that particular station, but did not otherwise state, or imply, that the sweepstakes was simultaneously on other stations.

Although Cumulus (and Radio License Holdings LLC) exited bankruptcy on June 4, 2018, no notice was given of the claims asserted in the draft complaint, and such claims, therefore, were not discharged in the bankruptcy proceedings.

If you wish to discuss this matter, please contact me by August 6, 2018.

Nothing in this letter or the accompanying draft complaint waives, or is intended to imply a waiver of, any rights that Messrs. Doyle or McCabe have with respect to this matter.

Sincerely,

Todd C. Bank

TCB/bd
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT DOYLE and KEVIN McCABE, Individually and on Behalf of All Others Similarly Situated,

*Plaintiffs*,

-against-

CUMULUS MEDIA INC., CUMULUS MEDIA NEW HOLDINGS INC., formerly CUMULUS MEDIA HOLDINGS INC., and RADIO LICENSE HOLDINGS LLC,

*Defendants*.

---

## [proposed] CLASS-ACTION COMPLAINT

### INTRODUCTION

1.      This case is about a deceptive sweepstakes.

2.      Defendants have sought to induce people to believe that Defendants' radio-station sweepstakes involves only the station to which a given person is listening, whereas the sweepstakes instead involves hundreds of radio stations, the result of which is that the odds of winning have been a fraction of what the odds have appeared to be.

3.      Plaintiffs bring this action individually, and as a class action on behalf of:

> all persons who obtained, or will obtain, while in New York or New Jersey, a sweepstakes keyword from the broadcast of a participating radio station and texted, or will text, that keyword to the designated telephone number before the announcement, on the same station, of the next keyword (the "Class").

4.      Plaintiff Kevin McCabe asserts the Second Cause of Action and the Third Cause of Action individually, and on behalf of the following:

> all persons who obtained, or will obtain, while in New York, a sweepstakes keyword from the broadcast of a participating radio station and texted, or will text, that keyword to the designated

1

telephone number before the announcement, on the same station, of
the next keyword (the "New York Subclass").

5.    The period during which the claims set forth herein have arisen, or will arise, is
between September 24, 2017, and the resolution of this action (the "Class Period" and the "New
York Subclass Period").

## JURISDICTION AND VENUE

6.    This Court has jurisdiction under 28 U.S.C. Section 1332(d)(2)(A).

7.    The matter in controversy exceeds the sum or value of $5,000,000, exclusive of
interest and costs.

8.    Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. Section
1391(b)(2).

## PARTIES

9.    Plaintiff Robert Doyle ("Doyle") is a citizen of New Jersey.

10.    Plaintiff Kevin McCabe ("McCabe") is a citizen of New York.

11.    Defendant Cumulus Media Inc. ("Cumulus") is a corporation organized and existing
under the laws of Delaware, and maintains its principal place of business at 3280 Peachtree Road
NW, Suite 2200, Atlanta, Georgia  30305.

12.    Defendant Cumulus Media New Holdings Inc. ("Cumulus Media New Holdings"),
formerly Cumulus Media Holdings Inc., is a corporation organized and existing under the laws of
Delaware, and maintains its principal place of business at 3280 Peachtree Road NW, Suite 2200,
Atlanta, Georgia  30305.

13.    Defendant Radio License Holdings LLC ("Radio License Holdings") is a limited-
liability company organized and existing under the laws of Delaware, and maintains its principal
place of business at 3280 Peachtree Road NW, Suite 2200, Atlanta, Georgia  30305.

2

**FACTS**

14.    Cumulus, through wholly-owned direct and indirect subsidiaries ("Cumulus Subsidiaries"), has, since at least as early as September 24, 2017, owned and have operated AM and FM radio stations throughout the United States ("Cumulus Stations").

15.    Cumulus Media New Holdings has been an indirect Cumulus Subsidiary since at least as early as September 24, 2017.

16.    Cumulus Media New Holdings, through wholly-owned direct and indirect subsidiaries, has, since at least as early as September 24, 2017, owned and have operated the Cumulus Stations.

17.    Radio License Holdings has been an indirect Cumulus Subsidiary since at least as early as September 24, 2017.

18.    Radio License Holdings has, since at least as early as September 24, 2017, owned and have operated approximately 25 Cumulus Stations ("Radio License Holdings Stations").

19.    WABC-770 AM ("WABC") is a Radio License Holdings Station.

20.    The listening area of WABC has, since at least as early as September 24, 2017, included the Eastern District of New York.

21.    Cumulus and Cumulus Subsidiaries have operated a sweepstakes whose title, in part or in full, has been, at all times, "$1,000 Giveaway" (the "Sweepstakes"), from approximately September 24, 2017, to approximately November 10, 2017 (the "First Sweepstakes Period"), from approximately March 29, 2018, to approximately May 23, 2018 (the "Second Sweepstakes Period"), and from approximately July 19, 2018 through the commencement of this action (the "Third Sweepstakes Period").

22.    The Sweepstakes has been conducted, at all times, on approximately 273 to 372 Cumulus Stations (the "Sweepstakes Stations").

3

23.     When the Sweepstakes is being conducted, each Sweepstakes Station states that it will announce, on air (that is, "broadcast," which, as both a verb and a noun, refers to on-air content), a word (the "Keyword") at approximately 9:00 am, 12:00 pm, 3:00 pm, and/or 6:00 pm. Eastern Time on Mondays through Fridays (the "Keyword Announcement").

24.     Each Keyword Announcement states that listeners could text the Keyword to a particular short code (the "Applicable Short Code") in order to enter into the iteration of the Sweepstakes to which the Keyword Announcement pertains (the "Sweepstakes Segment").

25.     Each Keyword Announcement states that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made.

26.      Each Keyword Announcement states that there will be one winner of the corresponding Sweepstakes Segment.

27.      Each Keyword Announcement states that the winner of the corresponding Sweepstakes Segment will win one thousand dollars.

28.     Each Keyword Announcement states that message and data rates might apply to a person's texting of the Keyword to the Applicable Short Code and to the receiving of any responsive text messages.

29.     The Applicable Short Code during the First Sweepstakes Period was 62582.

30.     The Applicable Short Code during the Second Sweepstakes Period was 95819.

31.      The Applicable Short Code during the Third Sweepstakes Period has been 95819.

32.     Defendants derive value from each Sweepstakes entry because the number of such entries provides an indication of the number of listeners at the time that a given Keyword Announcement is made.

33.     Defendants derive value from each Sweepstakes entry because the number of such entries provides an indication of the relative size of a station's audience at the time of one Keyword

4

Announcement compared with the time of another Keyword Announcement.

34.    Defendants derive value from each Sweepstakes entry because the number of such entries is as an indication of listeners' interest in Defendants' Sweepstakes Stations.

35.    Defendants derive value from each Sweepstakes entry because Defendants can report, to advertisers, the information described in paragraphs "32," "33," and "34."

36.    None of the Sweepstakes Stations have broadcasted, at any time, a statement that there are multiple Sweepstakes Stations.

37.    None of the Sweepstakes Stations have broadcasted, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations.

38.    None of the Sweepstakes Stations have broadcasted, at any time, a statement that there are any rules, terms, or conditions ("Rules") of the Sweepstakes other than the Rules that are described in paragraphs "23" through "28" inclusive.

39.    Upon information and belief, Cumulus Media and Cumulus Media New Holdings have required the Sweepstakes Stations to state, during the Keyword Announcements, that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made.

40.    Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are multiple Sweepstakes Stations.

41.    Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations.

42.     Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are any Rules of the Sweepstakes other than the Rules that the Sweepstakes Stations have broadcasted and that are described paragraphs "23" through "28" inclusive.

43.     Based upon the broadcasted content, including the Keyword Announcements, that have pertained to the Sweepstakes (the "Sweepstakes Content"), it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the Sweepstakes was being conducted only on that Sweepstakes Station.

44.     Based upon the Sweepstakes Content, it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from that Sweepstakes Station.

45.     The likelihood that an entrant in a Sweepstakes Segment would be a winner has been a fraction of what that likelihood would have been if the Sweepstakes Segment had been conducted solely by the Cumulus Station from which the entrant had obtained the Keyword.

46.     On or about May 17, 2018, Doyle, while located in New Jersey, listened to a Keyword Announcement on WABC (the "Doyle Keyword Announcement").

47.     Within one hour of the Doyle Keyword Announcement, Doyle texted, to the Applicable Short Code, the Keyword that is identified in the Doyle Keyword Announcement ("Doyle's Entry").

48.     Immediately upon Doyle's Entry, Doyle received a text message that stated: "Sorry! This keyword entry has expired. Keep listening this week for new keywords. Text them in to win!"

49.     On or about May 18, 2018, McCabe, while located in the Eastern District of New York, listened to a Keyword Announcement on WABC (the "McCabe Keyword Announcement").

6

50.     Within several minutes of the McCabe Keyword Announcement, McCabe texted, to the Applicable Short Code, the Keyword that is identified in the McCabe Keyword Announcement ("McCabe's Entry").

51.     Immediately upon McCabe's Entry, McCabe received a text message that stated: "Ur entered to win $1,000 dollars! Keep listening today for the next keyword to enter again! Watch for a call from 515-253-0927 if ur the winner this hour!"

52.     The Doyle Keyword Announcement and the McCabe Keyword Announcement described the Keyword as the "National Keyword."

53.     On the internet, audio simulcasts ("Internet Simulcasts") of most or all of the broadcasting of most or all of the Sweepstakes Stations have been streamed since at least as early as September 24, 2017.

54.     WABC has had an Internet Simulcast since at least as early as September 24, 2017.

55.     The Internet Simulcasts have, since at least as early as September 24, 2017, been accessible nationwide.

## AS AND FOR A FIRST CAUSE OF ACTION

56.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs "1" through "55" inclusive as if fully set forth herein.

57.     Defendants have been unjustly enriched by retaining, against equity and good conscience, the benefits that Plaintiffs and the other Members of the Class have conferred upon Defendants by entering into a Sweepstakes Segment.

58.     As a result of Defendants' unjust enrichment, Defendants should be required to make restitution to Plaintiffs and the other Members of the Class.

## AS AND FOR A SECOND CAUSE OF ACTION

59.    McCabe repeats and realleges each and every allegation contained in paragraphs "1"

through "45" inclusive and "46" through "48" inclusive as if fully set forth herein.

60.    Defendants, with respect to the New York Subclass Members, have violated New

York General Business Law ("GBL") Section 349, thereby entitling each New York Subclass

Member, pursuant to GBL Section 349(h), to $50 per violation, injunctive relief against future

violations, and reasonable legal fees.

## AS AND FOR A THIRD CAUSE OF ACTION

61.    McCabe repeats and realleges each and every allegation contained in paragraphs "1"

through "45" inclusive and "46" through "48" inclusive as if fully set forth herein.

58.    Defendants, with respect to the New York Subclass Members, have violated GBL

Section 350, thereby entitling each New York Subclass Member, pursuant to GBL Section 350-e(3),

to $500 per violation, injunctive relief against future violations, and reasonable legal fees.

## CLASS ALLEGATIONS

62.    This action is brought pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of

Civil Procedure.

63.    The Class Members are so numerous that joinder of all of them is impracticable.

64.    The New York Subclass Members are so numerous that joinder of all of them is

impracticable.

65.    There are, upon information and belief, at least 50,000 Class Members whose claims

are similar to the claims that Plaintiffs assert as their First Cause of Action; and, furthermore,

Plaintiffs' First Cause of Action is typical of the First Cause of Action of the other Class Members.

66.    There are, upon information and belief, at least 50,000 New York Subclass Members

whose claims are similar to the claims that McCabe asserts as his Second Cause of Action and Third

Cause of Action; and, furthermore, McCabe's Second Cause of Action and Third Cause of Action

are typical of the Second Cause of Action and Third Cause of Action of the other New York

Subclass Members.

67.    Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have

no interests that are antagonistic to, or in conflict with, the other Members of the Class. Indeed,

Plaintiffs' interests are, for purposes of this litigation, coincident with the interests of the other Class

Members.

68.    A class action is superior to all other available methods for the fair and efficient

adjudication of this controversy. Because the Class and New York Subclass are each so numerous

that joinder of all the Class Members and New York Subclass Members is impracticable, and

because the damages sustained by most of the individual Class Members and New York Subclass

Members are too small to render prosecution of the claims asserted herein economically feasible on

an individual basis, the expense and burden of individual litigation makes it impractical for all of the

Class Members and New York Subclass Members to adequately address the wrongs complained of

herein. Plaintiffs know of no impediments to the effective management of this action as a class

action.

69.    Common questions of law and fact predominate over questions that affect only

individual Class Members and New York Subclass Members. Among these questions are:

> (i) whether the Sweepstakes Stations state, during the Keyword
> Announcements, that the Sweepstakes is "on" the Sweepstakes
> Station on which the Keyword Announcement is made;
>
> (ii) whether the Sweepstakes Stations state, during the Keyword
> Announcements, that the Sweepstakes is being conducted on multiple
> Sweepstakes Stations;
>
> (iii) whether the Sweepstakes Stations have broadcasted, at any time,
> a statement that the Sweepstakes is being conducted on multiple
> Sweepstakes Stations;

9

(iv) whether the Sweepstakes Stations have broadcasted, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations;

(v) whether the broadcast content of the Sweepstakes Stations have stated, at any time, that there are any rules, terms, or conditions of the Sweepstakes other than the rules, terms, or conditions that the Sweepstakes Stations have broadcasted;

(vi) whether Cumulus Media and Cumulus Media New Holdings have required the Sweepstakes Stations to state, during the Keyword Announcements, that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made;

(vii) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are multiple Sweepstakes Stations;

(viii) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations;

(ix) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting a statement that there are any rules, terms, or conditions of the Sweepstakes other than the rules, terms, or conditions that the Sweepstakes Stations have broadcasted;

(x) whether it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the Sweepstakes was being conducted only on that Sweepstakes Station; and

(xi) whether it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from that Sweepstakes Station.

[continued on next page]

## PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants:

(a)    Awarding, to Plaintiffs and the other Members of the Class, damages equal to that amount by which Defendants were unjustly enriched;

(b)    Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, $50 per violation of New York General Business Law Section 349;

(c)    Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, injunctive relief against future violations of York General Business Law Section 349;

(d)    Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, reasonable legal fees;

(e)    Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, $500 per violation of New York General Business Law Section 350;

(f)    Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, injunctive relief against future violations of York General Business Law Section 350;

(g)    Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, reasonable legal fees; and

**[continued on next page]**

11

(h)      Awarding, to Plaintiffs and the other Members of the Class and New York Subclass,

costs and disbursements.

Dated: August ___, 2018

                                             Respectfully submitted,

                                             __s/ *Todd C. Bank*_____
                                             TODD C. BANK
                                               ATTORNEY AT LAW, P.C.
                                             119-40 Union Turnpike
                                             Fourth Floor
                                             Kew Gardens, New York 11415
                                             (718) 520-7125
                                             By Todd C. Bank

                                             *Counsel to Plaintiffs*

**<u>Exhibit D</u>**



August 1, 2018

**VIA OVERNIGHT COURIER AND EMAIL**

Todd C. Bank, Esq.
Attorney at Law, PC
119-40 Union Turnpike, Fourth Floor
Kew Gardens, NY  11415

      Re:     <u>Robert Doyle and Kevin McCabe</u>

Dear Mr. Bank:

      Please be advised that I am in receipt of your letter, dated July 20, 2018, in which you make allegations, on behalf of Messrs. Doyle and McCabe, regarding certain contests conducted by radio station WABC in New York City. I'm not sure where you are getting your information from, but you are woefully misinformed about the contests, the rules, and the information that was available to your clients about the contests. I trust that you will find this letter enlightening and that it will confirm for you that the filing of the draft complaint you have provided will only result in considerable sanctions against you and your clients. Such an action is the textbook definition of a frivolous action, founded on facts that are simply not true --- particularly when the true facts are so easily discernable.

      First, your allegations that Cumulus induced listeners to participate in the contests by suggesting that only one station was involved in the contest, rather than many, is false. You need only look at the rules of the contests to see that it was made very clear to participants that each of the contests included many stations. In fact, lists of "participating stations" were expressly identified in the contests' rules. Attached in <u>Exhibit A</u> hereto you will find contest rules that explicitly state that these contests do not involve just one station. Rather, they refer to receiving texts from "across the country", make note of the various time zones from which texts may be received, state that *each* of the Participating Stations will qualify participants who will be eligible to receive [the/a] prize, and otherwise describe the "national" scope of the contests.

      Second, these rules were available for review by all listeners of the participating stations in portions of the stations' websites entitled "national contest rules archive" and/or "corporate contest rules archive," and their availability and location were announced on the participating stations several times each day. In fact, attached to the email version of this letter as <u>Exhibit B</u> are examples of various

announcements made by the station with regard to the contests, all of which make abundantly clear the broad scope of the contest. Further, even on the launch page where participants entered the keywords, participants (including your clients) were informed that there were many stations participating in the contest. Indeed, they were expressly invited on that page to click through to the list of participating stations (see Exhibit C).

Third, the "inferences" set forth in paragraph 6 of your letter are likewise incorrect. You can no longer make these inferences "upon information and belief" now that you are aware of the facts outlined above. The foregoing demonstrates clearly that: (i) Cumulus did not require stations to state the sweepstakes were "on" the station (that did not happen), (ii) Cumulus did not prohibit the station from informing listeners that the contest was conducted on multiple stations (in fact the station did provide this information), (ii) Cumulus did not prohibit stations from informing listeners that winners would be selected from persons who obtained the keyword from hundreds of participating stations (in fact it did provide this information), and (iv) Cumulus did not prohibit the station from informing listeners of the terms and conditions of the contest (in fact it did provide this information). All these allegations and inferences are debunked by the simple truth that the rules made clear that the keyword was a single national keyword that was announced on all participating stations, that winners were chosen from country-wide entries and that the rules explicitly stated that the winners will be chosen by random drawing from among "all valid entries received from all [273][1] Participating Stations".

Fourth, please note that by participating in the contest your clients waived any claims that they may have that arise from the contest, and specifically released Cumulus Media Inc., Cumulus Media New Holdings Inc. and Radio License Holdings LLC from the very claims you now seek to pursue. The release is specifically set forth in the rules. Further, I would recommend that you contact a bankruptcy attorney in that pursuing your proposed complaint will violate the U.S. bankruptcy laws and will result in sanctions against you and your client.

I trust that this letter puts this matter to rest. If you chose to pursue this matter, we will surely defend this matter vigorously and seek appropriate redress.

Sincerely yours,

Richard S. Denning
General Counsel

Attachments

---

[1] This number varied among contests but it is clear in the applicable rules that each contest involved hundreds of radio stations.

EXHIBIT A

### CUMULUS MEDIA GROUP NATIONAL CONTEST SPRING 2018 "$1,000 GIVEAWAY"
### OFFICIAL RULES

A complete copy of these rules can be obtained at the offices of any of the participating radio stations set forth below (individually a "Participating Station" and collectively, the "Participating Stations"), owned or operated by Cumulus Media Holdings Inc. ("Station") or one of its subsidiaries during normal business hours Monday through Friday, or by sending a self-addressed, stamped envelope to Station at the address below.

The Station will conduct the **Cumulus Media Group National Contest Spring 2018 "$1,000 Giveaway"** (the "Contest") substantially as described in these rules. The Contest may be referred to by a Participating Station as the:

a. ## $4k A Day Contest;

b. ## Workday Payday;

c. ## Fast Money Keyword

d. ## Thousand Dollar Payoff; or

e. ## Weekday Payday

Regardless of which name a Participating Station chooses to use for a Participating Station's promotion of this National contest, Participants acknowledge that the Contest is one (1) National Contest made up of many Participating Stations, as outlined in the attached Exhibit A, which is attached. Station is conducting this Contest concurrently and simultaneously on several Participating Stations that are located in various states and those respective various time zones where a Participating Station is physically located. By participating in this National Contest, each participant agrees as follows:

1. NO PURCHASE IS NECESSARY TO ENTER OR WIN. A PURCHASE WILL NOT INCREASE YOUR CHANCE OF WINNING. VOID WHERE PROHIBITED. ALL FEDERAL, STATE, AND LOCAL REGULATIONS APPLY.

2. **Eligibility.** This National Contest is open only to individuals who are (a) legal U.S. residents of the 50 contiguous states of the United States, (b) who are age eighteen (18) or older (19 in Alabama and 21 in Mississippi) at the time of entry with a valid Social Security number, and (c) who reside in a participating Station's Designated Market Area ("DMA") as defined by Nielsen Audio and listed in Exhibit A (each a "Participating Station" and collectively "Participating Stations"). Employees of the Participating Stations, the Station, its parent company, affiliates, subsidiaries, promotional Stations, prize providers, advertising agencies, other radio stations serving a Participating Station's DMA, local sponsors and their employees of this Contest tied with a Participating Station, and the immediate family members and household members of all such employees are not eligible to participate. The term "immediate family members" includes spouses, parents and step-parents, siblings and step-siblings, and children and stepchildren. The term "household members" refers to people who share the same residence at least three (3) months out of the year. The Contest is subject to all applicable federal, state and local laws and regulations. Participation constitutes participant's full and unconditional agreement to these Official Rules and Station's decisions, which are final and binding in all matters related to the Contest. Winning a prize is contingent upon fulfilling all requirements set forth herein.

3. **Contest Period.** The Contest will begin at or around **8:50 a.m., ET on Thursday, March 29, 2018** and will run through **6:25 p.m., ET on Wednesday, May 23, 2018, weekdays only Monday through Friday, excluding weekends** (the "Contest Period"). The Station's computer in the Central Time Zone is the official time keeping device for this Contest.

4. **To Enter:** Listen to a Participating Station for the Secret Keyword to be announced and then timely submit the Secret Keyword using one (1) of the methods listed below each Contest Round in order to receive one (1) entry into the corresponding Contest Round:

## STEP ONE: Tune into and listen to a Participating Station weekdays during the Contest Period. A Participating Station may announce up to, but not more than four (4) different Secret Keywords per each weekday during the Contest Period (each a "Contest Round"), during the approximate local times listed below:

|  | Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
|---|---|---|---|---|
| **CONTEST TIMES** | Contest Round 1 9:00 a.m. | Contest Round 1 8:00 a.m. | Contest Round 1 7:00 a.m. | Contest Round 1 6:00 a.m. |
|  | Contest Round 2 12:00 p.m. (Noon) | Contest Round 2 11:00 a.m. | Contest Round 2 10:00 a.m. | Contest Round 2 9:00 a.m. |
|  | Contest Round 3 3:00 p.m. | Contest Round 3 2:00 p.m. | Contest Round 3 1:00 p.m. | Contest Round 3 12:00 pm (Noon) |
|  | Contest Round 4 6:00 p.m. | Contest Round 4 5:00 p.m. | Contest Round 4 4:00 p.m. | Contest Round 4 3:00 p.m. |

**ALL CONTEST TIMES ARE APPROXIMATE, AND ALL CONTEST TIMES ARE LOCAL PARTICIPATING STATION TIME, REGARDLESS OF THE TIME ZONE.**

If a Participating Station chooses to participate in a Contest Round such Participating Station will announce one (1) Secret Keyword during each of the possible four (4) Contest Rounds listed above. Meaning, there could be up to a total of four (4) different Secret Keywords announced during each weekday during the Contest Period. The Secret Keyword announced during a particular Contest Round will be the same Secret Keyword announced on all Participating Stations nationwide during that same Contest Round, regardless of the actual time or the time zone where the Secret Keyword is actually announced. By way of example, and not of limitation, the Secret Keyword that is announced for Contest Round 1 at or around 9:00 a.m. for the Participating Stations in the Eastern Time Zone will be the same Secret Keyword that is announced during Contest Round 1 for the those Participating Stations at or around 7:00 a.m. in the Mountain Time Zone.

**STEP TWO:** Listeners may either (i) text in an entry to short code 95819 or (ii) the Free Alternative Method of Entry, but not both. Limit One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry. Entry by sending a text message will not improve your chance of winning:

(i) *Text Entry Method.* When listeners hear the Secret Keyword for a particular Contest Round, participants should **send a text message with the correct Secret Keyword to short code 95819** (the one (1) correct text messaged Secret Keyword is an "Entry"). All entries must be correctly spelled and received into the texting system no later than twenty-five (25) minutes past the top of the hour, in order to be eligible to win that hour's prize. **Incorrect, misspelled, late and/or texting system rejected entries will not be entered to win.** The text messaging method of entry is designed to work with most of the United States major wireless carriers, but the Station makes no guarantee that any particular wireless service provider will participate or that a wireless carrier's texting service will timely or accurately deliver the text message via the short code.

(ii) *Free Alternative Method of Entry.* To enter a Contest Round without sending a text message during a designated Contest Round, timely visit the website http://wmclientservices.com/cumulus/ and fully complete the Entry Form by (a) correctly typing in the Secret Keyword, (b) including a telephone number (cell phone or landline), including area code, and (c) timely submitting the designated Secret Keyword. You must successfully submit the Secret Keyword correctly spelled and your registration information no later than twenty-five (25) minutes after the Secret Keyword is announced in order to receive a valid entry.

**Limit One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry.**

## Additional Details Regarding Entering the Contest

a.      **Listeners may participate up to four (4) times each weekday, per telephone number, during the Contest Period, but only once per Contest Round, regardless of the entry method.** Each Participating Station, as outlined at the end of these Contest Rules in Exhibit A, will qualify participants up to four (4) times per weekday during the Contest Period. Listeners are allowed to text in or email, but not both, once per each of the four (4) separate Contest Rounds for a total of up to four (4) entries per weekday (Monday – Friday) during the Contest Period (each correct Secret Keyword an "Entry" and collectively "Entries"). The Hourly Prize Winner will be chosen from all the entries who correctly text in and enter via the free alternative method of entry to a particular Contest Round across the country, and whose text or completed entry form, if entering via the free alternative method of entry, is received no later than twenty-five (25) minutes past the top of the hour after the Secret Keyword is announced. The maximum amount of correct entries possible from a single telephone number, per Contest Round is limited to One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry. Therefore, multiple entries of the same Secret Keyword via text and/or the free alternative method of entry will not increase the chances of winning.

b.      **Contest Round Times May Vary.** Actual Contest Round start times may vary. Individual Participating Stations may first announce a Secret Keyword as early as ten (10) minutes before, and as late as six (6) minutes after the hour in a particular Contest Round, as designated in the above chart.

c.      REGARDLESS OF THE ACTUAL TIME(S) AT WHICH A PARTICIPATING STATION ANNOUNCES A SECRET KEYWORD, ENTRIES FOR A PARTICULAR CONTEST ROUND WILL ONLY BE ACCEPTED FROM AS EARLY AS TEN (10) MINUTES PRIOR TO THE TOP OF ANY HOUR AT WHICH A CONTEST ROUND IS SCHEDULED THROUGH **TWENTY-FIVE (25)** MINUTES AFTER SUCH HOUR *(for example, from 8:50 a.m.. to 9:25 a.m.)* (each an "Entry Period")

d.      **May Announce Only Once or More Than Once.** A Participating Station may, but is not obligated to, announce a particular Secret Keyword more than once; provided however, the number of times in which any Participating Station may announce a Secret Keyword in any Contest Round may vary by individual Participating Station(s) and/or by subsequent Contest Round.

e.      **May Spell the Secret Keyword.** A Participating Station may, but is not obligated to, spell out the correct spelling of a Secret Keyword once or more than once; provided however, should a Participating Station choose to spell out a Secret Keyword

2

during a particular Contest Round such Participating Station may vary whether or not it spells a Secret Keyword during any subsequent Contest Round.

**f.**    _TIME DELAY BETWEEN OVER-THE-AIR ANALOG SIGNAL AND INTERNET BROADCAST:_ Due to the time delay that exists between a Participating Station's analog over-the-air signal and a Participating Station's online internet based stream or app, listeners who listen to a Participating Station online or via an app may hear the Secret Keyword cue to enter later than listeners listening to a Participating Station's analog over-the-air signal. As a result, the odds of an online listener winning a prize in this Contest may be diminished.

**g.**    **Bounceback Text Message.** Participants may receive a bounce back text message (a response due to Participant participating) from Station with confirmation of Contest Round entry or letting the participant know they were not entered due to untimely or an incorrect entry, but will receive no additional offers, information or message content. Texts to the short code or an incorrect short code may result in one or more automatic bounce back messages, for which participants may incur a fee from his/her provider.

**h.**    **Complete and Timely Submitted Information.**    Entries must contain ALL information requested, must be timely submitted, and must comply with all Content submission requirements set forth herein to be valid. _By participating in the Contest, participants agree that the Station may contact them via telephone at the number provided during registration or by text message, at the telephone number from which the text message entry was received._
**Standard text messaging rates, as established by an individual's wireless carrier may apply, and Station assumes no responsibility for any fees or charges incurred for and associated with any text message sent to or from Station. Any and all fees arising out of the transmission of a text message shall be the sole responsibility of the participant.** Multiple participants are not permitted to share the same telephone number. Any attempt by any participant to submit more than one (1) entry per Contest Round by using multiple/different telephone  numbers, identities, or any other method will void that participant from further participation in the Contest. Use of any automated system to participate is prohibited and will result in disqualification. Station is not responsible for lost, late (whether due to participant error or technical malfunction), incomplete, invalid, unintelligible, inappropriate or misdirected entries, all of which will be disqualified. In the event of a dispute as to any entry, the authorized account holder of the telephone number used to register will be deemed to be the participant. The "authorized account holder" is the natural person assigned the telephone number by the wireless carrier. Potential winner may be required to show proof of being the authorized account holder. All entries become the sole and exclusive property of Station and will not be returned. No mail-in entries will be accepted.

**5.    Winner Selection.** After the Entry Period for a Contest Round has closed and no later than two (2) hours after an Entry Period has closed, Station will select one (1) Entry in a random drawing from among all the valid Entries cumulatively received from each of two (2) entry methods listed above from all of the up to **372 Participating Stations, as detailed on the attached Exhibit A,** during that particular Contest Round, who will then be deemed the potential Hourly Prize Winner. The potential Hourly Prize Winner will be contacted by the Station from the number of 515-253-0927 and using the telephone number that submitted the Entry or the telephone number that was provided on the completed form for the free alternative method of entry. **PARTICIPANTS MUST ANSWER THE TELEPHONE AND MUST AGREE TO HAVE THE TELEPHONE CONVERSATION RECORDED BY THE STATION AND AGREE TO BE INTERVIEWED FOR ANY BROADCAST OR COMMERCIAL RELEASE CONNECTED WITH THE CONTEST, IN ORDER TO BE DETERMINED A DESIGNATED WINNER AND TO HAVE THE PRIZE AWARDED. The Participating Station will make up to two (2) telephone call attempts within a three (3) minute timeframe, as determined in a Participating Station's sole discretion. The potential Hourly Prize Winner's telephone number must be answered by a live person, and the person who texted in or submitted online the Entry must be immediately available. On the second (2nd) attempt to reach the potential Hourly Prize Winner, telephone numbers answered by voicemail will be immediately disqualified. Should a number be answered by a voicemail on the second attempt or the person is unavailable for any reason, the Station may select another potential Hourly Prize Winner in its sole discretion. This process will continue until a potential Hourly Prize Winner answers the telephone. Station is not obligated to and will not leave a voicemail or other message when contacting a potential Hourly Prize Winner.** The potential Hourly Prize Winner may be awarded the prize (subject to verification of eligibility and compliance and continued compliance with the terms of these rules). Station's decisions as to the Contest are final and binding. THE STATION RESERVES THE RIGHT TO DETERMINE AN ALTERNATE WINNER IN ACCORDANCE WITH THESE OFFICIAL RULES IN THE EVENT THAT ANY WINNER IS DISQUALIFIED, CANNOT BE CONTACTED, OR IS DEEMED INELIGIBLE FOR ANY REASON, OR IS NOT AVAILABLE TO PARTICIPATE IN ANY APPLICABLE CONTEST EVENTS.

**6.    Verification of Potential Winner.** THE ELIGIBILITY OF ALL POTENTIAL CONTEST WINNER(S) IS SUBJECT TO VERIFICATION BY STATION, WHOSE DECISIONS ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE CONTEST. The potential winner must continue to comply with all terms and conditions of these Official Rules, and winning is contingent upon fulfilling all requirements. The potential winner may be notified by telephone call after the random drawing, as outlined above and subject to meeting all the requirements, as outlined above in Section 5. The potential winner will be required to sign and return to Station, within three (3) days of the date notice is sent, an affidavit of eligibility and a liability/publicity release

3

(except where prohibited) in order to claim his/her prize, if applicable. A winner who returns the affidavit of eligibility and liability/publicity release within the required time period will be deemed to have accepted the prize and thereafter will not be permitted to rescind their acceptance of the prize and/or return the prize. If a potential winner cannot be contacted, fails to sign and return the affidavit of eligibility and/or the liability/publicity release within the required time period (if applicable), or if the prize or prize notification is returned as undeliverable, potential winner forfeits prize. In the event that the potential winner of a contest prize is disqualified for any reason, Station may award the applicable prize to an alternate winner by random drawing from among all remaining eligible entries for that particular Contest Round.

**7. Prizes. Up to One Hundred Sixty (160) Hourly Winner Prizes will be awarded in this Contest.** Each Prize consists of $1,000 in prepaid cash equivalent gift cards that may be used anywhere cash or cards are accepted. Winner is responsible for all taxes associated with prize receipt and/or use. **ARV of Each Individual Prize is One Thousand Dollars ($1,000.00). ARV in Aggregate during this Contest Period is up to One Hundred Sixty Thousand Dollars ($160,000.00)** In order to claim a Prize, the identified person must (a) claim the prize in-person by the actual Winner at the one (1) Participating Station identified and designated by Station, in its sole discretion, when the Winner's eligibility is verified and (b) must present a current government issued photo ID. A Prize must be claimed within thirty (30) days of being verified as eligible to win and must be claimed in-person by the Winner of the Contest. **No Prizes will be mailed for any reason and any prize not claimed by close of business on the thirtieth (30th) day after notification will be forfeited. NO PROXIES WILL BE ALLOWED TO CLAIM A PRIZE FOR ANY REASON.** Odds of winning a Prize depend on a number of factors including the number of eligible entries received by Station during any Contest Round and listeners participating at any given time. Each Prize is non-transferable and no substitution will be made, except as provided herein at the Station's discretion.

There is no substitution, transfer, or cash equivalent for prizes, except that the Station may, at its sole discretion and to the extent permitted by law, substitute prizes of comparable value or cash. The prizes are expressly limited to the item(s) listed above and do not include taxes, gratuities or any other expenses. Any tickets and/or gift certificates/cards awarded as part of a prize will be subject to the terms and conditions set forth by the issuer and are valid only on the date(s) printed on the tickets or gift certificates/cards. Other restrictions may apply.

**8. Entry Conditions and Release.** By entering, each participant agrees to: (a) comply with and be bound by these Official Rules and the decisions of the Station, which are binding and final in all matters relating to this Contest; (b) release and hold harmless Station, Cumulus Media Inc., and each of their respective subsidiaries, and affiliated companies, participating Stations, the prize suppliers and any other organizations responsible for Stationing, fulfilling, administering, advertising or promoting the Contest, and each of their respective past and present officers, directors, employees, agents and representatives (collectively, the "Released Parties") from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a participant's entry, creation of an entry or submission of an entry, participation in the Contest, acceptance or use or misuse of prize (including any travel or activity related thereto) and/or the broadcast, exploitation or use of entry; and (c) indemnify, defend and hold harmless the Released Parties from and against any and all claims, expenses, and liabilities (including reasonable attorneys' fees) arising out of or relating to a participant's participation in the Contest and/or participant's acceptance, use, non-use or misuse of the prize.

**9. Publicity.** Except where prohibited by law, participation in the Contest constitutes winner's consent to use by the Station and its agent of winner's name, likeness, photograph, voice, opinions and/or biographical information (including hometown and state) for promotional purposes in any media, worldwide, without further payment or consideration.

**10. Taxes.** All state, local, federal and or other taxes, duties, tariffs, title fees, licensing fees, or other fees for prizes awarded become the sole responsibility of the winner. All those who win a prize or prizes valued $600 or more in any given year will be issued an IRS Form 1099 to report their winnings.

**11. General Conditions.** Station reserves the right to cancel, suspend and/or modify the Contest, or any part of it, if any fraud, technical failures or any other factor beyond Station's reasonable control impairs the integrity or proper functioning of the Contest, as determined by Station in its sole discretion. Station reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Contest or to be acting in violation of these Official Rules or acting in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Contest may be a violation of criminal and civil law, and, should such an attempt be made, Station reserves the right to seek damages from any such person to the fullest extent permitted by law. Station's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

**12. Limitations of Liability.** The Released Parties are not responsible for: (1) any incorrect or inaccurate information, whether caused by Station, participants, entrants, printing errors or by any of the equipment or programming associated with or utilized in the Contest; (2) technical failures of any kind, including but not limited to malfunctions, interruptions, delays in entry or participation in the Contest due to the text receiving system reaching or nearing capacity, or disconnections in telephone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Contest, including no obligation, liability, or responsibility whatsoever if individuals who do not listen to a Participating Station receive the Secret Keyword(s) from third parties such as other listeners, contest Stations or from any other source; (4) technical or human error which may occur in the administration of the Contest or the processing of entries; or (5) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from participant's participation in the Contest or receipt or use, non-use or misuse of any prize. No more than the stated number of prizes will be awarded. In event that a production, technical, programming or other error causes more than stated number of prizes as set forth in these Official Rules to be claimed, Station reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims.

**13. Changes to the Contest or Changes to those Participating Stations.** If, for any reason, in the sole opinion of Station, this Contest is not capable of running as planned by reason of an Act of God, infection by computer virus, worms, bugs, tampering, hacking, unauthorized intervention, fraud, technical failures, system overload or any other causes, whether discovered or suspected by Station, which, in the sole opinion of the Station, does or could corrupt or affect the administration, security, fairness, integrity or proper conduct of this Contest, Station reserves the right, at its sole discretion, to cancel, terminate, modify or suspend this Contest, and/or provide alternative means of entry or any other changes to these contest rules that Station deems appropriate under the circumstances. In the event of termination, suspension or modification of this Contest, a notice will be posted online and announced on-air for those Participating Stations who are no longer conducting the Contest.

**14. Disputes.** Participant agrees that: (i) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded shall be resolved individually, without resort to any form of class action; (ii) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, shall be resolved exclusively by the United States District Court or the appropriate Georgia State Court located in the City of Atlanta, Georgia; (iii) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Contest, but in no event whatsoever will participant be permitted to obtain awards for, and participant hereby waives all rights to claim punitive, incidental and consequential damages and any other damages, other than for actual out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules, or the rights and obligations of the participant and Station in connection with the Contest, shall be governed by, and construed in accordance with, the laws of the State of Georgia, without giving effect to any choice of law or conflict of law rules (whether of the State of Georgia or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Georgia.

**15. Participant's Personal Information.** Information collected from participants is subject to Station's Privacy Policy, which is available on the Stations' websites under the "Privacy Policy" link. All entry blanks, forms, devices, and materials gathered during the course of entry, as well as all information contained therein shall become the sole property of Station to be used, disposed of or destroyed in its sole discretion. Station is not responsible for any incorrect or inaccurate information entered by telephone users, and assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to the Stations' websites and/or text messaging service.

**16. Nationwide Simultaneous Contest.** THE CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN EXHIBIT A, WHICH IS ATTACHED. STATION IS CONDUCTING THIS CONTEST CONCURRENTLY AND SIMULTANEOUSLY ON SEVERAL PARTICIPATING STATIONS THAT ARE LOCATED IN VARIOUS STATES AND THOSE RESPECTIVE VARIOUS TIME ZONES WHERE A STATION IS LOCATED. PARTICIPATING STATIONS MAY INDIVIDUALLY REFER TO THIS NATIONAL CONTEST IN VARYING WAYS AND BY VARYING NAMES DEPENDING ON A PARTICULAR STATION'S FORMAT AND WHAT A PARTICIPATING STATION DETERMINES TO SOUND MOST APPEALING TO A PARTICIPATING STATION(S)' PARTICULAR AUDIENCE.

**17. Contest Results.** A winners list may be obtained within thirty (30) days after the Contest Period expires by sending a self-addressed stamped envelope to the Station identified below, but prior to six (6) months after the Contest has concluded.

**CONTEST STATION: CUMULUS MEDIA HOLDINGS INC., 3280 Peachtree Road, NW, Suite 2200, Atlanta, GA 30305, Attn: CUMULUS MEDIA GROUP NATIONAL CONTEST SPRING 2018 "$1,000 GIVEAWAY"**

# EXHIBIT A

# PARTICIPATING STATIONS.

AS REFERENCED IN THE OFFICIAL CONTEST RULES FOR THE *CUMULUS MEDIA GROUP NATIONAL CONTEST SPRING 2018 "$1,000 GIVEAWAY,"* BELOW ARE THE 372 PARTICIPATING RADIO STATIONS THAT ARE ALL SIMULTANEOUSLY TAKING PART IN THIS NATIONAL CONTEST.

| | Market | Station Call-Letters | Title of the Contest the Participating Station has Chosen to Use for this National Contest |
|---|---|---|---|
| 1. | Abilene | KBCY-FM | 5- Weekday Payday |
| 2. | Abilene | KCDD-FM | 1- $4K A Day |
| 3. | Abilene | KHXS | 1- $4K A Day |
| 4. | Albany | WJAD-FM | 1- $4K A Day |
| 5. | Albany | WKAK-FM | 1- $4K A Day |
| 6. | Albuquerque | KKOB-AM | 1- $4K A Day |
| 7. | Albuquerque | KKOB-FM | 3- Thousand Dollar Payoff |
| 8. | Albuquerque | KMGA FM | 1- $4K A Day |
| 9. | Albuquerque | KNML-AM | 1- $4K A Day |
| 10. | Albuquerque | KRST-FM | 2- Workday Payday |
| 11. | Allentown/Bethlehem | WCTO-FM | 1- $4K A Day |
| 12. | Allentown/Bethlehem | WLEV-FM | 2- Workday Payday |
| 13. | Amarillo | KPUR-FM | 2- Workday Payday |
| 14. | Amarillo | KQIZ-FM | 1- $4K A Day |
| 15. | Amarillo | KZRK-FM | 1- $4K A Day |
| 16. | Ann Arbor | WQKL-FM | 1- $4K A Day |
| 17. | Ann Arbor | WTKA-AM | 1- $4K A Day |
| 18. | Ann Arbor | WWWW-FM | 1- $4K A Day |
| 19. | Appleton | WNAM-AM | 1- $4K A Day |
| 20. | Appleton | WOSH-AM | 2- Workday Payday |
| 21. | Appleton | WPKR-FM | 2- Workday Payday |
| 22. | Appleton | WVBO-FM | 1- $4K A Day |
| 23. | Appleton | WWWX-FM | 4- Fast Money Keyword |
| 24. | Atlanta | WKHX-FM | 1- $4K A Day |
| 25. | Atlanta | WNNX-FM | 1- $4K A Day |
| 26. | Atlanta | WWWQ-FM | 3- Thousand Dollar Payoff |
| 27. | Atlanta | WWWQ-H2 | 3- Thousand Dollar Payoff |
| 28. | Atlanta | WWWQHD3 | 1- $4K A Day |
| 29. | Baton Rouge | KQXL-FM | 3- Thousand Dollar Payoff |
| 30. | Baton Rouge | WEMX-FM | 3- Thousand Dollar Payoff |
| 31. | Baton Rouge | WRQQ-FM | 1- $4K A Day |
| 32. | Baton Rouge | WXOK-AM | 3- Thousand Dollar Payoff |
| 33. | Beaumont | KAYD-FM | 1- $4K A Day |
| 34. | Beaumont | KIKR | 1- $4K A Day |
| 35. | Beaumont | KQXY-FM | 1- $4K A Day |
| 36. | Beaumont | KTCX-FM | 1- $4K A Day |

| | | | |
|---|---|---|---|
| 37. | Birmingham | WAPI-AM | 1- $4K A Day |
| 38. | Birmingham | WJOX-AM | 1- $4K A Day |
| 39. | Birmingham | WJOX-FM | 1- $4K A Day |
| 40. | Birmingham | WJQX-FM | 1- $4K A Day |
| 41. | Birmingham | WUHT | 2- Workday Payday |
| 42. | Birmingham | WUHT-FM | 2- Workday Payday |
| 43. | Birmingham | WZRR-FM | 1- $4K A Day |
| 44. | Blacksburg | WBRW-FM | 1- $4K A Day |
| 45. | Blacksburg | WFNR-AM | 1- $4K A Day |
| 46. | Blacksburg | WNMX-FM | 1- $4K A Day |
| 47. | Blacksburg | WPSK-FM | 1- $4K A Day |
| 48. | Blacksburg | WWBU-FM | 1- $4K A Day |
| 49. | Bloomington | WBNQ-FM | 1- $4K A Day |
| 50. | Bloomington | WBWN-FM | 1- $4K A Day |
| 51. | Bloomington | WJBC-AM | 1- $4K A Day |
| 52. | Bloomington | WJBC-FM | 1- $4K A Day |
| 53. | Bloomington | WJEZ-FM | 3- Thousand Dollar Payoff |
| 54. | Boise | KBOI-AM | 1- $4K A Day |
| 55. | Boise | KIZN-FM | 1- $4K A Day |
| 56. | Boise | KKGL-FM | 1- $4K A Day |
| 57. | Boise | KQFC-FM | 1- $4K A Day |
| 58. | Boise | KTIK-FM | 1- $4K A Day |
| 59. | Bridgeport | WEBE-FM | 1- $4K A Day |
| 60. | Bridgeport | WICC-AM | 3- Thousand Dollar Payoff |
| 61. | Buffalo | WEDG-FM | 1- $4K A Day |
| 62. | Buffalo | WGRF-FM | 2- Workday Payday |
| 63. | Buffalo | WHTT-FM | 1- $4K A Day |
| 64. | Charleston | WIWF-FM | 3- Thousand Dollar Payoff |
| 65. | Charleston | WMGL-FM | 1- $4K A Day |
| 66. | Charleston | WSSX-FM | 1- $4K A Day |
| 67. | Charleston | WTMA-AM | 1- $4K A Day |
| 68. | Charleston | WWWZ-FM | 1- $4K A Day |
| 69. | Chattanooga | WGOW-FM | 1- $4K A Day |
| 70. | Chattanooga | WOGT-FM | 1- $4K A Day |
| 71. | Chattanooga | WSKZ-FM | 1- $4K A Day |
| 72. | Chicago | WKQX-FM | 1- $4K A Day |
| 73. | Chicago | WLS-AM | 1- $4K A Day |
| 74. | Chicago | WLS-FM | 1- $4K A Day |
| 75. | Cincinnati | WFTK-FM | 3- Thousand Dollar Payoff |
| 76. | Cincinnati | WGRR-FM | 1- $4K A Day |
| 77. | Cincinnati | WNNF-FM | 2- Workday Payday |
| 78. | Cincinnati | WOFX-FM | 1- $4K A Day |
| 79. | Cincinnati | WRRM-FM | 2- Workday Payday |
| 80. | Colorado Springs | KATC-FM | 3- Thousand Dollar Payoff |
| 81. | Colorado Springs | KCSF-AM | 3- Thousand Dollar Payoff |
| 82. | Colorado Springs | KKFM-FM | 3- Thousand Dollar Payoff |
| 83. | Colorado Springs | KKMG-FM | 3- Thousand Dollar Payoff |

| 84. | Colorado Springs | KKPK-FM | 3- Thousand Dollar Payoff |
|---|---|---|---|
| 85. | Colorado Springs | KVOR-AM | 3- Thousand Dollar Payoff |
| 86. | Columbia,SC | WLXC-FM | 1- $4K A Day |
| 87. | Columbia,SC | WNKT-FM | 1- $4K A Day |
| 88. | Columbia,SC | WOMG-FM | 1- $4K A Day |
| 89. | Columbia,SC | WTCB-FM | 1- $4K A Day |
| 90. | Columbia/Jefferson City | KBBM-FM | 3- Thousand Dollar Payoff |
| 91. | Columbia/Jefferson City | KBXR-FM | 2- Workday Payday |
| 92. | Columbia/Jefferson City | KFRU-AM | 1- $4K A Day |
| 93. | Columbia/Jefferson City | KOQL-FM | 3- Thousand Dollar Payoff |
| 94. | Columbia/Jefferson City | KPLA-FM | 1- $4K A Day |
| 95. | Columbus/Starkville | WKOR-FM | 2- Workday Payday |
| 96. | Columbus/Starkville | WMXU-FM | 5- Weekday Payday |
| 97. | Columbus/Starkville | WNMQ-FM | 1- $4K A Day |
| 98. | Columbus/Starkville | WSMS-FM | 3- Thousand Dollar Payoff |
| 99. | Columbus/Starkville | WSSO-AM | 4- Fast Money Keyword |
| 100. | Dallas/Fort Worth | KLIF-AM | 1- $4K A Day |
| 101. | Dallas/Fort Worth | KLIF-FM | 1- $4K A Day |
| 102. | Dallas/Fort Worth | KPLX-FM | 2- Workday Payday |
| 103. | Dallas/Fort Worth | KSCS-FM | 1- $4K A Day |
| 104. | Dallas/Fort Worth | WBAP-AM | 2- Workday Payday |
| 105. | Des Moines | KGGO | 1- $4K A Day |
| 106. | Des Moines | KHKI-FM | 1- $4K A Day |
| 107. | Des Moines | KJJY-FM | 1- $4K A Day |
| 108. | Detroit | WDRQ-FM | 3- Thousand Dollar Payoff |
| 109. | Detroit | WDVD-FM | 4- Fast Money Keyword |
| 110. | Detroit | WJR-AM | 1- $4K A Day |
| 111. | Erie | WQHZ-FM | 1- $4K A Day |
| 112. | Erie | WRIE-AM | 1- $4K A Day |
| 113. | Erie | WXKC-FM | 1- $4K A Day |
| 114. | Erie | WXKC-HD | 1- $4K A Day |
| 115. | Erie | WXTA-FM | 1- $4K A Day |
| 116. | Eugene | KNRQ-FM | 1- $4K A Day |
| 117. | Eugene | KUGN-AM | 1- $4K A Day |
| 118. | Eugene | KZEL-FM | 1- $4K A Day |
| 119. | Fayetteville, AR | KAMO-FM | 1- $4K A Day |
| 120. | Fayetteville, AR | KFAY-AM | 1- $4K A Day |
| 121. | Fayetteville, AR | KKEG-FM | 1- $4K A Day |
| 122. | Fayetteville, AR | KMCK-FM | 1- $4K A Day |
| 123. | Fayetteville, AR | KQSM-FM | 4- Fast Money Keyword |
| 124. | Fayetteville, AR | KRMW-FM | 1- $4K A Day |
| 125. | Fayetteville, NC | WFNC-AM | 1- $4K A Day |
| 126. | Fayetteville, NC | WMGU-FM | 1- $4K A Day |
| 127. | Fayetteville, NC | WQSM-FM | 2- Workday Payday |
| 128. | Flint | WDZZ-FM | 2- Workday Payday |
| 129. | Flint | WFBE-FM | 1- $4K A Day |
| 130. | Flint | WTRX-AM | 1- $4K A Day |

| | | |
|---|---|---|
| 131. Flint | WWCK-AM | 1- $4K A Day |
| 132. Flint | WWCK-FM | 1- $4K A Day |
| 133. Florence | WBZF-FM | 1- $4K A Day |
| 134. Florence | WYNN-AM | 1- $4K A Day |
| 135. Florence | WCMG-FM | 2- Workday Payday |
| 136. Florence | WMXT-FM | 1- $4K A Day |
| 137. Florence | WQPD-FM | 1- $4K A Day |
| 138. Florence | WWFN-FM | 1- $4K A Day |
| 139. Florence | WYMB-AM | 1- $4K A Day |
| 140. Florence | WYNN-FM | 3- Thousand Dollar Payoff |
| 141. Fort Smith | KBBQ-FM | 1- $4K A Day |
| 142. Fort Smith | KLSZ-FM | 1- $4K A Day |
| 143. Fort Smith | KOMS-FM | 1- $4K A Day |
| 144. Fort Walton Beach | WFTW-AM | 1- $4K A Day |
| 145. Fort Walton Beach | WKSM-FM | 1- $4K A Day |
| 146. Fort Walton Beach | WNCV-FM | 2- Workday Payday |
| 147. Fort Walton Beach | WYZB-FM | 1- $4K A Day |
| 148. Fort Walton Beach | WZNS-FM | 1- $4K A Day |
| 149. Fresno | KMGV-FM | 1- $4K A Day |
| 150. Fresno | KMJ-A/F | 1- $4K A Day |
| 151. Fresno | KSKS-FM | 1- $4K A Day |
| 152. Grand Rapids | WBBL-FM | 1- $4K A Day |
| 153. Grand Rapids | WHTS-FM | 4- Fast Money Keyword |
| 154. Grand Rapids | WLAV-FM | 2- Workday Payday |
| 155. Grand Rapids | WTNR-FM | 3- Thousand Dollar Payoff |
| 156. Green Bay | WDUZ-FM | 1- $4K A Day |
| 157. Green Bay | WKRU-FM | 3- Thousand Dollar Payoff |
| 158. Green Bay | WOGB-FM | 5- Weekday Payday |
| 159. Green Bay | WPCK-FM | 2- Workday Payday |
| 160. Green Bay | WQLH-FM | 1- $4K A Day |
| 161. Harrisburg | WNNK-FM | 1- $4K A Day |
| 162. Harrisburg | WQXA-FM | 1- $4K A Day |
| 163. Harrisburg | WWKL-FM | 1- $4K A Day |
| 164. Harrisburg | WZCY-FM | 1- $4K A Day |
| 165. Houston | KRBE-FM | 3- Thousand Dollar Payoff |
| 166. Huntsville | WHRP-FM | 3- Thousand Dollar Payoff |
| 167. Huntsville | WUMP-AM | 3- Thousand Dollar Payoff |
| 168. Huntsville | WVNN-AM | 1- $4K A Day |
| 169. Huntsville | WWFF-FM | 2- Workday Payday |
| 170. Huntsville | WZYP-FM | 1- $4K A Day |
| 171. Indianapolis | WFMS-FM | 3- Thousand Dollar Payoff |
| 172. Indianapolis | WJJK-FM | 1- $4K A Day |
| 173. Indianapolis | WYRG-FM | 2- Workday Payday |
| 174. Kansas City | KCFX-FM | 3- Thousand Dollar Payoff |
| 175. Kansas City | KCHZ-FM | 1- $4K A Day |
| 176. Kansas City | KCJK-FM | 4- Fast Money Keyword |
| 177. Kansas City | KCMO-AM | 5- Weekday Payday |

| | | | |
|---|---|---|---|
| 178. | Kansas City | KCMO-FM | 1- $4K A Day |
| 179. | Kansas City | KCMO-HD | 3- Thousand Dollar Payoff |
| 180. | Kansas City | KMJK-FM | 4- Fast Money Keyword |
| 181. | Knoxville | WIVK-FM | 1- $4K A Day |
| 182. | Knoxville | WNML-AM | 2- Workday Payday |
| 183. | Knoxville | WNML-FM | 2- Workday Payday |
| 184. | Knoxville | WOKI-FM | 4- Fast Money Keyword |
| 185. | Lafayette | KNEK-FM | 3- Thousand Dollar Payoff |
| 186. | Lafayette | KRRQ-FM | 1- $4K A Day |
| 187. | Lafayette | KSMB-FM | 2- Workday Payday |
| 188. | Lafayette | KXKC-FM | 1- $4K A Day |
| 189. | Lake Charles | KAOK-AM | 1- $4K A Day |
| 190. | Lake Charles | KBIU-FM | 1- $4K A Day |
| 191. | Lake Charles | KKGB-FM | 2- Workday Payday |
| 192. | Lake Charles | KQLK-FM | 1- $4K A Day |
| 193. | Lake Charles | KYKZ-FM | 1- $4K A Day |
| 194. | Lancaster | WIOV-FM | 1- $4K A Day |
| 195. | Lexington | WLTO-FM | 1- $4K A Day |
| 196. | Lexington | WLVK-FM | 1- $4K A Day |
| 197. | Lexington | WLXX-FM | 1- $4K A Day |
| 198. | Lexington | WVLK-AM | 1- $4K A Day |
| 199. | Lexington | WXZZ-FM | 1- $4K A Day |
| 200. | Lexington-Cynthiana | WCYN-FM | 1- $4K A Day |
| 201. | Little Rock | KARN-FM | 3- Thousand Dollar Payoff |
| 202. | Little Rock | KARN-AM | 1- $4K A Day |
| 203. | Little Rock | KAAY-AM | 1- $4K A Day |
| 204. | Little Rock | KIPR-FM | 1- $4K A Day |
| 205. | Little Rock | KLAL-FM | 1- $4K A Day |
| 206. | Little Rock | KURB-FM | 1- $4K A Day |
| 207. | Los Angeles | KABC-AM | 1- $4K A Day |
| 208. | Los Angeles | KLOS-FM | 1- $4K A Day |
| 209. | Macon | WDEN-FM | 1- $4K A Day |
| 210. | Macon | WLZN-FM | 1- $4K A Day |
| 211. | Macon | WMAC-AM | 1- $4K A Day |
| 212. | Macon | WMGB-FM | 3- Thousand Dollar Payoff |
| 213. | Macon | WPEZ-FM | 2- Workday Payday |
| 214. | Melbourne | WAOA-FM | 1- $4K A Day |
| 215. | Melbourne | WHKR-FM | 1- $4K A Day |
| 216. | Melbourne | WLZR-AM | 1- $4K A Day |
| 217. | Melbourne | WROK-FM | 1- $4K A Day |
| 218. | Memphis | WGKX-FM | 1- $4K A Day |
| 219. | Memphis | WKIM FM | 2- Workday Payday |
| 220. | Memphis | WRBO-FM | 2- Workday Payday |
| 221. | Memphis | WXMX-FM | 3- Thousand Dollar Payoff |
| 222. | Minneapolis | KQRS-FM | 1- $4K A Day |
| 223. | Minneapolis | KXXR-FM | 1- $4K A Day |
| 224. | Minneapolis | WGVX-FM | 1- $4K A Day |

| | | | |
|---|---|---|---|
| 225. | Minneapolis | WGVY-FN | 1- $4K A Day |
| 226. | Minneapolis | WGVZ-FM | 1- $4K A Day |
| 227. | Mobile | WABD-FM | 1- $4K A Day |
| 228. | Mobile | WBLX-FM | 1- $4K A Day |
| 229. | Mobile | WDLT-FM | 1- $4K A Day |
| 230. | Mobile | WGOK-AM | 1- $4K A Day |
| 231. | Montgomery | WHHY-FM | 5- Weekday Payday |
| 232. | Montgomery | WLWI-AM | 1- $4K A Day |
| 233. | Montgomery | WLWI-FM | 2- Workday Payday |
| 234. | Montgomery | WMSP-AM | 1- $4K A Day |
| 235. | Montgomery | WMXS-FM | 1- $4K A Day |
| 236. | Montgomery | WXFX-FM | 1- $4K A Day |
| 237. | Muncie | WLTI-AM | 1- $4K A Day |
| 238. | Muncie | WMDH-FM | 1- $4K A Day |
| 239. | Myrtle Beach | WDAI-FM | 3- Thousand Dollar Payoff |
| 240. | Myrtle Beach | WLFF-FM | 1- $4K A Day |
| 241. | Myrtle Beach | WSEA FM | 1- $4K A Day |
| 242. | Myrtle Beach | WSYN FM | 1- $4K A Day |
| 243. | Myrtle Beach | WYSN | 1- $4K A Day |
| 244. | Nashville | WGFX-FM | 3- Thousand Dollar Payoff |
| 245. | Nashville | WKDF-FM | 1- $4K A Day |
| 246. | Nashville | WQQK-FM | 1- $4K A Day |
| 247. | Nashville | WSM-FM | 1- $4K A Day |
| 248. | Nashville | WWTN-FM | 1- $4K A Day |
| 249. | New London | WMOS-FM | 1- $4K A Day |
| 250. | New London | WQGN-FM | 3- Thousand Dollar Payoff |
| 251. | New London | WXLM-AM | 1- $4K A Day |
| 252. | New Orleans | KKND-FM | 5- Weekday Payday |
| 253. | New Orleans | KMEZ-FM | 2- Workday Payday |
| 254. | New Orleans | WRKN-FM | 1- $4K A Day |
| 255. | New Orleans | WZRH-FM | 1- $4K A Day |
| 256. | New York | WABC-AM | 5- Weekday Payday |
| 257. | New York | WNBM FM | 4- Fast Money Keyword |
| 258. | New York | WNSH-FM | 4- Fast Money Keyword |
| 259. | New York | WPLJ-FM | 2- Workday Payday |
| 260. | Oklahoma City | KATT-FM | 2- Workday Payday |
| 261. | Oklahoma City | KKWD-FM | 1- $4K A Day |
| 262. | Oklahoma City | KQOB-FM | 1- $4K A Day |
| 263. | Oklahoma City | KYIS-FM | 1- $4K A Day |
| 264. | Oklahoma City | WKY-AM | 1- $4K A Day |
| 265. | Oklahoma City | WWLS-FM | 1- $4K A Day |
| 266. | Oxnard-Ventura | KBBY-FM | 1- $4K A Day |
| 267. | Oxnard-Ventura | KHAY-FM | 1- $4K A Day |
| 268. | Oxnard-Ventura | KRUZ-FM | 1- $4K A Day |
| 269. | Oxnard-Ventura | KVYB-FM | 1- $4K A Day |
| 270. | Pensacola | WCOA-AM | 3- Thousand Dollar Payoff |
| 271. | Pensacola | WJTQ-FM | 3- Thousand Dollar Payoff |

| | | |
|---|---|---|
| 272. Pensacola | WMEZ-FM | 2- Workday Payday |
| 273. Pensacola | WRRX-FM | 3- Thousand Dollar Payoff |
| 274. Pensacola | WXBM-FM | 1- $4K A Day |
| 275. Peoria | WFYR-FM | 1- $4K A Day |
| 276. Peoria | WGLO-FM | 1- $4K A Day |
| 277. Peoria | WIXO-FM | 1- $4K A Day |
| 278. Peoria | WZPW-FM | 1- $4K A Day |
| 279. Providence | WPRO-AM | 1- $4K A Day |
| 280. Providence | WPRO-FM | 3- Thousand Dollar Payoff |
| 281. Providence | WPRV-AM | 1- $4K A Day |
| 282. Providence | WWKX-FM | 1- $4K A Day |
| 283. Providence | WWLI-FM | 1- $4K A Day |
| 284. Reno | KBUL-FM | 1- $4K A Day |
| 285. Reno | KKOH-AM | 1- $4K A Day |
| 286. Reno | KNEV-FM | 1- $4K A Day |
| 287. Reno | KWYL-FM | 1- $4K A Day |
| 288. Saginaw | WHNN-FM | 1- $4K A Day |
| 289. Saginaw | WILZ-FM | 1- $4K A Day |
| 290. Saginaw | WIOG-FM | 1- $4K A Day |
| 291. Saginaw | WKQZ-FM | 1- $4K A Day |
| 292. Salt Lake City | KBEE-FM | 2- Workday Payday |
| 293. Salt Lake City | KBER-FM | 2- Workday Payday |
| 294. Salt Lake City | KENZ-FM | 1- $4K A Day |
| 295. Salt Lake City | KHTB-FM | 3- Thousand Dollar Payoff |
| 296. Salt Lake City | KKAT-AM | 1- $4K A Day |
| 297. Salt Lake City | KUBL-FM | 4- Fast Money Keyword |
| 298. San Francisco | KFFG-FM | 1- $4K A Day |
| 299. San Francisco | KFOG-FM | 1- $4K A Day |
| 300. San Francisco | KGO-AM | 1- $4K A Day |
| 301. San Francisco | KNBR-AM | 5- Weekday Payday |
| 302. San Francisco | KSAN-FM | 2- Workday Payday |
| 303. Savannah | WEAS-FM | 2- Workday Payday |
| 304. Savannah | WIXV-FM | 4- Fast Money Keyword |
| 305. Savannah | WJCL-FM | 4- Fast Money Keyword |
| 306. Savannah | WTYB-FM | 2- Workday Payday |
| 307. Savannah | WZAT-FM | 2- Workday Payday |
| 308. Savannah | WZAT-FM | 2- Workday Payday |
| 309. Shreveport | KMJJ-FM | 5- Weekday Payday |
| 310. Shreveport | KQHN-FM | 2- Workday Payday |
| 311. Shreveport | KRMD-AM | 1- $4K A Day |
| 312. Shreveport | KRMD-FM | 1- $4K A Day |
| 313. Shreveport | KVMA-FM | 5- Weekday Payday |
| 314. Springfield | WMAS-FM | 1- $4K A Day |
| 315. Stockton/Modesto | KATM-FM | 2- Workday Payday |
| 316. Stockton/Modesto | KESP-AM | 5- Weekday Payday |
| 317. Stockton/Modesto | KHOP-FM | 4- Fast Money Keyword |
| 318. Stockton/Modesto | KJOY-FM | 1- $4K A Day |

| | | |
|---|---|---|
| 319. Stockton/Modesto | KWIN-FM | 3- Thousand Dollar Payoff |
| 320. Syracuse | WAQX-FM | 2- Workday Payday |
| 321. Syracuse | WNTQ-FM | 1- $4K A Day |
| 322. Syracuse | WSKO-AM | 3- Thousand Dollar Payoff |
| 323. Syracuse | WXTL-FM | 2- Workday Payday |
| 324. Tallahassee | WBZE-FM | 1- $4K A Day |
| 325. Tallahassee | WGLF-FM | 1- $4K A Day |
| 326. Tallahassee | WHBT-AM | 1- $4K A Day |
| 327. Tallahassee | WHBT-FM (trans) | 1- $4K A Day |
| 328. Tallahassee | WHBX-fm | 1- $4K A Day |
| 329. Tallahassee | WWLD-FM | 1- $4K A Day |
| 330. Toledo/Monroe | WKKO-FM | 1- $4K A Day |
| 331. Toledo/Monroe | WMIM-FM | 1- $4K A Day |
| 332. Toledo/Monroe | WQQO HD | 1- $4K A Day |
| 333. Toledo/Monroe | WQQO-FM | 3- Thousand Dollar Payoff |
| 334. Toledo/Monroe | WRQN-FM | 1- $4K A Day |
| 335. Toledo/Monroe | WTOD FM | 1- $4K A Day |
| 336. Toledo/Monroe | WXKR FM | 1- $4K A Day |
| 337. Topeka | KDVV-FM | 1- $4K A Day |
| 338. Topeka | KMAJ-AM | 5- Weekday Payday |
| 339. Topeka | KMAJ-FM | 2- Workday Payday |
| 340. Topeka | KTOP-AM | 3- Thousand Dollar Payoff |
| 341. Topeka | KTOP-FM | 1- $4K A Day |
| 342. Topeka | KWIC-FM | 2- Workday Payday |
| 343. Tri-Cities | WKOS-FM | 1- $4K A Day |
| 344. Tri-Cities | WQUT-FM | 1- $4K A Day |
| 345. Tucson | KHYT-FM | 1- $4K A Day |
| 346. Tucson | KIIM-FM | 3- Thousand Dollar Payoff |
| 347. Washington | WMAL-AM | 1- $4K A Day |
| 348. Washington | WMAL-FM | 1- $4K A Day |
| 349. Washington | WRQX-FM | 3- Thousand Dollar Payoff |
| 350. Wichita Falls | KLUR-FM | 1- $4K A Day |
| 351. Wichita Falls | KOLI-FM | 1- $4K A Day |
| 352. Wichita Falls | KYYI-FM | 1- $4K A Day |
| 353. Wichita Falls | KQXC-FM | 1- $4k A Day |
| 354. Wilkes-Barre | WBHT-FM | 3- Thousand Dollar Payoff |
| 355. Wilkes-Barre | WBSX-FM | 1- $4K A Day |
| 356. Wilkes-Barre | WMGS-FM | 2- Workday Payday |
| 357. Wilkes-Barre | WSJR-FM | 5- Weekday Payday |
| 358. Wilmington | WAAV-AM | 2- Workday Payday |
| 359. Wilmington | WGNI-FM | 2- Workday Payday |
| 360. Wilmington | WKXS-FM | 2- Workday Payday |
| 361. Wilmington | WMNX-FM | 2- Workday Payday |
| 362. Wilmington | WWQQ-FM | 2- Workday Payday |
| 363. Worcester | WORC FM | 1- $4K A Day |
| 364. Worcester | WWFX-FM | 1- $4K A Day |
| 365. Worcester | WXLO-FM | 1- $4K A Day |

| | | |
|---|---|---|
| 366. York | WARM-FM | 1- $4K A Day |
| 367. York | WSBA-AM | 1- $4K A Day |
| 368. York | WSOX-FM | 1- $4K A Day |
| 369. Youngstown | WHOT-FM | 2- Workday Payday |
| 370. Youngstown | WQXK-FM | 1- $4K A Day |
| 371. Youngstown | WWIZ-FM | 5- Weekday Payday |
| 372. Youngstown | WYFM-FM | 1- $4K A Day |

## CUMULUS MEDIA RADIO STATION GROUP NATIONAL CONTEST SUMMER 2018 "$1,000 GIVEAWAY" OFFICIAL RULES

A complete copy of these rules can be obtained at the offices of any of the participating radio stations set forth below (individually a "Participating Station" and collectively, the "Participating Stations"), owned or operated by Cumulus Media New Holdings Inc. ("Station") or one of its subsidiaries during normal business hours Monday through Friday, or by sending a self-addressed, stamped envelope to Station at the address below.

The Station will conduct the **Cumulus Media Radio Station Group National Contest Summer 2018 "$1,000 Giveaway"** (the "Contest") substantially as described in these rules. The Contest may be referred to by a Participating Station as the:

a.    $4k A Day;

b.    $1000 Workday Payday;

c.    $1000 Fast Money Keyword;

d.    Thousand Dollar Payoff;

e.    $1000 Weekday Payday;

f.    Thousand Dollar Summer; or

g.    $1000 Summer Fun Payoff

Regardless of which name a Participating Station chooses to use for a Participating Station's promotion of this National contest, Participants acknowledge that the Contest is one (1) National Contest made up of many Participating Stations, as outlined in the attached Exhibit A, which is attached. Station is conducting this Contest concurrently and simultaneously on several Participating Stations that are located in various states and those respective various time zones where a Participating Station is physically located. By participating in this National Contest, each participant agrees as follows:

1. NO PURCHASE IS NECESSARY TO ENTER OR WIN. A PURCHASE WILL NOT INCREASE YOUR CHANCE OF WINNING. VOID WHERE PROHIBITED. ALL FEDERAL, STATE, AND LOCAL REGULATIONS APPLY.

2. **Eligibility.** This National Contest is open only to individuals who are (a) legal U.S. residents of the 50 contiguous states of the United States, (b) who are age eighteen (18) or older (19 in Alabama and 21 in Mississippi) at the time of entry with a valid Social Security number, and (c) who reside in a participating Station's Designated Market Area ("DMA") as defined by Nielsen Audio and listed in Exhibit A (each a "Participating Station" and collectively "Participating Stations"). Employees of the Participating Stations, the Station, its parent company, affiliates, subsidiaries, promotional Stations, prize providers, advertising agencies, other radio stations serving a Participating Station's DMA, local sponsors and their employees of this Contest tied with a Participating Station, and the immediate family members and household members of all such employees are not eligible to participate. The term "immediate family members" includes spouses, parents and step-parents, siblings and step-siblings, and children and stepchildren. The term "household members" refers to people who share the same residence at least three (3) months out of the year. The Contest is subject to all applicable federal, state and local laws and regulations. Participation constitutes participant's full and unconditional agreement to these Official Rules and Station's decisions, which are final and binding in all matters related to the Contest. Winning a prize is contingent upon fulfilling all requirements set forth herein.

3. **Contest Period.** The Contest will begin at or around **7:50 a.m., CST on Thursday, July 19, 2018** and will run through **5:25 p.m., CST on Friday, August 31, 2018, weekdays only Monday through Friday, excluding weekends** (the "Contest Period"). The Station's computer in the Central Time Zone is the official time keeping device for this Contest.

4. **To Enter:** Listen to a Participating Station for the Secret Keyword to be announced and then timely submit the Secret Keyword using one (1) of the methods listed below each Contest Round in order to receive one (1) entry into the corresponding Contest Round:

**STEP ONE:** Tune into and listen to a Participating Station weekdays during the Contest Period. A Participating Station may announce up to, but not more than four (4) different Secret Keywords per each weekday during the Contest Period (each a "Contest Round"), during the approximate designated local times listed below:

| | Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
|---|---|---|---|---|
| **CONTEST TIMES** | Contest Round 1  9:00 a.m. | Contest Round 1  8:00 a.m. | Contest Round 1  7:00 a.m. | Contest Round 1  6:00 a.m. |
| | Contest Round 2  12:00 p.m. (Noon) | Contest Round 2  11:00 a.m. | Contest Round 2  10:00 a.m. | Contest Round 2  9:00 a.m. |
| | Contest Round 3  3:00 p.m. | Contest Round 3  2:00 p.m. | Contest Round 3  1:00 p.m. | Contest Round 3  12:00 pm (Noon) |
| | Contest Round 4  6:00 p.m. | Contest Round 4  5:00 p.m. | Contest Round 4  4:00 p.m. | Contest Round 4  3:00 p.m. |

**ALL CONTEST TIMES ARE APPROXIMATE, AND ALL CONTEST TIMES ARE LOCAL PARTICIPATING STATION TIME, REGARDLESS OF THE TIME ZONE.**

If a Participating Station chooses to participate in a Contest Round such Participating Station will announce one (1) Secret Keyword during each of the possible four (4) Contest Rounds listed above. Meaning, there could be up to a total of four (4) different Secret Keywords announced during each weekday during the Contest Period. The Secret Keyword announced during a particular Contest Round will be the same Secret Keyword announced on all Participating Stations nationwide during that same Contest Round, regardless of the actual time or the time zone where the Secret Keyword is actually announced. By way of example, and not of limitation, the Secret Keyword that is announced for Contest Round 1 at or around 9:00 a.m. for the Participating Stations in the Eastern Time Zone will be the same Secret Keyword that is announced during Contest Round 1 for the those Participating Stations at or around 7:00 a.m. in the Mountain Time Zone.

**STEP TWO:** Listeners may either (i) text in an entry into a particular Contest Round to short code 95819 or (ii) the Free Alternative Method of Entry, but not both. Limit One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry. Entry by sending a text message will not improve your chance of winning:

(i) *Text Entry Method.* When listeners hear the Secret Keyword for a particular Contest Round, participants should **send a text message with the correct Secret Keyword to short code 95819** (the one (1) correct text messaged Secret Keyword is an "Entry"). All entries must be correctly spelled and received into the texting system no later than twenty-five (25) minutes past the top of the hour when a Secret Keyword is announced, in order to be eligible to win that hour's prize. **Incorrect, misspelled, late and/or texting system rejected entries will not be entered to win.** The text messaging method of entry is designed to work with most of the United States major wireless carriers, but the Station makes no guarantee that any particular wireless service provider will participate or that a wireless carrier's texting service will timely or accurately deliver the text message via the short code.

(ii) *Free Alternative Method of Entry.* To enter a Contest Round without sending a text message during a designated Contest Round, timely visit the website http://wmclientservices.com/cumulus/ and fully complete the Entry Form by (a) correctly typing in the Secret Keyword, (b) including a telephone number (cell phone or landline), including area code, and (c) timely submitting the designated Secret Keyword. You must successfully submit the Secret Keyword correctly spelled and your registration information no later than twenty-five (25) minutes past the top of the hour when a Secret Keyword is announced in order to receive a valid entry.

**Limit One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry.**

## Additional Details Regarding Entering the Contest

a.    **Listeners may participate up to four (4) times each weekday, per telephone number/email address, during the Contest Period, but only once (one (1) time) per Contest Round, regardless of the entry method.** Each Participating Station, as outlined at the end of these Contest Rules in Exhibit A, will qualify participants up to four (4) times per weekday during the Contest Period. Listeners are allowed to text in or email, but not both, once per each of the up to four (4) separate Contest Rounds for a total of up to four (4) entries per weekday (Monday – Friday) during the Contest Period (each correct Secret Keyword an "Entry" and collectively "Entries"). The Hourly Prize Winner will be chosen from all the entries who correctly text in and all entries who enter via the free alternative method of entry to a particular Contest Round across the country, and whose text or completed entry form, if entering via the free alternative method of entry, is received no later than twenty-five (25) minutes past the top of the hour after the Secret Keyword is announced. The maximum amount of correct entries possible from a single telephone number/email address, per Contest Round is limited to One (1) Entry per person/telephone number/email address per Contest Round, regardless of the method of entry. Therefore, multiple entries of the same Secret Keyword via text and/or the free alternative method of entry will not increase the chances of winning.

2

b.    **Contest Round Times May Vary.** Actual Contest Round start times may vary. Individual Participating Stations may first announce a Secret Keyword as early as ten (10) minutes before, and as late as six (6) minutes after the hour in a particular Contest Round, as designated in the above chart.

c.    REGARDLESS OF THE ACTUAL TIME(S) AT WHICH A PARTICIPATING STATION ANNOUNCES A SECRET KEYWORD, ENTRIES FOR A PARTICULAR CONTEST ROUND WILL ONLY BE ACCEPTED FROM AS EARLY AS TEN (10) MINUTES PRIOR TO THE TOP OF ANY HOUR AT WHICH A CONTEST ROUND IS SCHEDULED TO BE ANNOUNCED THROUGH TWENTY-FIVE (25) MINUTES AFTER SUCH HOUR (*for example, from 8:50 a.m.. to 9:25 a.m.*) (each an "Entry Period")

d.    **May Announce Only Once or More Than Once.** A Participating Station may, but is not obligated to, announce a particular Secret Keyword more than once; provided however, the number of times in which any Participating Station may announce a Secret Keyword in any Contest Round may vary by individual Participating Station(s) and/or by subsequent Contest Round(s).

e.    **May Spell the Secret Keyword.** A Participating Station may, but is not obligated to, spell out the correct spelling of a Secret Keyword once or more than once; provided however, should a Participating Station choose to spell out a Secret Keyword during a particular Contest Round such Participating Station may vary whether or not it spells a Secret Keyword during any subsequent Contest Round(s).

f.    *TIME DELAY BETWEEN OVER-THE-AIR ANALOG SIGNAL AND INTERNET BROADCAST:* Due to the time delay that exists between a Participating Station's analog over-the-air signal and a Participating Station's online internet based stream or app, listeners who listen to a Participating Station online or via an app may hear the Secret Keyword cue to enter later than listeners listening to a Participating Station's analog over-the-air signal. As a result, the odds of an online listener winning a prize in this Contest may be diminished.

g.    **Bounceback Text Message.** Participants may receive a bounce back text message (a response due to Participant participating) from Station with confirmation of Contest Round entry or letting the participant know they were not entered due to untimely or an incorrect entry, but will receive no additional offers, information or message content. Texts to the short code or an incorrect short code may result in one or more automatic bounce back messages, for which participants may incur a fee from his/her provider.

h.    **Complete and Timely Submitted Information.** Entries must contain ALL information requested, must be timely submitted, and must comply with all Content submission requirements set forth herein in order to be a valid Entry. *By participating in the Contest, participants agree that the Station may contact them via telephone at the number provided during registration or by text message, at the telephone number from which the text message entry was received.*
**Standard text messaging rates, as established by an individual's wireless carrier may apply, and Station assumes no responsibility for any fees or charges incurred for and associated with any text message sent to or from Station. Any and all fees arising out of the transmission of a text message shall be the sole responsibility of the participant.** Multiple participants are not permitted to share the same telephone number. Any attempt by any participant to submit more than one (1) entry per Contest Round by using multiple/different telephone numbers, identities, or any other method will void that participant from further participation in the Contest. Use of any automated system to participate is prohibited and will result in disqualification. Station is not responsible for lost, late (whether due to participant error or technical malfunction), incomplete, invalid, unintelligible, inappropriate or misdirected entries, all of which will be disqualified. In the event of a dispute as to any entry, the authorized account holder of the telephone number used to register will be deemed to be the participant. The "authorized account holder" is the natural person assigned the telephone number by the wireless carrier. Potential winner may be required to show proof of being the authorized account holder. All entries become the sole and exclusive property of Station and will not be returned. No mail-in entries will be accepted.

5.    **Winner Selection.** After the Entry Period for a Contest Round has closed and no later than two (2) hours after an Entry Period has closed, Station will select one (1) Entry in a random drawing from among all the valid Entries cumulatively received from each of two (2) entry methods listed above from all of the up to **319 Participating Stations, as detailed on the attached Exhibit A,** during that particular Contest Round, who will then be deemed the potential Hourly Prize Winner. The potential Hourly Prize Winner will be contacted by the Station from the number of 515-253-0927 and using the telephone number that submitted the Entry or the telephone number that was provided on the completed form for the free alternative method of entry. PARTICIPANTS MUST ANSWER THE TELEPHONE AND MUST AGREE TO HAVE THE TELEPHONE CONVERSATION RECORDED BY THE STATION AND AGREE TO BE INTERVIEWED FOR ANY BROADCAST OR COMMERCIAL RELEASE CONNECTED WITH THE CONTEST, IN ORDER TO BE DETERMINED A DESIGNATED WINNER AND TO HAVE THE PRIZE AWARDED. **The Participating Station will make up to two (2) telephone call attempts within a three (3) minute timeframe, as determined in a Participating Station's sole discretion. The potential Hourly Prize Winner's telephone number must be answered by a live person, and the person who texted in or submitted online the**

3

Entry must be immediately available. On the second (2nd) attempt to reach the potential Hourly Prize Winner, telephone numbers answered by voicemail will be immediately disqualified. Should a number be answered by a voicemail on the second attempt or the person is unavailable for any reason, the Station may select another potential Hourly Prize Winner in its sole discretion. This process will continue until a potential Hourly Prize Winner who entered the Contest answers the telephone. Station is not obligated to and will not leave a voicemail or other message when contacting a potential Hourly Prize Winner. The potential Hourly Prize Winner may be awarded the prize (subject to verification of eligibility and compliance and continued compliance with the terms of these rules). Station's decisions as to the Contest are final and binding. THE STATION RESERVES THE RIGHT TO DETERMINE AN ALTERNATE WINNER IN ACCORDANCE WITH THESE OFFICIAL RULES IN THE EVENT THAT ANY WINNER IS DISQUALIFIED, CANNOT BE CONTACTED, OR IS DEEMED INELIGIBLE FOR ANY REASON, OR IS NOT AVAILABLE TO PARTICIPATE IN ANY APPLICABLE CONTEST EVENTS HOSTED BY STATION.

6. **Verification of Potential Winner.** THE ELIGIBILITY OF ALL POTENTIAL CONTEST WINNER(S) IS SUBJECT TO VERIFICATION BY STATION, WHOSE DECISIONS ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE CONTEST. The potential winner must continue to comply with all terms and conditions of these Official Rules, and winning is contingent upon fulfilling all requirements. The potential winner will be notified by telephone call after the random drawing, as outlined above and subject to meeting all the requirements, as outlined above in Section 5. The potential winner will be required to sign and return to Station, within three (3) days of the date notice is sent, an affidavit of eligibility and a liability/publicity release (except where prohibited) in order to claim his/her prize, if applicable. A winner who returns the affidavit of eligibility and liability/publicity release within the required time period will be deemed to have accepted the prize and thereafter will not be permitted to rescind their acceptance of the prize and/or return the prize. If a potential winner cannot be contacted, fails to sign and return the affidavit of eligibility and/or the liability/publicity release within the required time period (if applicable), or if the prize or prize notification is returned as undeliverable, potential winner forfeits prize. In the event that the potential winner of a contest prize is disqualified for any reason, Station may award the applicable prize to an alternate winner by random drawing from among all remaining eligible entries for that particular Contest Round.

7. **Prizes.** <u>Up to One Hundred Twenty Eight (128) Hourly Winner Prizes will be awarded in this Contest.</u> Each Prize consists of $1,000 in prepaid cash equivalent gift cards that may be used anywhere cash or cards are accepted. Winner is responsible for all taxes associated with prize receipt and/or use. ARV of Each Individual Prize is One Thousand Dollars ($1,000.00). ARV in Aggregate during this Contest Period is up to One Hundred Twenty Eight Thousand Dollars ($128,000.00) In order to claim a Prize, the identified person must (a) claim the prize in-person by the actual Winner, i.e. the person who entered the Contest, at the one (1) Participating Station identified and designated by Station, in its sole discretion, when the Winner's eligibility is verified and (b) must present a current government issued photo ID. A Prize must be claimed within thirty (30) days of being verified as eligible to win and must be claimed in-person by the Winner of the Contest. No Prizes will be mailed for any reason and any prize not claimed by close of business on the thirtieth (30th) day after notification will be forfeited. <u>NO PROXIES WILL BE ALLOWED TO CLAIM A PRIZE FOR ANY REASON.</u> Odds of winning a Prize depend on a number of factors including the number of eligible entries received by Station during any Contest Round and listeners participating at any given time. Each Prize is non-transferable and no substitution will be made, except as provided herein at the Station's discretion.

There is no substitution, transfer, or cash equivalent for prizes, except that the Station may, at its sole discretion and to the extent permitted by law, substitute prizes of comparable value or cash. The prizes are expressly limited to the item(s) listed above and do not include taxes, gratuities or any other expenses. Any tickets and/or gift certificates/cards awarded as part of a prize will be subject to the terms and conditions set forth by the issuer and are valid only on the date(s) printed on the tickets or gift certificates/cards. Other restrictions may apply.

8. **Entry Conditions and Release.** By entering, each participant agrees to: (a) comply with and be bound by these Official Rules and the decisions of the Station, which are binding and final in all matters relating to this Contest; (b) release and hold harmless Station, Cumulus Media New Holdings, Inc., and each of their respective subsidiaries, and affiliated companies, participating Stations, the prize suppliers and any other organizations responsible for Stationing, fulfilling, administering, advertising or promoting the Contest, and each of their respective past and present officers, directors, employees, agents and representatives (collectively, the "Released Parties") from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a participant's entry, creation of an entry or submission of an entry, participation in the Contest, acceptance or use or misuse of prize (including any travel or activity related thereto) and/or the broadcast, exploitation or use of entry; and (c) indemnify, defend and hold harmless the Released Parties from and against any and all claims, expenses, and liabilities (including reasonable attorneys' fees) arising out of or relating to a participant's participation in the Contest and/or participant's acceptance, use, non-use or misuse of the prize.

4

**9. Publicity.** Except where prohibited by law, participation in the Contest constitutes Winner's consent to use by the Station and its agent of winner's name, likeness, photograph, voice, opinions and/or biographical information (including hometown and state) for promotional purposes in any media, worldwide, without further payment or consideration.

**10. Taxes.** All state, local, federal and or other taxes, duties, tariffs, title fees, licensing fees, or other fees for prizes awarded become the sole responsibility of the winner. All those who win a prize or prizes valued $600 or more in any given year will be issued an IRS Form 1099 to report their winnings.

**11. General Conditions.** Station reserves the right to cancel, suspend and/or modify the Contest, or any part of it, if any fraud, technical failures or any other factor beyond Station's reasonable control impairs the integrity or proper functioning of the Contest, as determined by Station in its sole discretion. Station reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Contest or to be acting in violation of these Official Rules or acting in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Contest may be a violation of criminal and civil law, and, should such an attempt be made, Station reserves the right to seek damages from any such person to the fullest extent permitted by law. Station's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

**12. Limitations of Liability.** The Released Parties are not responsible for: (1) any incorrect or inaccurate information, whether caused by Station, participants, entrants, printing errors or by any of the equipment or programming associated with or utilized in the Contest; (2) technical failures of any kind, including but not limited to malfunctions, interruptions, delays in entry or participation in the Contest due to the text receiving system reaching or nearing capacity, or disconnections in telephone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Contest, including no obligation, liability, or responsibility whatsoever if individuals who do not listen to a Participating Station receive the Secret Keyword(s) from third parties such as other listeners or from any other source; (4) technical or human error which may occur in the administration of the Contest or the processing of entries; or (5) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from participant's participation in the Contest or receipt or use, non-use or misuse of any prize. No more than the stated number of prizes will be awarded. In event that a production, technical, programming or other error causes more than stated number of prizes as set forth in these Official Rules to be claimed, Station reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims.

**13. Changes to the Contest or Changes to those Participating Stations.** If, for any reason, in the sole opinion of Station, this Contest is not capable of running as planned by reason of an Act of God, infection by computer virus, worms, bugs, tampering, hacking, unauthorized intervention, fraud, technical failures, system overload or any other causes, whether discovered or suspected by Station, which, in the sole opinion of the Station, does or could corrupt or affect the administration, security, fairness, integrity or proper conduct of this Contest, Station reserves the right, at its sole discretion, to cancel, terminate, modify or suspend this Contest, and/or provide alternative means of entry or any other changes to these contest rules that Station deems appropriate under the circumstances. In the event of termination, suspension or modification of this Contest, a notice will be posted online and announced on-air for those Participating Stations who are no longer conducting the Contest.

**14. Disputes.** Participant agrees that: (i) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded shall be resolved individually, without resort to any form of class action; (ii) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, shall be resolved exclusively by the United States District Court or the appropriate Georgia State Court located in the City of Atlanta, Georgia; (iii) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Contest, but in no event attorneys' fees; and (iv) under no circumstances will participant be permitted to obtain awards for, and participant hereby waives all rights to claim punitive, incidental and consequential damages and any other damages, other than for actual out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules, or the rights and obligations of the participant and Station in connection with the Contest, shall be governed by, and construed in accordance with, the laws of the State of Georgia, without giving effect to any choice of law or conflict of law rules (whether of the State of Georgia or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Georgia.

**15. Participant's Personal Information.** Information collected from participants is subject to Station's Privacy Policy, which is available on the Stations' websites under the "Privacy Policy" link. All entry blanks, forms, devices, and materials gathered during the course of entry, as well as all information contained therein shall become the sole property of Station to be used, disposed of or destroyed in its sole discretion. Station is not responsible for any incorrect or inaccurate information entered by telephone users, and

5

assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to the Stations' websites and/or text messaging service.

**16. Nationwide Simultaneous Contest.** THE CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN <u>EXHIBIT A</u>, WHICH IS ATTACHED. STATION IS CONDUCTING THIS CONTEST CONCURRENTLY AND SIMULTANEOUSLY ON SEVERAL PARTICIPATING STATIONS THAT ARE LOCATED IN VARIOUS STATES AND THOSE RESPECTIVE VARIOUS TIME ZONES WHERE A STATION IS LOCATED. PARTICIPATING STATIONS MAY INDIVIDUALLY REFER TO THIS NATIONAL CONTEST IN VARYING WAYS AND BY VARYING NAMES DEPENDING ON A PARTICULAR STATION'S FORMAT AND WHAT A PARTICIPATING STATION DETERMINES TO SOUND MOST APPEALING TO A PARTICIPATING STATION(S)' PARTICULAR AUDIENCE.

**17. Contest Results.** A winners list may be obtained within thirty (30) days after the Contest Period expires by sending a self-addressed stamped envelope to the Station identified below, but prior to six (6) months after the Contest has concluded.

**CONTEST STATION: CUMULUS MEDIA NEW HOLDINGS INC., 3280 Peachtree Road, NW, Suite 2200, Atlanta, GA 30305, Attn: CUMULUS MEDIA RADIO STATION GROUP NATIONAL CONTEST SUMMER 2018 "$1,000 GIVEAWAY"**

# EXHIBIT A

# PARTICIPATING STATIONS.

As referenced in the Official Contest Rules for the *Cumulus Media Radio Station Group National Contest Summer 2018 "$1,000 Giveaway,"* below are the 319 Participating Radio Stations that are all simultaneously taking part in this National Contest.

| | MARKET | STATION CALL-LETTERS | CONTEST NAME |
|---|---|---|---|
| 1 | Abilene | KBCY-FM | $1000 Workday Payday |
| 2 | Abilene | KCDD-FM | Thousand Dollar Summer |
| 3 | Abilene | KHXS-FM | Thousand Dollar Summer |
| 4 | Albany | WALG-AM | $4K A Day |
| 5 | Albany | WJAD-FM | $4K A Day |
| 6 | Albany | WKAK-FM | $4K A Day |
| 7 | Albuquerque | KKOB-AM | $1000 Summer Fun Payoff |
| 8 | Albuquerque | KKOB-FM | Thousand Dollar Payoff |
| 9 | Albuquerque | KMGA-FM | $4K A Day |
| 10 | Albuquerque | KNML-AM | $1000 Summer Fun Payoff |
| 11 | Albuquerque | KRST-FM | $1000 Summer Fun Payoff |
| 12 | Allentown/Bethlehem | WCTO-FM | $4K A Day |
| 13 | Allentown/Bethlehem | WLEV-FM | Thousand Dollar Payoff |
| 14 | Amarillo | KQIZ-FM | Thousand Dollar Summer |
| 15 | Amarillo | KZRK-FM | Thousand Dollar Summer |
| 16 | Ann Arbor | WTKA-AM | $4K A Day |
| 17 | Ann Arbor | WWWW-FM | $4K A Day |
| 18 | Appleton | WNAM-AM | $4K A Day |
| 19 | Appleton | WOSH-AM | $4K A Day |
| 20 | Appleton | WPKR-FM | $1000 Workday Payday |
| 21 | Appleton | WVBO-FM | $4K A Day |
| 22 | Appleton | WWWX-FM | $1000 Fast Money Keyword |
| 23 | Atlanta | WKHX-FM | Thousand Dollar Summer |
| 24 | Atlanta | WNNX-FM | $4K A Day |
| 25 | Atlanta | WWWQ-FM | $1000 Weekday Payday |
| 26 | Atlanta | WWWQ-H3 | $4K A Day |
| 27 | Baton Rouge | KQXL-FM | Thousand Dollar Summer |
| 28 | Baton Rouge | WEMX-FM | Thousand Dollar Summer |
| 29 | Baton Rouge | WRQQ-FM | $1000 Workday Payday |
| 30 | Baton Rouge | WXOK-AM | Thousand Dollar Summer |
| 31 | Beaumont | KAYD-FM | $4K A Day |
| 32 | Beaumont | KIKR-AM | Thousand Dollar Summer |
| 33 | Beaumont | KQXY-FM | Thousand Dollar Summer |
| 34 | Beaumont | KTCX-FM | $4K A Day |
| 35 | Birmingham | WAPI-AM | $4K A Day |
| 36 | Birmingham | WJOX-AM | $4K A Day |
| 37 | Birmingham | WJOX-FM | $4K A Day |

| 38 | Birmingham | WJQX-FM | $4K A Day |
| 39 | Birmingham | WUHT-FM | $1000 Workday Payday |
| 40 | Birmingham | WZRR-FM | $4K A Day |
| 41 | Blacksburg | W278-AJ | $4K A Day |
| 42 | Blacksburg | WBRW-FM | $4K A Day |
| 43 | Blacksburg | WFNR-AM | $4K A Day |
| 44 | Blacksburg | WNMX-FM | $4K A Day |
| 45 | Blacksburg | WPSK-FM | $4K A Day |
| 46 | Blacksburg | WWBU-FM | $4K A Day |
| 47 | Bloomington | WBNQ-FM | Thousand Dollar Summer |
| 48 | Bloomington | WBWN-FM | Thousand Dollar Summer |
| 49 | Bloomington | WJBC-AM | $1000 Weekday Payday |
| 50 | Bloomington | WJEZ-FM | Thousand Dollar Summer |
| 51 | Boise | KBOI-AM | $4K A Day |
| 52 | Boise | KIZN-FM | $4K A Day |
| 53 | Boise | KKGL-FM | $4K A Day |
| 54 | Boise | KQFC-FM | $4K A Day |
| 55 | Boise | KTIK-AM | Thousand Dollar Summer |
| 56 | Boise | KTIK-FM | Thousand Dollar Summer |
| 57 | Bridgeport | WEBE-FM | $4K A Day |
| 58 | Bridgeport | WEBEHD1 | $4K A Day |
| 59 | Buffalo | WEDG-FM | $4K A Day |
| 60 | Buffalo | WGRF-FM | $1000 Workday Payday |
| 61 | Buffalo | WHTT-FM | $1000 Summer Fun Payoff |
| 62 | Charleston | WIWF-FM | Thousand Dollar Summer |
| 63 | Charleston | WMGL-FM | $4K A Day |
| 64 | Charleston | WSSX-FM | $4K A Day |
| 65 | Charleston | WTMA-AM | $4K A Day |
| 66 | Charleston | WWWZ-FM | $4K A Day |
| 67 | Chattanooga | WGOW-FM | $4K A Day |
| 68 | Chattanooga | WOGT-FM | $4K A Day |
| 69 | Chattanooga | WSKZ-FM | $4K A Day |
| 70 | Chicago | WLS-AM | $1000 Fast Money Keyword |
| 71 | Cincinnati | WFTKFM | Thousand Dollar Payoff |
| 72 | Cincinnati | WNNF-FM | $1000 Workday Payday |
| 73 | Cincinnati | WOFX-FM | $4K A Day |
| 74 | Cincinnati | WRRM-FM | $4K A Day |
| 75 | Colorado Springs | KCSF-AM | Thousand Dollar Payoff |
| 76 | Colorado Springs | KKFM-FM | Thousand Dollar Payoff |
| 77 | Colorado Springs | KKPK-FM | Thousand Dollar Payoff |
| 78 | Colorado Springs | KVOR-AM | Thousand Dollar Payoff |
| 79 | Columbia,SC | WLXC-FM | $4K A Day |
| 80 | Columbia,SC | WNKT-FM | $4K A Day |
| 81 | Columbia,SC | WOMG-FM | $1000 Summer Fun Payoff |
| 82 | Columbia,SC | WTCB-FM | Thousand Dollar Payoff |
| 83 | Columbia/Jefferson City | KBBM-FM | Thousand Dollar Summer |
| 84 | Columbia/Jefferson City | KFRU-AM | $1000 Summer Fun Payoff |

| 85 | Columbia/Jefferson City | KJMO-FM | Thousand Dollar Summer |
| 86 | Columbia/Jefferson City | KOQL-FM | Thousand Dollar Summer |
| 87 | Columbus/Starkville | WKOR-FM | $1000 Workday Payday |
| 88 | Columbus/Starkville | WMXU-FM | $1000 Weekday Payday |
| 89 | Columbus/Starkville | WNMQ-FM | $4K A Day |
| 90 | Columbus/Starkville | WSMS-FM | Thousand Dollar Payoff |
| 91 | Columbus/Starkville | WSSO-AM | $1000 Fast Money Keyword |
| 92 | Dallas/Fort Worth | KESN-FM | Thousand Dollar Payoff |
| 93 | Dallas/Fort Worth | KLIF-AM | $1000 Weekday Payday |
| 94 | Dallas/Fort Worth | KLIF-FM | Thousand Dollar Summer |
| 95 | Dallas/Fort Worth | KSCS-FM | $1000 Summer Fun Payoff |
| 96 | Dallas/Fort Worth | WBAP-AM | $1000 Workday Payday |
| 97 | Des Moines | KGGO-FM | $4K A Day |
| 98 | Des Moines | KHKI-FM | $4K A Day |
| 99 | Des Moines | KJJY-FM | $4K A Day |
| 100 | Detroit | WDRQ-FM | Thousand Dollar Payoff |
| 101 | Detroit | WDVD-FM | $1000 Fast Money Keyword |
| 102 | Detroit | WJR-AM | $1000 Workday Payday |
| 103 | Erie | WQHZ-FM | Thousand Dollar Summer |
| 104 | Erie | WRIE-AM | Thousand Dollar Summer |
| 105 | Erie | WXKC-FM | Thousand Dollar Payoff |
| 106 | Erie | WXKC-HD | Thousand Dollar Summer |
| 107 | Erie | WXTA-FM | Thousand Dollar Summer |
| 108 | Eugene | KUGN-AM | $4K A Day |
| 109 | Eugene | KZEL-FM | $4K A Day |
| 110 | Fayetteville, AR | KKEG-FM | $4K A Day |
| 111 | Fayetteville, AR | KMCK-FM | $4K A Day |
| 112 | Fayetteville, AR | KRMW-FM | $4K A Day |
| 113 | Fayetteville, NC | WFNC-AM | $4K A Day |
| 114 | Fayetteville, NC | WMGU-FM | $1000 Workday Payday |
| 115 | Fayetteville, NC | WRCQ-FM | $1000 Workday Payday |
| 116 | Flint | WDZZ-FM | Thousand Dollar Summer |
| 117 | Flint | WFBE-FM | Thousand Dollar Summer |
| 118 | Flint | WTRX-AM | $4K A Day |
| 119 | Flint | WWCK-AM | $4K A Day |
| 120 | Flint | WWCK-FM | Thousand Dollar Summer |
| 121 | Florence | WBZF-FM | $4K A Day |
| 122 | Florence | WCMG-FM | $4K A Day |
| 123 | Florence | WMXT-FM | $4K A Day |
| 124 | Florence | WQPD-FM | $4K A Day |
| 125 | Florence | WWFN-FM | $4K A Day |
| 126 | Florence | WYMB-AM | $4K A Day |
| 127 | Florence | WYNN-FM | Thousand Dollar Summer |
| 128 | Florence | WYNN-AM | $4K A Day |
| 129 | Fort Smith | KBBQ-FM | $4K A Day |
| 130 | Fort Walton Beach | WFTW-AM | $1000 Summer Fun Payoff |
| 131 | Fort Walton Beach | WNCV-FM | $1000 Summer Fun Payoff |

| 132 | Fort Walton Beach | WZNS-FM | Thousand Dollar Summer |
| 133 | Fresno | KMGV-FM | Thousand Dollar Summer |
| 134 | Fresno | KMJ-AM | $4K A Day |
| 135 | Fresno | KMJ-FM | $4K A Day |
| 136 | Fresno | KSKS-FM | $4K A Day |
| 137 | Fresno | KWYE-FM | Thousand Dollar Summer |
| 138 | Grand Rapids | WBBL-FM | $4K A Day |
| 139 | Grand Rapids | WHTS-FM | $1000 Fast Money Keyword |
| 140 | Grand Rapids | WLAV-FM | $1000 Workday Payday |
| 141 | Grand Rapids | WTNR-FM | Thousand Dollar Payoff |
| 142 | Green Bay | WKRU-FM | Thousand Dollar Payoff |
| 143 | Green Bay | WOGB-FM | $1000 Weekday Payday |
| 144 | Green Bay | WQLH-FM | $4K A Day |
| 145 | Harrisburg | WNNK-FM | Thousand Dollar Summer |
| 146 | Harrisburg | WQXA-FM | Thousand Dollar Summer |
| 147 | Harrisburg | WWKL-FM | Thousand Dollar Summer |
| 148 | Harrisburg | WZCY-FM | Thousand Dollar Summer |
| 149 | Huntsville | WHRP-FM | Thousand Dollar Summer |
| 150 | Huntsville | WUMP-AM | Thousand Dollar Summer |
| 151 | Huntsville | WWNN-AM | $4K A Day |
| 152 | Huntsville | WWFF-FM | Thousand Dollar Summer |
| 153 | Huntsville | WZYP-FM | Thousand Dollar Summer |
| 154 | Indianapolis | WFMS-FM | Thousand Dollar Summer |
| 155 | Indianapolis | WJJK-FM | Thousand Dollar Payoff |
| 156 | Indianapolis | WYRG-FM | $4K A Day |
| 157 | Kansas City | KCFX-FM | Thousand Dollar Payoff |
| 158 | Kansas City | KCHZ-FM | Thousand Dollar Summer |
| 159 | Kansas City | KCJK-FM | $1000 Fast Money Keyword |
| 160 | Kansas City | KCMO-AM | $1000 Workday Payday |
| 161 | Kansas City | KCMO-FM | $1000 Workday Payday |
| 162 | Kansas City | KCMO-HD | Thousand Dollar Payoff |
| 163 | Kansas City | KMJK-FM | $1000 Fast Money Keyword |
| 164 | Knoxville | WIVK-FM | $4K A Day |
| 165 | Knoxville | WOKI-FM | $1000 Fast Money Keyword |
| 166 | Kokomo | WWKI-FM | $1000 Fast Money Keyword |
| 167 | Lafayette | KNEK-FM | Thousand Dollar Payoff |
| 168 | Lafayette | KRRQ-FM | $4K A Day |
| 169 | Lafayette | KSMB-FM | $1000 Workday Payday |
| 170 | Lafayette | KXKC-FM | $4K A Day |
| 171 | Lake Charles | KAOK-AM | $4K A Day |
| 172 | Lake Charles | KBIU-FM | $4K A Day |
| 173 | Lake Charles | KKGB-FM | $1000 Workday Payday |
| 174 | Lake Charles | KQLK-FM | $4K A Day |
| 175 | Lake Charles | KYKZ-FM | $4K A Day |
| 176 | Lancaster | WIOV-FM | $4K A Day |
| 177 | Lexington | WCYN-FM | $4K A Day |
| 178 | Lexington | WLTO-FM | $4K A Day |

| 179 | Lexington | WLXX-FM | $4K A Day |
| 180 | Lexington | WVLK-AM | $4K A Day |
| 181 | Lexington | WVLK-FM | $4K A Day |
| 182 | Lexington | WXZZ-FM | Thousand Dollar Summer |
| 183 | Little Rock | KARN-AM | $4K A Day |
| 184 | Little Rock | KARN-FM | Thousand Dollar Summer |
| 185 | Little Rock | KIPR-FM | $4K A Day |
| 186 | Little Rock | KLAL-FM | $1000 Summer Fun Payoff |
| 187 | Little Rock | KURB-FM | $1000 Workday Payday |
| 188 | Los Angeles | KABC-AM | $4K A Day |
| 189 | Los Angeles | KLOS-FM | $1000 Workday Payday |
| 190 | Macon | WLZN-FM | $1000 Summer Fun Payoff |
| 191 | Macon | WMAC-AM | $4K A Day |
| 192 | Macon | WMGB-FM | Thousand Dollar Summer |
| 193 | Melbourne | WAOA-FM | Thousand Dollar Summer |
| 194 | Melbourne | WHKR-FM | $4K A Day |
| 195 | Melbourne | WLZR-AM | $4K A Day |
| 196 | Melbourne | WROK-FM | $4K A Day |
| 197 | Memphis | WGKX-FM | $4K A Day |
| 198 | Memphis | WKIM-FM | $1000 Workday Payday |
| 199 | Memphis | WRBO-FM | $1000 Workday Payday |
| 200 | Minneapolis | KQRS-FM | $4K A Day |
| 201 | Mobile | WABD-FM | Thousand Dollar Summer |
| 202 | Mobile | WBLX-FM | $4K A Day |
| 203 | Mobile | WDLT-FM | $4K A Day |
| 204 | Mobile | WGOK-AM | $4K A Day |
| 205 | Montgomery | WHHY-FM | Thousand Dollar Summer |
| 206 | Montgomery | WLWI-FM | Thousand Dollar Payoff |
| 207 | Montgomery | WMXS-FM | Thousand Dollar Summer |
| 208 | Muncie | WLTI-AM | Thousand Dollar Summer |
| 209 | Muncie | WMDH-FM | Thousand Dollar Summer |
| 210 | Myrtle Beach | WDAI-FM | Thousand Dollar Summer |
| 211 | Myrtle Beach | WLFF-FM | Thousand Dollar Summer |
| 212 | Myrtle Beach | WSEA FM | $4K A Day |
| 213 | Myrtle Beach | WSYN FM | $4K A Day |
| 214 | Nashville | WWTN-FM | Thousand Dollar Summer |
| 215 | New Orleans | KKND-FM | Thousand Dollar Summer |
| 216 | New Orleans | KMEZ-FM | Thousand Dollar Summer |
| 217 | New Orleans | WRKN-FM | $4K A Day |
| 218 | New Orleans | WZRH-FM | $4K A Day |
| 219 | New York | WABC-AM | $1000 Weekday Payday |
| 220 | New York | WNBM-FM | Thousand Dollar Summer |
| 221 | New York | WNSH-FM | Thousand Dollar Summer |
| 222 | New York | WPLJ-FM | $4K A Day |
| 223 | Oklahoma City | KATT-FM | $1000 Workday Payday |
| 224 | Oklahoma City | KKWD-FM | $4K A Day |
| 225 | Oklahoma City | KQOB-FM | $4K A Day |

| | | | |
|---|---|---|---|
| 226 | Oklahoma City | KYIS-FM | $4K A Day |
| 227 | Oxnard-Ventura | KBBY-FM | $1000 Summer Fun Payoff |
| 228 | Oxnard-Ventura | KHAY-FM | $1000 Summer Fun Payoff |
| 229 | Oxnard-Ventura | KRUZ-FM | $1000 Summer Fun Payoff |
| 230 | Oxnard-Ventura | KVYB-FM | $1000 Summer Fun Payoff |
| 231 | Pensacola | WJTQ-FM | Thousand Dollar Summer |
| 232 | Pensacola | WMEZ-FM | $1000 Summer Fun Payoff |
| 233 | Pensacola | WRRX-FM | Thousand Dollar Summer |
| 234 | Pensacola | WXBM-FM | Thousand Dollar Summer |
| 235 | Peoria | WFYR-FM | $4K A Day |
| 236 | Peoria | WGLO-FM | $4K A Day |
| 237 | Peoria | WIXO-FM | $4K A Day |
| 238 | Peoria | WZPW-FM | $4K A Day |
| 239 | Providence | WPRO-AM | $4K A Day |
| 240 | Providence | WPRO-FM | Thousand Dollar Payoff |
| 241 | Providence | WPRV-AM | $4K A Day |
| 242 | Providence | WWKX-FM | $4K A Day |
| 243 | Reno | KBUL-FM | Thousand Dollar Summer |
| 244 | Reno | KKOH-AM | $4K A Day |
| 245 | Reno | KNEV-FM | Thousand Dollar Summer |
| 246 | Reno | KWYL-FM | Thousand Dollar Summer |
| 247 | Saginaw | WHNN-FM | $4K A Day |
| 248 | Saginaw | WILZ-FM | $4K A Day |
| 249 | Saginaw | WIOG-FM | Thousand Dollar Summer |
| 250 | Saginaw | WKQZ-FM | $4K A Day |
| 251 | Salt Lake City | KBEE-FM | $1000 Workday Payday |
| 252 | Salt Lake City | KBER-FM | $1000 Workday Payday |
| 253 | Salt Lake City | KENZ-FM | $4K A Day |
| 254 | Salt Lake City | KHTB-FM | Thousand Dollar Payoff |
| 255 | Salt Lake City | KKAT-AM | $4K A Day |
| 256 | Salt Lake City | KUBL-FM | $1000 Fast Money Keyword |
| 257 | San Francisco | KFFG-FM | $1000 Summer Fun Payoff |
| 258 | San Francisco | KFOG-FM | $1000 Summer Fun Payoff |
| 259 | San Francisco | KGO-AM | $4K A Day |
| 260 | San Francisco | KSAN-FM | $1000 Workday Payday |
| 261 | San Francisco | KSFO-AM | $1000 Workday Payday |
| 262 | Savannah | WEAS-FM | $1000 Summer Fun Payoff |
| 263 | Savannah | WIXV-FM | Thousand Dollar Summer |
| 264 | Savannah | WTYB-FM | $1000 Summer Fun Payoff |
| 265 | Savannah | WZAT-FM | $1000 Workday Payday |
| 266 | Shreveport | KMJJ-FM | Thousand Dollar Summer |
| 267 | Shreveport | KQHN-FM | $1000 Workday Payday |
| 268 | Shreveport | KRMD-AM | $4K A Day |
| 269 | Shreveport | KRMD-FM | $4K A Day |
| 270 | Shreveport | KVMA-FM | $1000 Weekday Payday |
| 271 | Springfield | WMAS-FM | $4K A Day |
| 272 | Stockton/Modesto | KDJK-FM | $1000 Weekday Payday |

| 273 | Stockton/Modesto | KESP AM | $4K A Day |
| 274 | Stockton/Modesto | KHKK-FM | $1000 Weekday Payday |
| 275 | Stockton/Modesto | KHOP-FM | $1000 Fast Money Keyword |
| 276 | Stockton/Modesto | KJOY-FM | $4K A Day |
| 277 | Stockton/Modesto | KWIN-FM | Thousand Dollar Payoff |
| 278 | Tallahassee | W252-BN | $1000 Summer Fun Payoff |
| 279 | Tallahassee | WBZE-FM | $4K A Day |
| 280 | Tallahassee | WGLF-FM | $4K A Day |
| 281 | Tallahassee | WHBT-AM | $1000 Summer Fun Payoff |
| 282 | Tallahassee | WHBX-FM | $4K A Day |
| 283 | Tallahassee | WWLD-FM | $4K A Day |
| 284 | Toledo/Monroe | WKKO-FM | $4K A Day |
| 285 | Toledo/Monroe | WMIM-FM | $4K A Day |
| 286 | Toledo/Monroe | WQQO HD | $4K A Day |
| 287 | Toledo/Monroe | WQQO-FM | Thousand Dollar Summer |
| 288 | Toledo/Monroe | WRQN-FM | Thousand Dollar Summer |
| 289 | Toledo/Monroe | WTOD-FM | $4K A Day |
| 290 | Toledo/Monroe | WXKR-FM | $4K A Day |
| 291 | Topeka | KMAJ-AM | $1000 Weekday Payday |
| 292 | Topeka | KMAJ-FM | Thousand Dollar Summer |
| 293 | Topeka | KTOP-AM | Thousand Dollar Payoff |
| 294 | Topeka | KWIC-FM | Thousand Dollar Summer |
| 295 | Tucson | KHYT-FM | $4K A Day |
| 296 | Tucson | KIIM-FM | Thousand Dollar Summer |
| 297 | Tucson | KSZR-FM | $1000 Summer Fun Payoff |
| 298 | Washington | WMAL-AM | $4K A Day |
| 299 | Washington | WMAL-FM | $4K A Day |
| 300 | Washington | WRQX-FM | Thousand Dollar Payoff |
| 301 | Wichita Falls | KLUR-FM | $4K A Day |
| 302 | Wilkes-Barre | WBHD-FM | Thousand Dollar Payoff |
| 303 | Wilkes-Barre | WBHT-FM | Thousand Dollar Payoff |
| 304 | Wilkes-Barre | WBSX-FM | $4K A Day |
| 305 | Wilkes-Barre | WMGS-FM | $1000 Workday Payday |
| 306 | Wilkes-Barre | WSJR-FM | Thousand Dollar Summer |
| 307 | Wilmington | WAAV-AM | $1000 Workday Payday |
| 308 | Wilmington | WGNI-FM | $1000 Workday Payday |
| 309 | Wilmington | WKXS-FM | $1000 Workday Payday |
| 310 | Wilmington | WMNX-FM | Thousand Dollar Summer |
| 311 | Wilmington | WWQQ-FM | $1000 Workday Payday |
| 312 | Worcester | WWFX-FM | Thousand Dollar Summer |
| 313 | Worcester | WXLO-FM | Thousand Dollar Summer |
| 314 | York | WARM-FM | $4K A Day |
| 315 | York | WSBA-AM | $4K A Day |
| 316 | York | WSOX-FM | Thousand Dollar Payoff |
| 317 | Youngstown | WQXK-FM | $4K A Day |
| 318 | Youngstown | WWIZ-FM | $1000 Weekday Payday |
| 319 | Youngstown | WYFM-FM | $4K A Day |

13

## CUMULUS RADIO'S "$1,000 GIVEAWAY PART I" CONTEST
### OFFICIAL RULES

A complete copy of these rules can be obtained at the offices of any of the participating radio stations set forth below (individually a "Station" and collectively, the "Stations"), owned or operated by Cumulus Media Holdings Inc. ("Sponsor") or one of its subsidiaries during normal business hours Monday through Friday, or by sending a self-addressed, stamped envelope to Sponsor at the address below.

Sponsor will conduct **Cumulus Radio's "$1,000 Giveaway Part I" Contest** (the "Contest") substantially as described in these rules, and by participating, each participant agrees as follows:

1. **NO PURCHASE IS NECESSARY. VOID WHERE PROHIBITED. ALL FEDERAL, STATE, AND LOCAL REGULATIONS APPLY.**

2. **Eligibility.** This Contest is open only to legal U.S. residents who are age eighteen (18) or older at the time of entry with a valid Social Security number, who reside in a participating Station's Designated Market Area ("DMA") as defined by Nielsen Audio and listed in Exhibit A (each a "Participating Station" and collectively "Participating Stations"). Employees of the Participating Stations, Sponsor, its parent company, affiliates, subsidiaries, promotional sponsors, prize providers, advertising agencies, other radio stations serving a Participating Station's DMA, and the immediate family members and household members of all such employees are not eligible to participate. The term "immediate family members" includes spouses, parents and step-parents, siblings and step-siblings, and children and stepchildren. The term "household members" refers to people who share the same residence at least three (3) months out of the year. The Contest is subject to all applicable federal, state and local laws and regulations. Participation constitutes entrant's full and unconditional agreement to these Official Rules and Sponsor's decisions, which are final and binding in all matters related to the Contest. Winning a prize is contingent upon fulfilling all requirements set forth herein.

3. **Contest Period.** The Contest will begin at **12:01a.m., ET on September 14, 2017** and will run through **2:59 a.m., ET on October 11, 2017, excluding any federal holidays** (the "Contest Period"). The Sponsor's computer in the Central Time Zone is the official time keeping device for this Contest.

4. **How to Enter.** You will automatically be entered into the Contest once you complete the following:

**Step One:** Tune into and listen to a Participating Station weekdays during the Contest Period. A Participating Station may announce up to, but not more than four (4) different Secret Keywords per each weekday during the Contest Period (each a "Contest Round"), during the approximate local times listed below:

| | Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
|---|---|---|---|---|
| **CONTEST TIMES** | Contest Round 1 9:00 a.m. | Contest Round 1 8:00 a.m. | Contest Round 1 7:00 a.m. | Contest Round 1 6:00 a.m. |
| | Contest Round 2 12:00 p.m. (Noon) | Contest Round 2 11:00 a.m. | Contest Round 2 10:00 a.m. | Contest Round 2 9:00 a.m. |
| | Contest Round 3 3:00 p.m. | Contest Round 3 2:00 p.m. | Contest Round 3 1:00 p.m. | Contest Round 3 12:00 pm (Noon) |
| | Contest Round 4 6:00 p.m. | Contest Round 4 5:00 p.m. | Contest Round 4 4:00 p.m. | Contest Round 4 3:00 p.m. |

**ALL CONTEST TIMES ARE APPROXIMATE, AND ALL CONTEST TIMES ARE LOCAL PARTICIPATING STATION TIME, REGARDLESS OF THE TIME ZONE.**

If a Participating Station chooses to participate in a Contest Round such Participating Station will announce one (1) Secret Keyword during each of the possible four (4) listed Contest Rounds listed above. Meaning, there can be up to a total of four (4) different Secret Keywords announced during each weekday during the Contest Period. The Secret Keyword announced during a particular Contest Round will be the same Secret Keyword announced on all Participating Stations during that same Contest Round regardless of the actual time or the time zone where the Secret Keyword is actually announced. By way of example, and not of limitation, the Secret Keyword that is announced for Contest Round 1 at or around 9:00 a.m. for the Participating Stations in the Eastern Time Zone will be the same Secret Keyword that is announced during Contest Round 1 for the those Participating Stations at or around 7:00 a.m. in the Mountain Time Zone.

**Step Two:** When listeners hear the Secret Keyword for a particular Contest Round, participants should send a text message with the correct Secret Keyword to short code 62582 (the one (1) correct text messaged Secret Keyword is an "Entry"). All entries must be correct and received no later than twenty (20) minutes past the top of the hour, in order to be eligible to win that hour's prize. **Incorrect, misspelled and/or late entries will not be entered to win. For each Contest Round, only one (1) correct and timely entered Secret Keyword will be entered per phone number.**

a. **Listeners may participate up to four (4) times each weekday, per phone number, during the Contest Period.** Each Participating Station, as outlined at the end of these Contest Rules, will qualify listeners up to four (4) times per weekday during the Contest Period. Listeners are allowed to text in once per each of the four (4) separate Contest Rounds for a total of up to four (4) entries per weekday (Monday – Friday) during the Contest Period (each correct Secret Keyword an "Entry" and collectively "Entries"). The Hourly Prize Winner will be chosen from all the entries who correctly text in to the Contest across the country, and whose text is received no later than twenty (20) minutes past the top of the hour

1

after the Secret Keyword is announced. The maximum amount of correct entries possible from a single phone number, per Contest Round is one (1). Therefore, multiple entries of the same Secret Keyword will not increase the chances of winning.

    **b.**    **Contest Round Times May Vary.** Actual Contest Round times may vary. Individual Participating Stations may first announce a Secret Keyword as early as one (1) minute before, and as late as eight (8) minutes after a Contest Round, as designated in the above chart.

    **c.**    REGARDLESS OF THE ACTUAL TIME(S) AT WHICH A PARTICIPATING STATION ANNOUNCES A SECRET KEYWORD, ENTRIES FOR A PARTICULAR CONTEST ROUND WILL ONLY BE ACCEPTED FROM ONE (1) MINUTE PRIOR TO THE TOP OF ANY HOUR AT WHICH A CONTEST ROUND IS SCHEDULED THROUGH TWENTY (20) MINUTES AFTER SUCH HOUR (*for example, from 8:59 a.m.. to 9:20 a.m.*) (each an "Entry Period")

    **d.**    **May Announce Only Once or More Than Once.** A Participating Station may, but is not obligated to, announce a particular Secret Keyword more than once; provided however, the number of times in which any Participating Station may announce a Secret Keyword may vary by individual Participating Station(s) and/or by Contest Round.

    **e.**    **May Spell the Secret Keyword.** A Participating Station may, but is not obligated to, spell out the correct spelling of a Secret Keyword once or more than once; provided however, should a Participating Station choose to spell out a Secret Keyword it may vary by individual Participating Station(s) and/or by Contest Round.

    **f.**    *TIME DELAY BETWEEN OVER-THE-AIR ANALOG SIGNAL AND INTERNET BROADCAST:* Due to the time delay that exists between a Participating Station's analog over-the-air signal and a Participating Station's online internet based stream or app, listeners who listen to a Participating Station online or via an app may hear the Secret Keyword cue to text later than listeners listening to a Participating Station's analog over-the-air signal. As a result, the odds of an online listener winning a prize in this Contest may be diminished.

    **g.**    **Bounceback Text Message.** Entrants may receive a bounceback text message (a response due to Entrant participating) from Sponsor with confirmation of Contest entry, but will receive no additional offers, information or message content.

**Standard text messaging rates, as established by an individual's wireless carrier may apply, and Sponsor assumes no responsibility for any fees or charges incurred for and associated with any text message sent to or from Sponsor. Any and all fees arising out of the transmission of a text message shall be the sole responsibility of the entrant.** Multiple participants are not permitted to share the same telephone number. Any attempt by any participant to submit more than one (1) entry by using multiple/different telephone phone numbers, identities, or any other method will void that participant from further participation in the Contest. Use of any automated system to participate is prohibited and will result in disqualification. Sponsor is not responsible for lost, late, incomplete, invalid, unintelligible, inappropriate or misdirected entries, all of which will be disqualified. In the event of a dispute as to any entry, the authorized account holder of the telephone number used to register will be deemed to be the participant. The "authorized account holder" is the natural person assigned the telephone number by the wireless carrier. Potential winner may be required to show proof of being the authorized account holder. All entries become the sole and exclusive property of Sponsor and will not be returned. No mail-in entries will be accepted.

**5.  Winner Selection.** After the Entry Period for a Contest Round has closed and no later than two (2) hours after an Entry Period has closed, Sponsor will select one (1) Entry in a random drawing from among all the valid Entries received from all 273 Participating Stations during that particular Contest Round, who will then be deemed the potential Hourly Prize Winner. The potential Hourly Prize Winner will be contacted by the Sponsor from the number of 515-253-0927 and using the telephone number that submitted the Entry. **The Participating Station will make up to two (2) attempts within a three (3) minute timeframe, as determined in a Participating Station's sole discretion. The potential Hourly Prize Winner's phone number must be answered by a live person and the person who texted in the Entry must be immediately available. On the second (2nd) attempt to reach the potential Hourly Prize Winner, phone numbers answered by voicemail will be immediately disqualified. Should a number be answered by a voicemail on the second attempt or the person is unavailable for any reason, the Sponsor will select another potential Hourly Prize Winner in its sole discretion. This process will continue until a potential Hourly Prize Winner answers the phone. Sponsor is not obligated to and will not leave a voicemail or other message when contacting a potential Hourly Prize Winner.** The potential Hourly Prize Winner may be awarded the prize (subject to verification of eligibility and compliance and continued compliance with the terms of these rules). Sponsor's decisions as to the Contest. THE SPONSOR RESERVES THE RIGHT TO DETERMINE AN ALTERNATE WINNER IN ACCORDANCE WITH THESE OFFICIAL RULES IN THE EVENT THAT THAT ANY WINNER IS DISQUALIFIED, CANNOT BE CONTACTED, OR IS DEEMED INELIGIBLE FOR ANY REASON, OR IS NOT AVAILABLE TO PARTICIPATE IN ANY APPLICABLE CONTEST EVENTS.

**6.  Verification of Potential Winner.** POTENTIAL CONTEST WINNER IS SUBJECT TO VERIFICATION BY SPONSOR, WHOSE DECISIONS ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE CONTEST. The potential winner must continue to comply with all terms and conditions of these Official Rules, and winning is contingent upon fulfilling all requirements. The potential winner will be notified by telephone call after the random drawing, as outlined above and subject to Section 5 above. The potential winner will be required to sign and return to Sponsor, within three (3) days of the date notice is sent, an affidavit of eligibility and a liability/publicity release (except where prohibited) in order to claim his/her prize, if applicable. A winner who returns the affidavit of eligibility and liability/publicity release within the required time period will be deemed to have accepted the prize and thereafter will not be permitted to rescind their acceptance of the prize and/or return the prize. If a potential

winner cannot be contacted, fails to sign and return the affidavit of eligibility and/or the liability/publicity release within the required time period (if applicable), or if the prize or prize notification is returned as undeliverable, potential winner forfeits prize. In the event that the potential winner of a Contest prize is disqualified for any reason, Sponsor may award the applicable prize to an alternate winner by random drawing from among all remaining eligible entries.

**7.   Prizes.   Up to Eighty (80) Hourly Winner Prizes will be awarded in this Contest.** Each Prize consists of $1,000 in prepaid cash equivalent gift cards that may be used anywhere cash or cards are accepted. Winner is responsible for all taxes associated with prize receipt and/or use. **ARV of Each Individual Prize is $1,000. ARV in Aggregate during this Contest Period is $80,000.** In order to claim a Prize, the identified person must (a) claim the prize in-person by the actual Winner at the one (1) Participating Station identified and designated by Sponsor, in its sole discretion, when the Winner's eligibility is verified and (b) must present a current government issued photo ID. A Prize must be claimed within thirty (30) days of being verified as eligible to win and must be claimed in-person by the Winner of the Contest. **No Prizes will be mailed for any reason and any prize not claimed by close of business on the thirtieth (30th) day after notification will be forfeited. NO PROXIES WILL BE ALLOWED TO CLAIM A PRIZE FOR ANY REASON.** Odds of winning a Prize depend on a number of factors including the number of eligible entries received by Station during the Contest Period and listeners participating at any given time. Each Prize is non-transferable and no substitution will be made, except as provided herein at the Sponsor's discretion. Sponsor reserves the right to substitute any listed prize for one of equal or greater value for any reason.

**8.   Entry Conditions and Release.** By entering, each participant agrees to: (a) comply with and be bound by these Official Rules and the decisions of the Sponsor, which are binding and final in all matters relating to this Contest; (b) release and hold harmless Sponsor, Cumulus Media Inc., and each of their respective subsidiaries, and affiliated companies, participating sponsors, the prize suppliers and any other organizations responsible for sponsoring, fulfilling, administering, advertising or promoting the Contest, and each of their respective past and present officers, directors, employees, agents and representatives (collectively, the "Released Parties") from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a participant's entry, creation of an entry or submission of an entry, participation in the Contest, acceptance or use or misuse of prize (including any travel or activity related thereto) and/or the broadcast, exploitation or use of entry; and (c) indemnify, defend and hold harmless the Released Parties from and against any and all claims, expenses, and liabilities (including reasonable attorneys' fees) arising out of or relating to an entrant's participation in the Contest and/or entrant's acceptance, use, non-use or misuse of the prize.

**9.   Publicity.** Except where prohibited by law, participation in the Contest constitutes winner's consent to Sponsor's and its agents' use of winner's name, likeness, photograph, voice, opinions and/or hometown and state for promotional purposes in any media, worldwide, without further payment or consideration.

**10.   Taxes.** All state, local, federal and or other taxes, duties, tariffs, title fees, licensing fees, or other fees for prizes awarded become the sole responsibility of the winner. All those who win a prize or prizes valued $600 or more in any given year will be issued an IRS Form 1099 to report their winnings.

**11.   General Conditions.** Sponsor reserves the right to cancel, suspend and/or modify the Contest, or any part of it, if any fraud, technical failures or any other factor beyond Sponsor's reasonable control impairs the integrity or proper functioning of the Contest, as determined by Sponsor in its sole discretion. Sponsor reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Contest or to be acting in violation of these Official Rules or any other promotion or in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Contest may be a violation of criminal and civil law, and, should such an attempt be made, Sponsor reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

**12.   Limitations of Liability.** The Released Parties are not responsible for: (1) any incorrect or inaccurate information, whether caused by entrants, printing errors or by any of the equipment or programming associated with or utilized in the Contest; (2) technical failures of any kind, including but not limited to malfunctions, interruptions, or disconnections in phone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Contest, including no obligation, liability, or responsibility whatsoever if individuals who do not listen to a Participating Station receive the Secret Keyword(s) from third parties such as other listeners, contest sponsors or from any other source; (4) technical or human error which may occur in the administration of the Contest or the processing of entries; or (5) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Contest or receipt or use, non-use or misuse of any prize. If for any reason an entrant's entry is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, entrant's sole remedy is another entry in the Contest, provided that if it is not possible to award another entry due to discontinuance or completion of the Contest, or any part of it, for any reason, Sponsor, at its discretion, may elect to hold a random drawing from among all eligible entries received up to the date of discontinuance for any or all of the prizes offered herein. No more than the stated number of prizes will be awarded. In event that production, technical, programming or any other reason causes more than stated number of prizes as set forth in these Official Rules to be available and/or claimed, Sponsor reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims.

3

**13. Changes to the Contest or Changes to those Participating Stations.** If, for any reason, in the sole opinion of Sponsor, this Contest is not capable of running as planned by reason of an Act of God, infection by computer virus, worms, bugs, tampering, hacking, unauthorized intervention, fraud, technical failures, system overload or any other causes, whether discovered or suspected by Sponsor, which, in the sole opinion of the Sponsor, does or could corrupt or affect the administration, security, fairness, integrity or proper conduct of this Contest, Sponsor reserves the right, at its sole discretion, to cancel, terminate, modify or suspend this Contest, and/or provide alternative means of entry or any other changes to these contest rules that Sponsor deems appropriate under the circumstances. In the event of termination, suspension or modification of this contest, a notice will be posted online and announced on-air.

**14. Disputes.** Entrant agrees that: (i) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, other than those concerning the administration of the Contest or the determination of the winner, shall be resolved individually, without resort to any form of class action; (ii) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, shall be resolved exclusively by the United States District Court osr the appropriate Georgia State Court located in the City of Atlanta, Georgia; (iii) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Contest, but in no event attorneys' fees; and (iv) under no circumstances will entrant be permitted to obtain awards for, and entrant hereby waives all rights to claim punitive, incidental and consequential damages and any other damages, other than for actual out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules, or the rights and obligations of the entrant and Sponsor in connection with the Contest, shall be governed by, and construed in accordance with, the laws of the State of Georgia, without giving effect to any choice of law or conflict of law rules (whether of the State of Georgia or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Georgia.

**15. Entrant's Personal Information.** Information collected from entrants is subject to Sponsor's Privacy Policy, which is available on the Stations' websites under the "Privacy Policy" link. All entry blanks, forms, devices, and materials gathered during the course of entry, as well as all information contained on or within, shall become the sole property of Sponsor to be used, disposed of or destroyed in its sole discretion. Sponsor is not responsible for any incorrect or inaccurate information entered by telephone users, and assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to the Stations' websites and/or text messaging service.

**16. Nationwide Simultaneous Contest.** THE CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN EXHIBIT A ATTACHED. SPONSOR IS CONDUCTING THIS CONTEST CONCURRENTLY AND SIMULTANEOUSLY ON SEVERAL PARTICIPATING STATIONS THAT ARE LOCATED IN VARIOUS STATES AND THOSE RESPECTIVE VARIOUS TIME ZONES WHERE A STATION IS LOCATED.

**17. Contest Results.** A winners list may be obtained within thirty (30) days after the Contest Period expires by sending a self-addressed stamped envelope to the Sponsor identified below, but prior to six (6) months after the Contest has concluded.

**CONTEST SPONSOR: CUMULUS MEDIA HOLDINGS INC., 3280 Peachtree Road, NW, Suite 2300, Atlanta, GA 30305, Attn: "$1,000 Giveaway Part I" Contest.**

## EXHIBIT A

## PARTICIPATING STATIONS:

| Alabama | |
|---|---|
| Birmingham | 1.  WJOX-AM |
| | 2.  WJQX-FM |
| | 3.  WUHT-FM |
| Huntsville | 4.  WHRP-FM |
| | 5.  WUMP-AM |
| | 6.  WVNN-AM |
| | 7.  WVNN-FM |
| | 8.  WWFF-FM |
| | 9.  WZYP-FM |
| | |
| Mobile | 10. WABD-FM |
| | 11. WBLX-FM |
| | 12. WDLT-FM |
| | 13. WGOK-AM |
| | |
| Montgomery | 14. WHHY-FM |
| | 15. WLWI-AM |
| | 16. WLWI-FM |
| | 17. WMSP-AM |
| | 18. WMXS-FM |
| | 19. WXFX-FM |

| Arkansas | |
|---|---|
| Fayetteville, AR | 20. KAMO-FM |
| | 21. KFAY-AM |
| | 22. KKEG-FM |
| | 23. KMCK-FM |
| | 24. KQSM-FM |
| | 25. KRMW-FM |
| | |
| Fort Smith | 26. KBBQ-FM |
| | 27. KLSZ-FM |
| | 28. KOMS-FM |
| | |
| Little Rock | 29. KAAY-AM |
| | 30. KARN-AM |
| | 31. KARN-FM |
| | 32. KLAL-FM |
| | 33. KURB-FM |

| **Arizona** | |
|---|---|
| Tucson | 34. KHYT-FM |

| **California** | |
|---|---|
| Fresno | 35. KMGV-FM |
| | 36. KMJ-AM |
| | 37. KMJ-FM |
| | 38. KWYE-FM |
| | |
| Los Angeles | 39. KABC-AM |
| | 40. KLOS-FM |
| | |
| San Francisco | 41. KNBR-AM |
| | |
| Stockton/Modesto | 42. KATM-FM |
| | 43. KESP-AM |
| | 44. KHOP-FM |
| | 45. KJOY-FM |
| | 46. KWIN-FM |

| **Colorado Springs** | |
|---|---|
| Colorado Springs | 47. KATC-FM |
| | 48. KCSF-AM |
| | 49. KKFM-FM |
| | 50. KKPK-FM |

| **Connecticut** | |
|---|---|
| Bridgeport | 51. WEBE-FM |
| | 52. WICC-AM |
| | |
| New London | 53. WMOS-FM |
| | 54. WQGN-FM |
| | |
| **Florida** | |
| Fort Walton Beach | 55. WFTW-AM |
| | 56. WKSM-FM |
| | 57. WNCV-FM |
| | 58. WYZB-FM |
| | 59. WZNS-FM |
| | |
| Melbourne | 60. WAOA-FM |

| | |
|---|---|
| Pensacola | 61. WCOA-AM |
| | 62. WJTQ-FM |
| | 63. WMEZ-FM |
| | 64. WRRX-FM |
| | 65. WXBM-FM |
| | |
| Tallahassee | 66. WBZE-FM |
| | 67. WGLF-FM |
| | 68. WHBT-FM |
| | 69. WHBX-FM |
| | 70. WWLD-FM |
| **Georgia** | |
| Albany | 71. WJAD-FM |
| | 72. WKAK-FM |
| | |
| Atlanta | 73. WKHX-FM |
| | 74. WNNX-FM |
| | 75. WWWQ-FM |
| | 76. WWWQ-H2 |
| | 77. WWWQ-HD |
| | |
| Macon | 78. WLZN-FM |
| | 79. WMAC-AM |
| | |

| | |
|---|---|
| **Idaho** | |
| Boise | 80. KBOI-AM |
| | 81. KIZN-FM |
| | 82. KKGL-FM |
| | 83. KQFC-FM |
| | 84. KTIK-FM |

| | |
|---|---|
| **Illinois** | |
| Bloomington | 85. WBWN-FM |
| | 86. WJBC-FM |
| | |
| Chicago | 87. WKQX-FM |
| | 88. WLS-AM |
| | |
| Peoria | 89. WFYR-FM |
| | 90. WGLO-FM |

|  | 91. WIXO-FM |
|  | 92. WZPW-FM |

| **Indiana** |  |
| Muncie | 93. WMDH-FM |
|  |  |
| **Iowa** |  |
| Des Moines | 94. KBGG-AM |
|  | 95. KGGO-FM |
|  | 96. KHKI-FM |
|  | 97. KJJY-FM |
|  | 98. KWQW-FM |

| **Kansas City** |  |
| Kansas City | 99. KCFX-FM |
|  | 100. KCHZ-FM |
|  | 101. KCJK-FM |
|  | 102. KCMO-AM |
|  | 103. KCMO-FM |
|  | 104. KCMO-HD |
|  | 105. KMJK-FM |

| **Kentucky** |  |
| Lexington | 106. WLTO-FM |
|  | 107. WLXX-FM |
|  | 108. WVLK-FM |
|  | 109. WXZZ-FM |

| **Louisiana** |  |
| Baton Rouge | 110. WXOK-AM |
|  |  |
| Lafayette | 111. KNEK-FM |
|  | 112. KRRQ-FM |
|  | 113. KXKC-FM |
|  |  |
| Lake Charles | 114. KBIU-FM |
|  | 115. KKGB-FM |
|  | 116. KQLK-FM |
|  | 117. KYKZ-FM |
|  |  |
| New Orleans | 118. KKND-FM |
|  | 119. WRKN-FM |

8

| | |
|---|---|
| | 120.WZRH-FM |
| | |
| Shreveport | 121.KMJJ-FM |
| | 122.KQHN-FM |
| | 123.KRMD-FM |
| | 124.KVMA-FM |

| | |
|---|---|
| **Massachusetts** | |
| Springfield | 125.WMAS-FM |
| | |
| Worcester | 126.WORC-FM |
| | 127.WWFX-FM |
| | 128.WXLO-FM |

| | |
|---|---|
| **Michigan** | |
| Ann Arbor | 129.WWWW-FM |
| | |
| Detroit | 130.WDRQ-FM |
| | 131.WDVD-FM |
| | 132.WJR-AM |
| | |
| Flint | 133.WDZZ-FM |
| | 134.WFBE-FM |
| | 135.WTRX-AM |
| | 136.WWCK-AM |
| | 137.WWCK-FM |
| | |
| Grand Rapids | 138.WBBL-FM |
| | 139.WHTS-FM |
| | 140.WLAV-FM |
| | 141.WTNR-FM |
| | |
| Saginaw | 142.WHNN-FM |
| | 143.WILZ-FM |
| | 144.WIOG-FM |
| | 145.WKQZ-FM |
| | |
| Monroe/Toledo | 146.WMIM-FM |
| | |

| Minnesota | |
|---|---|
| Minneapolis | 147.KQRS-FM |
| | 148.KXXR-FM |

| Missouri | |
|---|---|
| Columbia/Jefferson City | 149.KBBM-FM |
| | 150.KFRU-AM |
| | 151.KLIK-AM |
| | 152.KOQL-FM |

| Mississippi | |
|---|---|
| Columbus/Starkville | 153.WNMQ-FM |
| | 154.WSMS-FM |
| | 155.WSSO-AM |

| North Carolina | |
|---|---|
| Fayetteville, NC | 156.WFNC-AM |
| | 157.WMGU-FM |
| | 158.WRCQ-FM |
| | |
| Wilmington | 159.WAAV-AM |
| | 160.WGNI-FM |
| | 161.WKXS-FM |
| | 162.WMNX-FM |
| | 163.WWQQ-FM |

| New Mexico | |
|---|---|
| Albuquerque | 164.KKOB-AM |
| | 165.KMGA-FM |
| | 166.KNML-AM |

| New York | |
|---|---|
| Buffalo | 167.WEDG-FM |
| | 168.WGRF-FM |
| | 169.WHTT-FM |
| | |
| New York | 170.WNBM-FM |
| | 171.WNSH-FM |
| | |
| Syracuse | 172.WNTQ-FM |
| | 173.WSKO-AM |

10

| Nevada | |
|---|---|
| Reno | 174.KBUL-FM |
| | 175.KKOH-FM |
| | 176.KNEV-FM |

| Ohio | |
|---|---|
| Cincinnati | 177.WFTK-FM |
| | 178.WNNF-FM |
| | 179.WOFX-FM |
| | |
| Toledo | 180.WQQO-FM |
| | 181.WQQO-HD |
| | 182.WRQN-FM |
| | 183.WTOD-FM |
| | 184.WXKR-FM |
| | |
| Youngstown | 185.WHOT-FM |
| | 186.WQXK-FM |
| | 187.WYFM-FM |

| Oregon | |
|---|---|
| Eugene | 188.KEHK-FM |
| | 189.KNRQ-FM |
| | 190.KZEL-FM |

| Oklahoma | |
|---|---|
| Oklahoma City | 191.KATT-FM |
| | 192.KKWD-FM |
| | 193.KQOB-FM |
| | 194.KYIS-FM |

| Pennsylvania | |
|---|---|
| Allentown/Bethlehem | 195.WCTO-FM |
| | 196.WLEV-FM |
| | |
| Erie | 197.WQHZ-FM |
| | 198.WRIE-AM |
| | 199.WXKC-FM |
| | 200.WXKC-HD |
| | 201.WXTA-FM |
| | |

| Harrisburg | 202.WNNK-FM |
| | 203.WQXA-FM |
| | 204.WWKL-FM |
| | 205.WZCY-FM |
| | |
| Lancaster | 206.WIOV-FM |
| | |
| Wilkes-Barre | 207.WBHT-FM |
| | 208.WBSX-FM |
| | 209.WMGS-FM |
| | 210.WSJR-FM |
| | |
| York | 211.WARM-FM |
| | 212.WSOX-FM |

| **Rhode Island** | |
| Providence | 213.WPRO-AM |
| | 214.WWLI-FM |

| **South Carolina** | |
| Charleston | 215.WIWF-FM |
| | 216. WWWZ-FM |
| | 217.WMGL-FM |
| | 218.WSSX-FM |
| | 219.WTMA-AM |
| | |
| Florence | 220.WBZF-FM |
| | 221.WCMG-FM |
| | 222.WMXT-FM |
| | 223.WQPD-FM |
| | 224.WWFN-FM |
| | 225.WYNN-FM |
| | |
| Columbia,SC | 226.WLXC-FM |
| | 227.WOMG-FM |
| | 228.WTCB-FM |
| | |
| Myrtle Beach | 229.WDAI-FM |
| | 230.WLFF-FM |
| | 231.WSEA-FM |
| | 232.WSYN-FM |

| Texas | |
|---|---|
| Abilene | 233.KBCY-FM |
| | 234.KCDD-FM |
| | 235.KHXS-FM |
| | |
| Amarillo | 236.KPUR-FM |
| | 237.KQIZ-FM |
| | 238.KZRK-FM |
| | |
| Beaumont | 239.KAYD-FM |
| | 240.KIKR-AM |
| | 241.KQXY-FM |
| | 242.KTCX-FM |
| | |
| Dallas/Fort Worth | 243.KPLX-FM |
| | 244.KSCS-FM |
| | |
| Wichita Falls | 245.KYYI-FM |

| Tennessee | |
|---|---|
| Chattanooga | 246.WGOW-FM |
| | 247.WOGT-FM |
| | 248.WSKZ-FM |
| | |
| Knoxville | 249.WOKI-FM |
| | |
| Memphis | 250.WGKX-FM |
| | 251.WKIM-FM |
| | 252.WRBO-FM |
| | 253.WXMX-FM |
| | |
| Nashville | 254.WGFX-FM |
| | 255.WKDF-FM |
| | 256.WQQK-FM |
| | 257.WSM-FM |
| | |
| Tri-Cities | 258.WKOS-FM |
| | 259.WQUT-FM |

| Utah | |
|---|---|
| Salt Lake City | 260.KBEE-FM |
| | 261.KBER-FM |

|  | |
|---|---|
|  | 262.KENZ-FM |
|  | 263.KHTB-FM |
|  | 264.KKAT-AM |
|  | 265.KUBL-FM |

| **Washington, D.C.** | |
|---|---|
| Washington | 266.WMAL-FM |
|  | 267.WRQX-FM |

| **Wisconsin** | |
|---|---|
| Appleton | 268.WNAM-AM |
|  | 269.WOSH-AM |
|  | 270.WVBO-FM |
|  | |
| Green Bay | 271.WDUZ-FM |
|  | 272.WPCK-FM |
|  | 273.WQLH-FM |

### CUMULUS RADIO'S "$1,000 GIVEAWAY PART II" CONTEST
### OFFICIAL RULES

A complete copy of these rules can be obtained at the offices of any of the participating radio stations set forth below (individually a "Participating Station" and collectively, the "Participating Stations"), owned or operated by Cumulus Media Holdings Inc. ("Sponsor") or one of its subsidiaries during normal business hours Monday through Friday, or by sending a self-addressed, stamped envelope to Sponsor at the address below.

Sponsor will conduct **Cumulus Radio's "$1,000 Giveaway Part II" Contest** (the "Contest") substantially as described in these rules, and by participating, each participant agrees as follows:

1.  **NO PURCHASE IS NECESSARY. VOID WHERE PROHIBITED. ALL FEDERAL, STATE, AND LOCAL REGULATIONS APPLY.**

2.  **Eligibility.** This Contest is open only to legal U.S. residents who are age eighteen (18) or older at the time of entry with a valid Social Security number, who reside in a participating Station's Designated Market Area ("DMA") as defined by Nielsen Audio and listed in Exhibit A (each a "Participating Station" and collectively "Participating Stations"). Employees of the Participating Stations, Sponsor, its parent company, affiliates, subsidiaries, promotional sponsors, prize providers, advertising agencies, other radio stations serving a Participating Station's DMA, and the immediate family members and household members of all such employees are not eligible to participate. The term "immediate family members" includes spouses, parents and step-parents, siblings and step-siblings, and children and stepchildren. The term "household members" refers to people who share the same residence at least three (3) months out of the year. The Contest is subject to all applicable federal, state and local laws and regulations. Participation constitutes entrant's full and unconditional agreement to these Official Rules and Sponsor's decisions, which are final and binding in all matters related to the Contest. Winning a prize is contingent upon fulfilling all requirements set forth herein.

3.  **Contest Period.** The Contest will begin at **12:01a.m., ET on October 16, 2017** and will run through **7:00 p.m., ET on November 10, 2017** (the "Contest Period"). The Sponsor's computer in the Central Time Zone is the official time keeping device for this Contest.

4.  **How to Enter.** You will automatically be entered into the Contest once you complete the following:

    **Step One:** Tune into and listen to a Participating Station weekdays during the Contest Period. A Participating Station may announce up to, but not more than four (4) different Secret Keywords per each weekday during the Contest Period (each a "Contest Round"), during the approximate local times listed below:

| | Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
|---|---|---|---|---|
| **CONTEST TIMES** | Contest Round 1  9:00 a.m. | Contest Round 1  8:00 a.m. | Contest Round 1  7:00 a.m. | Contest Round 1  6:00 a.m. |
| | Contest Round 2 12:00 p.m. (Noon) | Contest Round 2  11:00 a.m. | Contest Round 2  10:00 a.m. | Contest Round 2  9:00 a.m. |
| | Contest Round 3  3:00 p.m. | Contest Round 3  2:00 p.m. | Contest Round 3  1:00 p.m. | Contest Round 3 12:00 pm (Noon) |
| | Contest Round 4  6:00 p.m. | Contest Round 4  5:00 p.m. | Contest Round 4  4:00 p.m. | Contest Round 4  3:00 p.m. |

**ALL CONTEST TIMES ARE APPROXIMATE, AND ALL CONTEST TIMES ARE LOCAL PARTICIPATING STATION TIME, REGARDLESS OF THE TIME ZONE.**

If a Participating Station chooses to participate in a Contest Round such Participating Station will announce one (1) Secret Keyword during each of the possible four (4) Contest Rounds listed above. Meaning, there could be up to a total of four (4) different Secret Keywords announced during each weekday during the Contest Period. The Secret Keyword announced during a particular Contest Round will be the same Secret Keyword announced on all Participating Stations during that same Contest Round, regardless of the actual time or the time zone where the Secret Keyword is actually announced. By way of example, and not of limitation, the Secret Keyword that is announced for Contest Round 1 at or around 9:00 a.m. for the Participating Stations in the Eastern Time Zone will be the same Secret Keyword that is announced during Contest Round 1 for the those Participating Stations at or around 7:00 a.m. in the Mountain Time Zone.

    **Step Two:** When listeners hear the Secret Keyword for a particular Contest Round, participants should send a text message with the correct Secret Keyword to short code 62582 (the one (1) correct text messaged Secret Keyword is an "Entry"). All entries must be correct and received into the texting system no later than thirty (30) minutes past the top of the hour, in order to be eligible to win that hour's prize. **Incorrect, misspelled, late and/or texting system rejected entries will not be entered to win. For each Contest Round, only one (1) correct and timely entered Secret Keyword will be entered per phone number.**
    a.      **Listeners may participate up to four (4) times each weekday, per phone number, during the Contest Period.** Each Participating Station, as outlined at the end of these Contest Rules in Exhibit A, will qualify listeners up to four (4) times per weekday during the Contest Period. Listeners are allowed to text in once per each of the four (4) separate Contest Rounds for a total of up to four (4) entries per weekday (Monday – Friday) during the Contest Period (each correct Secret Keyword an "Entry" and collectively "Entries"). The Hourly Prize Winner will be chosen from all the entries who correctly text in to a particular Contest Round across the country, and whose text is received no later than thirty (30) minutes

1

past the top of the hour after the Secret Keyword is announced. The maximum amount of correct entries possible from a single phone number, per Contest Round is one (1). Therefore, multiple entries of the same Secret Keyword will not increase the chances of winning.

b.    **Contest Round Times May Vary.** Actual Contest Round times may vary. Individual Participating Stations may first announce a Secret Keyword as early as one (1) minute before, and as late as eight (8) minutes after a Contest Round, as designated in the above chart.

c.    REGARDLESS OF THE ACTUAL TIME(S) AT WHICH A PARTICIPATING STATION ANNOUNCES A SECRET KEYWORD, ENTRIES FOR A PARTICULAR CONTEST ROUND WILL ONLY BE ACCEPTED FROM ONE (1) MINUTE PRIOR TO THE TOP OF ANY HOUR AT WHICH A CONTEST ROUND IS SCHEDULED THROUGH THIRTY (30) MINUTES AFTER SUCH HOUR *(for example, from 8:59 a.m.. to 9:30 a.m.)* (each an "Entry Period")

d.    **May Announce Only Once or More Than Once.** A Participating Station may, but is not obligated to, announce a particular Secret Keyword more than once; provided however, the number of times in which any Participating Station may announce a Secret Keyword may vary by individual Participating Station(s) and/or by Contest Round.

e.    **May Spell the Secret Keyword.** A Participating Station may, but is not obligated to, spell out the correct spelling of a Secret Keyword once or more than once; provided however, should a Participating Station choose to spell out a Secret Keyword it may vary by individual Participating Station(s) and/or by Contest Round.

f.    *TIME DELAY BETWEEN OVER-THE-AIR ANALOG SIGNAL AND INTERNET BROADCAST:* Due to the time delay that exists between a Participating Station's analog over-the-air signal and a Participating Station's online internet based stream or app, listeners who listen to a Participating Station online or via an app may hear the Secret Keyword cue to text later than listeners listening to a Participating Station's analog over-the-air signal. As a result, the odds of an online listener winning a prize in this Contest may be diminished.

g.    **Bounceback Text Message.** Entrants may receive a bounceback text message (a response due to Entrant participating) from Sponsor with confirmation of Contest Round entry or letting the participant know they were not entered due to untimely or an incorrect entry, but will receive no additional offers, information or message content.

**Standard text messaging rates, as established by an individual's wireless carrier may apply, and Sponsor assumes no responsibility for any fees or charges incurred for and associated with any text message sent to or from Sponsor. Any and all fees arising out of the transmission of a text message shall be the sole responsibility of the entrant.** Multiple participants are not permitted to share the same telephone number. Any attempt by any participant to submit more than one (1) entry per Contest Round by using multiple/different telephone phone numbers, identities, or any other method will void that participant from further participation in the Contest. Use of any automated system to participate is prohibited and will result in disqualification. Sponsor is not responsible for lost, late (whether due to participant error or technical malfunction), incomplete, invalid, unintelligible, inappropriate or misdirected entries, all of which will be disqualified. In the event of a dispute as to any entry, the authorized account holder of the telephone number used to register will be deemed to be the participant. The "authorized account holder" is the natural person assigned the telephone number by the wireless carrier. Potential winner may be required to show proof of being the authorized account holder. All entries become the sole and exclusive property of Sponsor and will not be returned. No mail-in entries will be accepted.

**5.    Winner Selection.** After the Entry Period for a Contest Round has closed and no later than two (2) hours after an Entry Period has closed, Sponsor will select one (1) Entry in a random drawing from among all the valid Entries cumulatively received from all of the 309 Participating Stations during that particular Contest Round, who will then be deemed the potential Hourly Prize Winner. The potential Hourly Prize Winner will be contacted by the Sponsor from the number of 515-253-0927 and using the telephone number that submitted the Entry. **The Participating Station will make up to two (2) attempts within a three (3) minute timeframe, as determined in a Participating Station's sole discretion. The potential Hourly Prize Winner's phone number must be answered by a live person, and the person who texted in the Entry must be immediately available. On the second (2nd) attempt to reach the potential Hourly Prize Winner, phone numbers answered by voicemail will be immediately disqualified. Should a number be answered by a voicemail on the second attempt or the person is unavailable for any reason, the Sponsor will select another potential Hourly Prize Winner in its sole discretion. This process will continue until a potential Hourly Prize Winner answers the phone. Sponsor is not obligated to and will not leave a voicemail or other message when contacting a potential Hourly Prize Winner.** The potential Hourly Prize Winner may be awarded the prize (subject to verification of eligibility and compliance and continued compliance with the terms of these rules). Sponsor's decisions as to the Contest are final and binding. THE SPONSOR RESERVES THE RIGHT TO DETERMINE AN ALTERNATE WINNER IN ACCORDANCE WITH THESE OFFICIAL RULES IN THE EVENT THAT ANY WINNER IS DISQUALIFIED, CANNOT BE CONTACTED, OR IS DEEMED INELIGIBLE FOR ANY REASON, OR IS NOT AVAILABLE TO PARTICIPATE IN ANY APPLICABLE CONTEST EVENTS.

**6.    Verification of Potential Winner.** POTENTIAL CONTEST WINNER IS SUBJECT TO VERIFICATION BY SPONSOR, WHOSE DECISIONS ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE CONTEST. The potential winner must continue to comply with all terms and conditions of these Official Rules, and winning is contingent upon fulfilling all requirements. The potential winner will be notified by telephone call after the random drawing, as outlined above and subject to meeting all the requirements, as outlined above in Section 5. The potential winner will be required to sign and return to Sponsor, within three (3) days of the date notice is sent, an affidavit of eligibility and a liability/publicity release (except where prohibited) in order to claim his/her prize, if applicable. A winner who returns the affidavit of eligibility and liability/publicity release within the

required time period will be deemed to have accepted the prize and thereafter will not be permitted to rescind their acceptance of the prize and/or return the prize. If a potential winner cannot be contacted, fails to sign and return the affidavit of eligibility and/or the liability/publicity release within the required time period (if applicable), or if the prize or prize notification is returned as undeliverable, potential winner forfeits prize. In the event that the potential winner of a Contest prize is disqualified for any reason, Sponsor may award the applicable prize to an alternate winner by random drawing from among all remaining eligible entries for that particular Contest Round.

7.  **Prizes.** **Up to Eighty (80) Hourly Winner Prizes will be awarded in this Contest.** Each Prize consists of $1,000 in prepaid cash equivalent gift cards that may be used anywhere cash or cards are accepted. Winner is responsible for all taxes associated with prize receipt and/or use. **ARV of Each Individual Prize is $1,000. ARV in Aggregate during this Contest Period is $80,000.** In order to claim a Prize, the identified person must (a) claim the prize in-person by the actual Winner at the one (1) Participating Station identified and designated by Sponsor, in its sole discretion, when the Winner's eligibility is verified and (b) must present a current government issued photo ID. A Prize must be claimed within thirty (30) days of being verified as eligible to win and must be claimed in-person by the Winner of the Contest. **No Prizes will be mailed for any reason and any prize not claimed by close of business on the thirtieth (30th) day after notification will be forfeited.** **NO PROXIES WILL BE ALLOWED TO CLAIM A PRIZE FOR ANY REASON.** Odds of winning a Prize depend on a number of factors including the number of eligible entries received by Station during any Contest Round and listeners participating at any given time. Each Prize is non-transferable and no substitution will be made, except as provided herein at the Sponsor's discretion. Sponsor reserves the right to substitute any listed prize for one of equal or greater value for any reason.

8.  **Entry Conditions and Release.** By entering, each participant agrees to: (a) comply with and be bound by these Official Rules and the decisions of the Sponsor, which are binding and final in all matters relating to this Contest; (b) release and hold harmless Sponsor, Cumulus Media Inc., and each of their respective subsidiaries, and affiliated companies, participating sponsors, the prize suppliers and any other organizations responsible for sponsoring, fulfilling, administering, advertising or promoting the Contest, and each of their respective past and present officers, directors, employees, agents and representatives (collectively, the "Released Parties") from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a participant's entry, creation of an entry or submission of an entry, participation in the Contest, acceptance or use or misuse of prize (including any travel or activity related thereto) and/or the broadcast, exploitation or use of entry; and (c) indemnify, defend and hold harmless the Released Parties from and against any and all claims, expenses, and liabilities (including reasonable attorneys' fees) arising out of or relating to an entrant's participation in the Contest and/or entrant's acceptance, use, non-use or misuse of the prize.

9.  **Publicity.** Except where prohibited by law, participation in the Contest constitutes winner's consent to Sponsor's and its agents' use of winner's name, likeness, photograph, voice, opinions and/or hometown and state for promotional purposes in any media, worldwide, without further payment or consideration.

10.  **Taxes.** All state, local, federal and or other taxes, duties, tariffs, title fees, licensing fees, or other fees for prizes awarded become the sole responsibility of the winner. All those who win a prize or prizes valued $600 or more in any given year will be issued an IRS Form 1099 to report their winnings.

11.  **General Conditions.** Sponsor reserves the right to cancel, suspend and/or modify the Contest, or any part of it, if any fraud, technical failures or any other factor beyond Sponsor's reasonable control impairs the integrity or proper functioning of the Contest, as determined by Sponsor in its sole discretion. Sponsor reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Contest or to be acting in violation of these Official Rules or any other promotion or in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Contest may be a violation of criminal and civil law, and, should such an attempt be made, Sponsor reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

12.  **Limitations of Liability.** The Released Parties are not responsible for: (1) any incorrect or inaccurate information, whether caused by entrants, printing errors or by any of the equipment or programming associated with or utilized in the Contest; (2) technical failures of any kind, including but not limited to malfunctions, interruptions, delays in entry or participation in the Contest due to the text receiving system reaching or nearing capacity, or disconnections in phone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Contest, including no obligation, liability, or responsibility whatsoever if individuals who do not listen to a Participating Station receive the Secret Keyword(s) from third parties such as other listeners, contest sponsors or from any other source; (4) technical or human error which may occur in the administration of the Contest or the processing of entries; or (5) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Contest or receipt or use, non-use or misuse of any prize. If for any reason a participant's entry is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, participant's sole remedy is another entry in the Contest, provided that if it is not possible to award another entry due to discontinuance or completion of the Contest, or any part of it, for any reason, Sponsor, at its discretion, may elect to hold a random drawing from among all eligible entries received up to the date of discontinuance for any or all of the prizes offered herein. No more than the stated number of prizes will be awarded. In event that production, technical, programming or any other reason causes more than stated number of prizes as set forth in these

Official Rules to be available and/or claimed, Sponsor reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims.

**13. Changes to the Contest or Changes to those Participating Stations.** If, for any reason, in the sole opinion of Sponsor, this Contest is not capable of running as planned by reason of an Act of God, infection by computer virus, worms, bugs, tampering, hacking, unauthorized intervention, fraud, technical failures, system overload or any other causes, whether discovered or suspected by Sponsor, which, in the sole opinion of the Sponsor, does or could corrupt or affect the administration, security, fairness, integrity or proper conduct of this Contest, Sponsor reserves the right, at its sole discretion, to cancel, terminate, modify or suspend this Contest, and/or provide alternative means of entry or any other changes to these contest rules that Sponsor deems appropriate under the circumstances. In the event of termination, suspension or modification of this Contest, a notice will be posted online and announced on-air for those Participating Stations who are no longer conducting the Contest.

**14. Disputes.** Entrant agrees that: (i) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, other than those concerning the administration of the Contest or the determination of the winner, shall be resolved individually, without resort to any form of class action; (ii) any and all disputes, claims and causes of action arising out of or connected with this Contest, or any prizes awarded, shall be resolved exclusively by the United States District Court or the appropriate Georgia State Court located in the City of Atlanta, Georgia; (iii) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Contest, but in no event attorneys' fees; and (iv) under no circumstances will entrant be permitted to obtain awards for, and entrant hereby waives all rights to claim punitive, incidental and consequential damages and any other damages, other than for actual out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules, or the rights and obligations of the entrant and Sponsor in connection with the Contest, shall be governed by, and construed in accordance with, the laws of the State of Georgia, without giving effect to any choice of law or conflict of law rules (whether of the State of Georgia or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of Georgia.

**15. Entrant's Personal Information.** Information collected from entrants is subject to Sponsor's Privacy Policy, which is available on the Stations' websites under the "Privacy Policy" link. All entry blanks, forms, devices, and materials gathered during the course of entry, as well as all information contained on or within, shall become the sole property of Sponsor to be used, disposed of or destroyed in its sole discretion. Sponsor is not responsible for any incorrect or inaccurate information entered by telephone users, and assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to the Stations' websites and/or text messaging service.

**16. Nationwide Simultaneous Contest.** THE CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN EXHIBIT A, WHICH IS ATTACHED. SPONSOR IS CONDUCTING THIS CONTEST CONCURRENTLY AND SIMULTANEOUSLY ON SEVERAL PARTICIPATING STATIONS THAT ARE LOCATED IN VARIOUS STATES AND THOSE RESPECTIVE VARIOUS TIME ZONES WHERE A STATION IS LOCATED.

**17. Contest Results.** A winners list may be obtained within thirty (30) days after the Contest Period expires by sending a self-addressed stamped envelope to the Sponsor identified below, but prior to six (6) months after the Contest has concluded.

**CONTEST SPONSOR: CUMULUS MEDIA HOLDINGS INC., 3280 Peachtree Road, NW, Suite 2300, Atlanta, GA 30305, Attn: "$1,000 Giveaway Part II" Contest.**

## EXHIBIT A

## PARTICIPATING STATIONS:

| Market | Station Call-Letters | Address |
|---|---|---|
| 1.  Abilene, Texas | KBCY-FM | 2525 South Danville Rd. Abilene, TX 79605 |
| 2.  Abilene, Texas | KCDD-FM | 2525 South Danville Rd. Abilene, TX 79605 |
| 3.  Abilene, Texas | KHXS-FM | 2525 South Danville Rd. Abilene, TX 79605 |
| 4.  Albany, Georgia | WJAD-FM | 1104 West Broad Ave. Albany, GA 31707 |
| 5.  Albany, Georgia | WKAK-FM | 1104 West Broad Ave. Albany, GA 31707 |
| 6.  Albuquerque, New Mexico | KMGA-FM | 500 4th Street NW, 5th Floor Albuquerque, NM 87102 |
| 7.  Albuquerque, New Mexico | KKOB-AM | 500 4th Street NW, 5th Floor Albuquerque, NM 87102 |
| 8.  Albuquerque, New Mexico | KNML-AM | 500 4th Street NW, 5th Floor Albuquerque, NM 87102 |
| 9.  Allentown/Bethlehem, Pennsylvania | WCTO-FM | 2158 Avenue C, Suite 100 Bethlehem, PA 18017 |
| 10.  Allentown/Bethlehem, Pennsylvania | WLEV-FM | 2158 Avenue C, Suite 100 Bethlehem, PA 18017 |
| 11.  Amarillo, Texas | KPUR-FM | 301 S Polk, Suite 100 Amarillo, TX 79101 |
| 12.  Amarillo, Texas | KQIZ-FM | 301 S Polk, Suite 100 Amarillo, TX 79101 |
| 13.  Amarillo, Texas | KZRK-FM | 301 S Polk, Suite 100 Amarillo, TX 79101 |
| 14.  Ann Arbor, Michigan | WWWW-FM | 1100 Victors Way, Suite 100 Ann Arbor, MI 48108 |
| 15.  Appleton, Wisconsin | WNAM-AM | 491 S. Washburn, Suite 400 Oshkosh, WI 54904 |
| 16.  Appleton, Wisconsin | WOSH-AM | 491 S. Washburn, Suite 400 Oshkosh, WI 54904 |
| 17.  Appleton, Wisconsin | WVBO-FM | 491 S. Washburn, Suite 400 Oshkosh, WI 54904 |
| 18.  Appleton, Wisconsin | WPKR-FM | 491 S. Washburn, Suite 400 Oshkosh, WI 54904 |
| 19.  Atlanta, Georgia | WKHX-FM | 780 Johnson Ferry Rd, 5th Floor Atlanta, GA 30342 |
| 20.  Atlanta, Georgia | WNNX-FM | 780 Johnson Ferry Rd, 5th Floor Atlanta, GA 30342 |
| 21.  Atlanta, Georgia | WWWQ-FM | 780 Johnson Ferry Rd, 5th Floor Atlanta, GA 30342 |
| 22.  Atlanta, Georgia | WWWQ-H2 | 780 Johnson Ferry Rd, 5th Floor Atlanta, GA 30342 |
| 23.  Atlanta, Georgia | WWWQ-HD | 780 Johnson Ferry Rd, 5th Floor Atlanta, GA 30342 |
| 24.  Baton Rouge, Louisiana | WXOK-AM | 631 Main Street Baton Rouge, LA 70801 |
| 25.  Baton Rouge, Louisiana | KQXL-FM | 631 Main Street Baton Rouge, LA 70801 |

| | | |
|---|---|---|
| 26. Baton Rouge, Louisiana | WEMX-FM | 631 Main Street<br>Baton Rouge, LA 70801 |
| 27. Baton Rouge, Louisiana | WRQQ-FM | 631 Main Street<br>Baton Rouge, LA 70801 |
| 28. Beaumont, Texas | KAYD-FM | 755 S. 11th St., Suite 102<br>Beaumont, TX 77701 |
| 29. Beaumont, Texas | KIKR-AM | 755 S. 11th St., Suite 102<br>Beaumont, TX 77701 |
| 30. Beaumont, Texas | KQXY-FM | 755 S. 11th St., Suite 102<br>Beaumont, TX 77701 |
| 31. Beaumont, Texas | KTCX-FM | 755 S. 11th St., Suite 102<br>Beaumont, TX 77701 |
| 32. Birmingham, Alabama | WJOX-AM | 244 Goodwin Crest Drive, Suite 300Birmingham, AL 35209 |
| 33. Birmingham, Alabama | WUHT-FM | 244 Goodwin Crest Drive, Suite 300Birmingham, AL 35209 |
| 34. Birmingham, Alabama | WJOX-FM | 244 Goodwin Crest Drive, Suite 300Birmingham, AL 35209 |
| 35. Birmingham, Alabama | WZRR-FM | 244 Goodwin Crest Drive, Suite 300Birmingham, AL 35209 |
| 36. Blacksburg, Virginia | WBRW-FM | 7080 Lee Highway<br>Radford, VA 24141 |
| 37. Blacksburg, Virginia | WFNR-AM | 7080 Lee Highway<br>Radford, VA 24141 |
| 38. Blacksburg, Virginia | WNMX-FM | 7080 Lee Highway<br>Radford, VA 24141 |
| 39. Blacksburg, Virginia | WPSK-FM | 7080 Lee Highway<br>Radford, VA 24141 |
| 40. Blacksburg, Virginia | WWBU-FM | 7080 Lee Highway<br>Radford, VA 24141 |
| 41. Bloomington, Illinois | WBWN-FM | 236 Greenwood<br>Bloomington, IL 61704 |
| 42. Bloomington, Illinois | WJBC-FM | 236 Greenwood<br>Bloomington, IL 61704 |
| 43. Bloomington, Illinois | WBNQ-FM | 236 Greenwood<br>Bloomington, IL 61704 |
| 44. Boise, Idaho | KBOI-AM | 1419 W. Bannock Street<br>Boise, ID 83702 |
| 45. Boise, Idaho | KIZN-FM | 1419 W. Bannock Street<br>Boise, ID 83702 |
| 46. Boise, Idaho | KKGL-FM | 1419 W. Bannock Street<br>Boise, ID 83702 |
| 47. Boise, Idaho | KQFC-FM | 1419 W. Bannock Street<br>Boise, ID 83702 |
| 48. Bridgeport, Connecticut | WEBE-FM | 2 Lafayette Square<br>Bridgeport, CT 06604 |
| 49. Bridgeport, Connecticut | WICC-AM | 2 Lafayette Square<br>Bridgeport, CT 06604 |
| 50. Buffalo, New York | WEDG-FM | 50 James E. Casey Drive<br>Buffalo, NY 14206 |
| 51. Buffalo, New York | WHTT-FM | 50 James E. Casey Drive<br>Buffalo, NY 14206 |
| 52. Charleston, South Carolina | WIWF-FM | 4230 Faber Place Drive, Suite 100<br>North Charleston, SC 29405 |
| 53. Charleston, South Carolina | WMGL-FM | 4230 Faber Place Drive, Suite 100<br>North Charleston, SC 29405 |

| | | |
|---|---|---|
| 54.  Charleston, South Carolina | WSSX-FM | 4230 Faber Place Drive, Suite 100 North Charleston, SC 29405 |
| 55.  Charleston, South Carolina | WTMA-AM | 4230 Faber Place Drive, Suite 100 North Charleston, SC 29405 |
| 56.  Charleston, South Carolina | WWWZ-FM | 4230 Faber Place Drive, Suite 100 North Charleston, SC 29405 |
| 57.  Chattanooga, Tennessee | WGOW-FM | 821 Pineville Rd; PO Box 11202 Chattanooga, TN 37401 |
| 58.  Chattanooga, Tennessee | WOGT-FM | 821 Pineville Rd; PO Box 11202 Chattanooga, TN 37401 |
| 59.  Chattanooga, Tennessee | WSKZ-FM | 821 Pineville Rd; PO Box 11202 Chattanooga, TN 37401 |
| 60.  Chicago, Illinois | WKQX-FM | 455 North City Front Plaza Drive, Suite 1700 Chicago, IL 60611 |
| 61.  Chicago, Illinois | WLS-AM | 455 North City Front Plaza Drive, Suite 1700 Chicago, IL 60611 |
| 62.  Chicago, Illinois | WLS-FM | 455 North City Front Plaza Drive, Suite 1700 Chicago, IL 60611 |
| 63.  Chicago, Illinois | WLUP-FM | 455 North City Front Plaza Drive, Suite 1700 Chicago, IL 60611 |
| 64.  Cincinnati, Ohio | WFTK-FM | 4805 Montgomery Rd., Suite 300 Cincinnati, OH 45212 |
| 65.  Cincinnati, Ohio | WNNF-FM | 4805 Montgomery Rd., Suite 300 Cincinnati, OH 45212 |
| 66.  Cincinnati, Ohio | WOFX-FM | 4805 Montgomery Rd., Suite 300 Cincinnati, OH 45212 |
| 67.  Cincinnati, Ohio | WGRR-FM | 4805 Montgomery Rd., Suite 300 Cincinnati, OH 45212 |
| 68.  Colorado Springs, Colorado | KATC-FM | 6805 Corporate Drive, Suite 130Colorado Springs, CO 80919 |
| 69.  Colorado Springs, Colorado | KCSF-AM | 6805 Corporate Drive, Suite 130Colorado Springs, CO 80919 |
| 70.  Colorado Springs, Colorado | KKFM-FM | 6805 Corporate Drive, Suite 130Colorado Springs, CO 80919 |
| 71.  Colorado Springs, Colorado | KKPK-FM | 6805 Corporate Drive, Suite 130Colorado Springs, CO 80919 |
| 72.  Colorado Springs, Colorado | KKMG-FM | 6805 Corporate Drive, Suite 130Colorado Springs, CO 80919 |
| 73.  Columbia, South Carolina | WLXC-FM | 1301 Gervais Street, Suite 700 Columbia, SC 29201 |
| 74.  Columbia, South Carolina | WOMG-FM | 1301 Gervais Street, Suite 700 Columbia, SC 29201 |
| 75.  Columbia, South Carolina | WTCB-FM | 1301 Gervais Street, Suite 700 Columbia, SC 29201 |
| 76.  Columbia/Jefferson City, Missouri | KBBM-FM | 503 Old Hwy. 63 North Columbia, MO 65202 |
| 77.  Columbia/Jefferson City, Missouri | KOQL-FM | 503 Old Hwy. 63 North Columbia, MO 65202 |
| 78.  Columbia/Jefferson City, Missouri | KPLA-FM | 503 Old Hwy. 63 North Columbia, MO 65202 |
| 79.  Columbus/Starkville, Mississippi | WSSO-AM | 105 North 5th Street, Suite 400 Columbus, MS 39701 |

| 80. Columbus/Starkville, Mississippi | WKOR-FM | 105 North 5th Street, Suite 400 Columbus, MS 39701 |
|---|---|---|
| 81. Columbus/Starkville, Mississippi | WMXU-FM | 105 North 5th Street, Suite 400 Columbus, MS 39701 |
| 82. Dallas/Fort Worth, Texas | KPLX-FM | 3090 Olive St, W. Victory Plaza, Ste 400 Dallas, TX 75219 |
| 83. Dallas/Fort Worth, Texas | KSCS-FM | 3090 Olive St, W. Victory Plaza, Ste 400 Dallas, TX 75219 |
| 84. Dallas/Fort Worth, Texas | KLIF-FM | 3090 Olive St, W. Victory Plaza, Ste 400 Dallas, TX 75219 |
| 85. Des Moines, Iowa | KBGG-AM | 4143 109th Street Urbandale, IA 50322 |
| 86. Des Moines, Iowa | KGGO-FM | 4143 109th Street Urbandale, IA 50322 |
| 87. Des Moines, Iowa | KHKI-FM | 4143 109th Street Urbandale, IA 50322 |
| 88. Des Moines, Iowa | KJJY-FM | 4143 109th Street Urbandale, IA 50322 |
| 89. Des Moines, Iowa | KWQW-FM | 4143 109th Street Urbandale, IA 50322 |
| 90. Detroit, Michigan | WDRQ-FM | 3011 W Grand Blvd., Fisher Bldg, Ste 800 Detroit, MI 48202 |
| 91. Detroit, Michigan | WDVD-FM | 3011 W Grand Blvd., Fisher Bldg, Ste 800 Detroit, MI 48202 |
| 92. Detroit, Michigan | WJR-AM | 3011 W Grand Blvd., Fisher Bldg, Ste 800 Detroit, MI 48202 |
| 93. Erie, Pennsylvania | WQHZ-FM | 471 Robison Road Erie, PA 16509 |
| 94. Erie, Pennsylvania | WRIE-AM | 471 Robison Road Erie, PA 16509 |
| 95. Erie, Pennsylvania | WXKC-FM | 471 Robison Road Erie, PA 16509 |
| 96. Erie, Pennsylvania | WXKC-HD | 471 Robison Road Erie, PA 16509 |
| 97. Erie, Pennsylvania | WXTA-FM | 471 Robison Road Erie, PA 16509 |
| 98. Eugene, Oregon | KZEL-FM | 1200 Executive Pkwy., Suite 440 Eugene, OR 97401 |
| 99. Fayetteville, Arkansas | KAMO-FM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 100. Fayetteville, Arkansas | KFAY-AM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 101. Fayetteville, Arkansas | KKEG-FM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 102. Fayetteville, Arkansas | KMCK-FM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 103. Fayetteville, Arkansas | KQSM-FM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 104. Fayetteville, Arkansas | KRMW-FM | 4209 Frontage Rd. Fayetteville, AR 72703 |
| 105. Fayetteville, North Carolina | WFNC-AM | 1009 Drayton Rd. Fayetteville, NC 28303 |

| | | |
|---|---|---|
| 106. Fayetteville, North Carolina | WRCQ-FM | 1009 Drayton Rd.<br>Fayetteville, NC 28303 |
| 107. Fayetteville, North Carolina | WQSM-FM | 1009 Drayton Rd.<br>Fayetteville, NC 28303 |
| 108. Flint, Michigan | WFBE-FM | 6317 Taylor Drive<br>Flint, MI 48507 |
| 109. Flint, Michigan | WTRX-AM | 6317 Taylor Drive<br>Flint, MI 48507 |
| 110. Flint, Michigan | WWCK-AM | 6317 Taylor Drive<br>Flint, MI 48507 |
| 111. Flint, Michigan | WWCK-FM | 6317 Taylor Drive<br>Flint, MI 48507 |
| 112. Florence, South Carolina | WBZF-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 113. Florence, South Carolina | WCMG-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 114. Florence, South Carolina | WMXT-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 115. Florence, South Carolina | WQPD-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 116. Florence, South Carolina | WWFN-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 117. Florence, South Carolina | WYNN-FM | 2014 North Irby St.<br>Florence, SC 29501 |
| 118. Fort Smith, Arkansas | KBBQ-FM | 3811 Rogers Ave, Suite C<br>Ft. Smith, AR 72903 |
| 119. Fort Smith, Arkansas | KLSZ-FM | 3811 Rogers Ave, Suite C<br>Ft. Smith, AR 72903 |
| 120. Fort Smith, Arkansas | KOMS-FM | 3811 Rogers Ave, Suite C<br>Ft. Smith, AR 72903 |
| 121. Fort Walton Beach, Florida | WFTW-AM | 225 Hollywood Blvd.<br>Ft. Walton Beach, FL 32548 |
| 122. Fort Walton Beach, Florida | WKSM-FM | 225 Hollywood Blvd.<br>Ft. Walton Beach, FL 32548 |
| 123. Fort Walton Beach, Florida | WNCV-FM | 225 Hollywood Blvd.<br>Ft. Walton Beach, FL 32548 |
| 124. Fort Walton Beach, Florida | WYZB-FM | 225 Hollywood Blvd.<br>Ft. Walton Beach, FL 32548 |
| 125. Fort Walton Beach, Florida | WZNS-FM | 225 Hollywood Blvd.<br>Ft. Walton Beach, FL 32548 |
| 126. Fresno, California | KMGV-FM | 1071 West Shaw Avenue<br>Fresno, CA 93711 |
| 127. Fresno, California | KMJ-AM | 1071 West Shaw Avenue<br>Fresno, CA 93711 |
| 128. Fresno, California | KMJ-FM | 1071 West Shaw Avenue<br>Fresno, CA 93711 |
| 129. Fresno, California | KWYE-FM | 1071 West Shaw Avenue<br>Fresno, CA 93711 |
| 130. Grand Rapids, Michigan | WBBL-FM | 60 Monroe Center NW<br>Grand Rapids, MI 49503 |
| 131. Grand Rapids, Michigan | WHTS-FM | 60 Monroe Center NW<br>Grand Rapids, MI 49503 |
| 132. Grand Rapids, Michigan | WLAV-FM | 60 Monroe Center NW<br>Grand Rapids, MI 49503 |
| 133. Grand Rapids, Michigan | WTNR-FM | 60 Monroe Center NW<br>Grand Rapids, MI 49503 |

| | | |
|---|---|---|
| 134. Green Bay, Wisconsin | WPCK-FM | 810 Victoria St.<br>Green Bay, WI 54302 |
| 135. Green Bay, Wisconsin | WQLH-FM | 810 Victoria St.<br>Green Bay, WI 54302 |
| 136. Green Bay, Wisconsin | WOGB-FM | 810 Victoria St.<br>Green Bay, WI 54302 |
| 137. Harrisburg, Pennsylvania | WNNK-FM | 2300 Vartan Way, Suite 130<br>Harrisburg, PA 17110 |
| 138. Harrisburg, Pennsylvania | WQXA-FM | 2300 Vartan Way, Suite 130<br>Harrisburg, PA 17110 |
| 139. Harrisburg, Pennsylvania | WWKL-FM | 2300 Vartan Way, Suite 130<br>Harrisburg, PA 17110 |
| 140. Harrisburg, Pennsylvania | WZCY-FM | 2300 Vartan Way, Suite 130<br>Harrisburg, PA 17110 |
| 141. Huntsville, Alabama | WHRP-FM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 142. Huntsville, Alabama | WUMP-AM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 143. Huntsville, Alabama | WVNN-AM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 144. Huntsville, Alabama | WVNN-FM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 145. Huntsville, Alabama | WWFF-FM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 146. Huntsville, Alabama | WZYP-FM | 806 Governor's Drive, Suite<br>101Huntsville, AL 35601 |
| 147. Indianapolis, Indiana | WFMS-FM | 6810 N. Shadeland Ave.<br>Indianapolis, IN 46220 |
| 148. Indianapolis, Indiana | WJJK-FM | 6810 N. Shadeland Ave.<br>Indianapolis, IN 46220 |
| 149. Indianapolis, Indiana | WRWM-FM | 6810 N. Shadeland Ave.<br>Indianapolis, IN 46220 |
| 150. Kansas City, Kansas | KCFX-FM | 5800 Foxridge Dr. Suite 600<br>Mission, KS 66202 |
| 151. Kansas City, Kansas | KCJK-FM | 5800 Foxridge Dr. Suite 600<br>Mission, KS 66202 |
| 152. Kansas City, Kansas | KCMO-AM | 5800 Foxridge Dr. Suite 600<br>Mission, KS 66202 |
| 153. Kansas City, Kansas | KCMO-FM | 5800 Foxridge Dr. Suite 600<br>Mission, KS 66202 |
| 154. Kansas City, Kansas | KCMO-HD | 5800 Foxridge Dr. Suite 600<br>Mission, KS 66202 |
| 155. Knoxville, Tennessee | WOKI-FM | 4711 Old Kingston Pike<br>Knoxville, TN 37919 |
| 156. Knoxville, Tennessee | WIVK-FM | 4711 Old Kingston Pike<br>Knoxville, TN 37919 |
| 157. Knoxville, Tennessee | WNML-FM | 4711 Old Kingston Pike<br>Knoxville, TN 37919 |
| 158. Lafayette, Louisiana | KNEK-FM | 202 Galbert Road<br>Lafayette, LA 70506 |
| 159. Lafayette, Louisiana | KRRQ-FM | 202 Galbert Road<br>Lafayette, LA 70506 |
| 160. Lafayette, Louisiana | KSMB-FM | 202 Galbert Road<br>Lafayette, LA 70506 |
| 161. Lake Charles, Louisiana | KBIU-FM | 425 Broad St.<br>Lake Charles, LA 70601 |

| | | |
|---|---|---|
| 162. Lake Charles, Louisiana | KKGB-FM | 425 Broad St.<br>Lake Charles, LA 70601 |
| 163. Lake Charles, Louisiana | KQLK-FM | 425 Broad St.<br>Lake Charles, LA 70601 |
| 164. Lake Charles, Louisiana | KYKZ-FM | 425 Broad St.<br>Lake Charles, LA 70601 |
| 165. Lancaster, Pennsylvania | WIOV-FM | 5989 Susquehanna Plaza Dr.<br>York, PA 17406 |
| 166. Lexington, Kentucky | WLTO-FM | 300 West Vine St.<br>Lexington, KY 40507 |
| 167. Lexington, Kentucky | WLXX-FM | 300 West Vine St.<br>Lexington, KY 40507 |
| 168. Lexington, Kentucky | WVLK-FM | 300 West Vine St.<br>Lexington, KY 40507 |
| 169. Lexington, Kentucky | WXZZ-FM | 300 West Vine St.<br>Lexington, KY 40507 |
| 170. Little Rock, Arkansas | KAAY-AM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 171. Little Rock, Arkansas | KARN-AM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 172. Little Rock, Arkansas | KARN-FM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 173. Little Rock, Arkansas | KLAL-FM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 174. Little Rock, Arkansas | KURB-FM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 175. Little Rock, Arkansas | KIPR-FM | 700 Wellington Hills Road<br>Little Rock, AR 72211 |
| 176. Los Angeles, California | KABC-AM | 8965 Lindblade Street<br>Culver City, CA 90232 |
| 177. Los Angeles, California | KLOS-FM | 8965 Lindblade Street<br>Culver City, CA 90232 |
| 178. Macon, Georgia | WLZN-FM | 544 Mulberry St., Suite 500<br>Macon, GA 31201 |
| 179. Macon, Georgia | WMAC-AM | 544 Mulberry St., Suite 500<br>Macon, GA 31201 |
| 180. Macon, Georgia | WDEN-FM | 544 Mulberry St., Suite 500<br>Macon, GA 31201 |
| 181. Macon, Georgia | WPEZ-FM | 544 Mulberry St., Suite 500<br>Macon, GA 31201 |
| 182. Macon, Georgia | WMGB-FM | 544 Mulberry St., Suite 500<br>Macon, GA 31201 |
| 183. Melbourne, Florida | WAOA-FM | 1800 W. Hibiscus Blvd.,<br>Suite 138<br>Melbourne, FL 32901 |
| 184. Melbourne, Florida | WHKR-FM | 1800 W. Hibiscus Blvd.,<br>Suite 138<br>Melbourne, FL 32901 |
| 185. Melbourne, Florida | WLZR-AM | 1800 W. Hibiscus Blvd.,<br>Suite 138<br>Melbourne, FL 32901 |
| 186. Melbourne, Florida | WROK-FM | 1800 W. Hibiscus Blvd.,<br>Suite 138<br>Melbourne, FL 32901 |
| 187. Memphis, Tennessee | WGKX-FM | 5629 Murray Road<br>Memphis, TN 38119 |

| | | |
|---|---|---|
| 188. Memphis, Tennessee | WKIM-FM | 5629 Murray Road<br>Memphis, TN 38119 |
| 189. Memphis, Tennessee | WRBO-FM | 5629 Murray Road<br>Memphis, TN 38119 |
| 190. Memphis, Tennessee | WXMX-FM | 5629 Murray Road<br>Memphis, TN 38119 |
| 191. Minneapolis, Minnesota | KQRS-FM | 2000 SE Elm Street<br>Minneapolis, MN 55414 |
| 192. Mobile, Alabama | WABD-FM | 2800 Dauphin St. Suite 104<br>Mobile, AL 36606 |
| 193. Mobile, Alabama | WBLX-FM | 2800 Dauphin St. Suite 104<br>Mobile, AL 36606 |
| 194. Mobile, Alabama | WDLT-FM | 2800 Dauphin St. Suite 104<br>Mobile, AL 36606 |
| 195. Mobile, Alabama | WGOK-AM | 2800 Dauphin St. Suite 104<br>Mobile, AL 36606 |
| 196. Montgomery, Alabama | WHHY-FM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 197. Montgomery, Alabama | WLWI-AM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 198. Montgomery, Alabama | WLWI-FM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 199. Montgomery, Alabama | WMSP-AM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 200. Montgomery, Alabama | WMXS-FM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 201. Montgomery, Alabama | WXFX-FM | One Commerce Street Suite 300<br>Montgomery, AL 36104 |
| 202. Muncie, Indiana | WMDH-FM | 1134 West State Road 38<br>New Castle, IN 47362 |
| 203. Myrtle Beach, South Carolina | WDAI-FM | 11640 Highway 17 Bypass South<br>Murrells Inlet, SC 29576 |
| 204. Myrtle Beach, South Carolina | WLFF-FM | 11640 Highway 17 Bypass South<br>Murrells Inlet, SC 29576 |
| 205. Myrtle Beach, South Carolina | WSEA-FM | 11640 Highway 17 Bypass South<br>Murrells Inlet, SC 29576 |
| 206. Myrtle Beach, South Carolina | WSYN-FM | 11640 Highway 17 Bypass South<br>Murrells Inlet, SC 29576 |
| 207. Nashville, Tennessee | WGFX-FM | 10 Music Circle East<br>Nashville, TN 37203 |
| 208. Nashville, Tennessee | WKDF-FM | 10 Music Circle East<br>Nashville, TN 37203 |
| 209. Nashville, Tennessee | WQQK-FM | 10 Music Circle East<br>Nashville, TN 37203 |
| 210. Nashville, Tennessee | WSM-FM | 10 Music Circle East<br>Nashville, TN 37203 |
| 211. New London, Connecticut | WMOS-FM | 7 Governor Winthrop Blvd.<br>New London, CT 06320 |
| 212. New London, Connecticut | WQGN-FM | 7 Governor Winthrop Blvd.<br>New London, CT 06320 |
| 213. New Orleans, Louisiana | KKND-FM | 201 St. Charles Avenue, Suite 201<br>New Orleans, LA 70170 |
| 214. New Orleans, Louisiana | WRKN-FM | 201 St. Charles Avenue, Suite 201<br>New Orleans, LA 70170 |
| 215. New Orleans, Louisiana | WZRH-FM | 201 St. Charles Avenue, Suite 201<br>New Orleans, LA 70170 |

| | | |
|---|---|---|
| 216. New York, New York | WNBM-FM | 2 Penn Plaza, 17th Floor<br>New York, NY 10121-0101 |
| 217. New York, New York | WNSH-FM | 2 Penn Plaza, 17th Floor<br>New York, NY 10121-0101 |
| 218. New York, New York | WABC-AM | 2 Penn Plaza, 17th Floor<br>New York, NY 10121-0101 |
| 219. New York, New York | WPLJ-FM | 2 Penn Plaza, 17th Floor<br>New York, NY 10121-0101 |
| 220. Oklahoma City, Oklahoma | KATT-FM | 4045 NW 64th Street, Suite 600<br>Oklahoma City, OK 73116 |
| 221. Oklahoma City, Oklahoma | KKWD-FM | 4045 NW 64th Street, Suite 600<br>Oklahoma City, OK 73116 |
| 222. Oklahoma City, Oklahoma | KQOB-FM | 4045 NW 64th Street, Suite 600<br>Oklahoma City, OK 73116 |
| 223. Oklahoma City, Oklahoma | KYIS-FM | 4045 NW 64th Street, Suite 600<br>Oklahoma City, OK 73116 |
| 224. Oxnard-Ventura, California | KHAY-FM | 1376 Walter Street<br>Ventura, CA 93003 |
| 225. Oxnard-Ventura, California | KBBY-FM | 1376 Walter Street<br>Ventura, CA 93003 |
| 226. Pensacola, Florida | WCOA-AM | 6565 North W. Street<br>Pensacola, FL 32505 |
| 227. Pensacola, Florida | WJTQ-FM | 6565 North W. Street<br>Pensacola, FL 32505 |
| 228. Pensacola, Florida | WMEZ-FM | 6565 North W. Street<br>Pensacola, FL 32505 |
| 229. Pensacola, Florida | WRRX-FM | 6565 North W. Street<br>Pensacola, FL 32505 |
| 230. Pensacola, Florida | WXBM-FM | 6565 North W. Street<br>Pensacola, FL 32505 |
| 231. Peoria, Illinois | WFYR-FM | 120 Eaton Street<br>Peoria, IL 61603 |
| 232. Peoria, Illinois | WGLO-FM | 120 Eaton Street<br>Peoria, IL 61603 |
| 233. Peoria, Illinois | WIXO-FM | 120 Eaton Street<br>Peoria, IL 61603 |
| 234. Peoria, Illinois | WZPW-FM | 120 Eaton Street<br>Peoria, IL 61603 |
| 235. Providence, Rhode Island | WPRO-AM | 1502 Wampanoag Trail<br>East Providence, RI  2915 |
| 236. Providence, Rhode Island | WWLI-FM | 1502 Wampanoag Trail<br>East Providence, RI  2915 |
| 237. Providence, Rhode Island | WWKX-FM | 1502 Wampanoag Trail<br>East Providence, RI  2915 |
| 238. Reno, Nevada | KBUL-FM | 595 East Plumb Lane<br>Reno, NV 89502 |
| 239. Reno, Nevada | KKOH-FM | 595 East Plumb Lane<br>Reno, NV 89502 |
| 240. Reno, Nevada | KNEV-FM | 595 East Plumb Lane<br>Reno, NV 89502 |
| 241. Saginaw, Michigan | WHNN-FM | 1740 Champagne Drive North<br>Saginaw, MI 48604 |
| 242. Saginaw, Michigan | WILZ-FM | 1740 Champagne Drive North<br>Saginaw, MI 48604 |
| 243. Saginaw, Michigan | WIOG-FM | 1740 Champagne Drive North<br>Saginaw, MI 48604 |

| | | |
|---|---|---|
| 244.Saginaw, Michigan | WKQZ-FM | 1740 Champagne Drive North<br>Saginaw, MI 48604 |
| 245.Salt Lake City, Utah | KBEE-FM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 246.Salt Lake City, Utah | KBER-FM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 247.Salt Lake City, Utah | KENZ-FM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 248.Salt Lake City, Utah | KHTB-FM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 249.Salt Lake City, Utah | KKAT-AM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 250.Salt Lake City, Utah | KUBL-FM | 434 Bearcat Drive<br>Salt Lake City, UT 84115 |
| 251.San Francisco, California | KFOG-FM | 750 Battery Street, Suite 300<br>San Francisco, CA 94111 |
| 252.San Francisco, California | KGO-AM | 750 Battery Street, Suite 300<br>San Francisco, CA 94111 |
| 253.San Francisco, California | KSAN-FM | 750 Battery Street, Suite 300<br>San Francisco, CA 94111 |
| 254.Savannah, Georgia | WIXV-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 255.Savannah, Georgia | WIVX-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 256.Savannah, Georgia | WJCL-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 257.Savannah, Georgia | WZAT-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 258.Savannah, Georgia | WEAS-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 259.Savannah, Georgia | WTYB-FM | 214 Television Circle<br>Savannah, GA 31406 |
| 260.Shreveport, Louisiana | KMJJ-FM | 270 Plaza Loop; PO Box 5459<br>Bossier City 71111; 71171-5459 |
| 261.Shreveport, Louisiana | KQHN-FM | 270 Plaza Loop; PO Box 5459<br>Bossier City 71111; 71171-5459 |
| 262.Shreveport, Louisiana | KRMD-FM | 270 Plaza Loop; PO Box 5459<br>Bossier City 71111; 71171-5459 |
| 263.Shreveport, Louisiana | KVMA-FM | 270 Plaza Loop; PO Box 5459<br>Bossier City 71111; 71171-5459 |
| 264.Springfield, Massachusetts | WMAS-FM | 1000 Hall of Fame Avenue S<br>Springfield, MA 1105 |
| 265.Stockton/Modesto, California | KESP-AM | 3127 Transworld Drive Suite<br>270Stockton, CA 95206 |
| 266.Stockton/Modesto, California | KHOP-FM | 3127 Transworld Drive Suite<br>270Stockton, CA 95206 |
| 267.Stockton/Modesto, California | KJOY-FM | 3127 Transworld Drive Suite<br>270Stockton, CA 95206 |
| 268.Stockton/Modesto, California | KWIN-FM | 3127 Transworld Drive Suite<br>270Stockton, CA 95206 |
| 269.Stockton/Modesto, California | KHKK-FM | 3127 Transworld Drive Suite<br>270Stockton, CA 95206 |
| 270.Syracuse, New York | WNTQ-FM | 1064 James Street<br>Syracuse, NY 13203 |
| 271.Syracuse, New York | WSKO-AM | 1064 James Street<br>Syracuse, NY 13203 |

| | | |
|---|---|---|
| 272. Syracuse, New York | WAQX-FM | 1064 James Street Syracuse, NY 13203 |
| 273. Syracuse, New York | WXTL-FM | 1064 James Street Syracuse, NY 13203 |
| 274. Tallahassee, Florida | WBZE-FM | 3411 West Tharpe St. Tallahassee, FL 32303 |
| 275. Tallahassee, Florida | WGLF-FM | 3411 West Tharpe St. Tallahassee, FL 32303 |
| 276. Tallahassee, Florida | WHBT-FM | 3411 West Tharpe St. Tallahassee, FL 32303 |
| 277. Tallahassee, Florida | WHBX-FM | 3411 West Tharpe St. Tallahassee, FL 32303 |
| 278. Tallahassee, Florida | WWLD-FM | 3411 West Tharpe St. Tallahassee, FL 32303 |
| 279. Toledo/Monroe, Ohio | WMIM-FM | 3225 Arlington Ave. Toledo, OH 43614 |
| 280. Toledo/Monroe, Ohio | WQQO-FM | 3225 Arlington Ave. Toledo, OH 43614 |
| 281. Toledo/Monroe, Ohio | WRQN-FM | 3225 Arlington Ave. Toledo, OH 43614 |
| 282. Toledo/Monroe, Ohio | WXKR-FM | 3225 Arlington Ave. Toledo, OH 43614 |
| 283. Toledo/Monroe, Ohio | WKKO-FM | 3225 Arlington Ave. Toledo, OH 43614 |
| 284. Topeka, Kansas | KMAJ-FM | 825 S Kansas Ave., Suite 100 Topeka, KS 66612 |
| 285. Topeka, Kansas | KTOP-FM | 825 S Kansas Ave., Suite 100 Topeka, KS 66612 |
| 286. Tri-Cities, Tennessee | WKOS-FM | 162 Free Hill Rd; P.O. Box 8668 Gray, TN 37615 |
| 287. Tri-Cities, Tennessee | WQUT-FM | 162 Free Hill Rd; P.O. Box 8668 Gray, TN 37615 |
| 288. Tucson, Arizona | KHYT-FM | 575 West Roger Road Tucson, AZ 85705 |
| 289. Tucson, Arizona | KIIM-FM | 575 West Roger Road Tucson, AZ 85705 |
| 290. Washington, D.C. | WMAL-FM | 4400 Jenifer Street, NW, Suite 400 Washington, DC 20015 |
| 291. Washington, D.C. | WRQX-FM | 4400 Jenifer Street, NW, Suite 400 Washington, DC 20015 |
| 292. Wichita Falls, Texas | KYYI-FM | 4302 Callfield Rd. Wichita Falls, TX 76308 |
| 293. Wichita Falls, Texas | KLUR-FM | 4302 Callfield Rd. Wichita Falls, TX 76308 |
| 294. Wilkes-Barre, Pennsylvania | WBHT-FM | 600 Baltimore Drive Wilkes Barre, PA 18702 |
| 295. Wilkes-Barre, Pennsylvania | WBSX-FM | 600 Baltimore Drive Wilkes Barre, PA 18702 |
| 296. Wilkes-Barre, Pennsylvania | WMGS-FM | 600 Baltimore Drive Wilkes Barre, PA 18702 |
| 297. Wilkes-Barre, Pennsylvania | WSJR-FM | 600 Baltimore Drive Wilkes Barre, PA 18702 |
| 298. Wilmington, North Carolina | WAAV-AM | 3233 Burnt Mill Drive Wilmington, NC 28403 |
| 299. Wilmington, North Carolina | WGNI-FM | 3233 Burnt Mill Drive Wilmington, NC 28403 |

| | | |
|---|---|---|
| 300.Wilmington, North Carolina | WKXS-FM | 3233 Burnt Mill Drive<br>Wilmington, NC 28403 |
| 301.Wilmington, North Carolina | WMNX-FM | 3233 Burnt Mill Drive<br>Wilmington, NC 28403 |
| 302.Wilmington, North Carolina | WWQQ-FM | 3233 Burnt Mill Drive<br>Wilmington, NC 28403 |
| 303.Worcester, Massachusetts | WORC-FM | 250 Commercial Street, Suite 500<br>Worcester, MA 1608 |
| 304.Worcester, Massachusetts | WWFX-FM | 250 Commercial Street, Suite 500<br>Worcester, MA 1608 |
| 305.Worcester, Massachusetts | WXLO-FM | 250 Commercial Street, Suite 500<br>Worcester, MA 1608 |
| 306.York, Pennsylvania | WARM-FM | 5989 Susquehanna Plaza Dr.<br>York, PA 17406 |
| 307.Youngstown, Ohio | WHOT-FM | 4040 Simon Road<br>Youngstown, OH 44512 |
| 308.Youngstown, Ohio | WQXK-FM | 4040 Simon Road<br>Youngstown, OH 44512 |
| 309.Youngstown, Ohio | WYFM-FM | 4040 Simon Road<br>Youngstown, OH 44512 |

EXHIBIT B

EXHIBIT C

fb2-extension://85a8c449-39e1-4e32-86a7-9f888c2ae9fb/fsCaptured...



1 of 1

**<u>Exhibit E</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT DOYLE and KEVIN McCABE, Individually and on Behalf of All Others Similarly Situated,

*Plaintiffs*,

-against-

CUMULUS MEDIA INC., CUMULUS MEDIA NEW HOLDINGS INC., formerly CUMULUS MEDIA HOLDINGS INC., and RADIO LICENSE HOLDINGS LLC,

*Defendants*.

---

# CLASS-ACTION COMPLAINT

## INTRODUCTION

1.    This case is about a deceptive sweepstakes.

2.    Defendants have sought to induce people to believe that Defendants' radio-station sweepstakes involves only the station to which a given person is listening, whereas the sweepstakes instead involves hundreds of radio stations, the result of which is that the odds of winning have been a fraction of what the odds have appeared to be.

3.    Plaintiffs bring this action individually, and as a class action on behalf of:

> all persons who obtained, or will obtain, while in New York or New Jersey, a sweepstakes keyword from the broadcast of a participating radio station and texted, or will text, that keyword to the designated telephone number before the announcement, on the same station, of the next keyword (the "Class").

4.    Plaintiff Kevin McCabe asserts the Second Cause of Action and the Third Cause of Action individually, and on behalf of the following:

> all persons who obtained, or will obtain, while in New York, a sweepstakes keyword from the broadcast of a participating radio station and texted, or will text, that keyword to the designated telephone number before the announcement, on the same station, of the next keyword (the "New York Subclass").

1

5. The period during which the claims set forth herein have arisen, or will arise, is between September 24, 2017, and the resolution of this action (the "Class Period" and the "New York Subclass Period").

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. Section 1332(d)(2)(A).

7. The matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs.

8. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. Section 1391(b)(2).

## PARTIES

9. Plaintiff Robert Doyle ("Doyle") is a citizen of New Jersey.

10. Plaintiff Kevin McCabe ("McCabe") is a citizen of New York.

11. Defendant Cumulus Media Inc. ("Cumulus") is a corporation organized and existing under the laws of Delaware, and maintains its principal place of business at 3280 Peachtree Road NW, Suite 2200, Atlanta, Georgia 30305.

12. Defendant Cumulus Media New Holdings Inc. ("Cumulus Media New Holdings"), formerly Cumulus Media Holdings Inc., is a corporation organized and existing under the laws of Delaware, and maintains its principal place of business at 3280 Peachtree Road NW, Suite 2200, Atlanta, Georgia 30305.

13. Defendant Radio License Holdings LLC ("Radio License Holdings") is a limited-liability company organized and existing under the laws of Delaware, and maintains its principal place of business at 3280 Peachtree Road NW, Suite 2200, Atlanta, Georgia 30305.

**FACTS**

14.     Cumulus, through wholly-owned direct and indirect subsidiaries ("Cumulus Subsidiaries"), has, since at least as early as September 24, 2017, owned and have operated AM and FM radio stations throughout the United States ("Cumulus Stations").

15.     Cumulus Media New Holdings has been an indirect Cumulus Subsidiary since at least as early as September 24, 2017.

16.     Cumulus Media New Holdings, through wholly-owned direct and indirect subsidiaries, has, since at least as early as September 24, 2017, owned and have operated the Cumulus Stations.

17.     Radio License Holdings has been an indirect Cumulus Subsidiary since at least as early as September 24, 2017.

18.     Radio License Holdings has, since at least as early as September 24, 2017, owned and have operated approximately 25 Cumulus Stations ("Radio License Holdings Stations").

19.     WABC-770 AM ("WABC") is a Radio License Holdings Station.

20.     The listening area of WABC has, since at least as early as September 24, 2017, included the Eastern District of New York.

21.     Cumulus and Cumulus Subsidiaries have operated a sweepstakes whose title, in part or in full, has been, at all times, "$1,000 Giveaway" (the "Sweepstakes"), from approximately September 24, 2017, to approximately November 10, 2017 (the "First Sweepstakes Period"), from approximately March 29, 2018, to approximately May 23, 2018 (the "Second Sweepstakes Period"), and from approximately July 19, 2018 through the commencement of this action (the "Third Sweepstakes Period").

22.     The Sweepstakes has been conducted, at all times, on approximately 273 to 372 Cumulus Stations (the "Sweepstakes Stations").

23.     When the Sweepstakes is being conducted, each Sweepstakes Station states that it will announce, on air (that is, "broadcast," which, as both a verb and a noun, refers to on-air content), a word (the "Keyword") at approximately 9:00 am, 12:00 pm, 3:00 pm, and/or 6:00 pm. Eastern Time on Mondays through Fridays (the "Keyword Announcement").

24.     Each Keyword Announcement states that listeners could text the Keyword to a particular short code (the "Applicable Short Code") in order to enter into the iteration of the Sweepstakes to which the Keyword Announcement pertains (the "Sweepstakes Segment").

25.     Each Keyword Announcement states that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made.

26.      Each Keyword Announcement states that there will be one winner of the corresponding Sweepstakes Segment.

27.     Each Keyword Announcement states that the winner of the corresponding Sweepstakes Segment will win one thousand dollars.

28.     Each Keyword Announcement states that message and data rates might apply to a person's texting of the Keyword to the Applicable Short Code and to the receiving of any responsive text messages.

29.     The Applicable Short Code during the First Sweepstakes Period was 62582.

30.     The Applicable Short Code during the Second Sweepstakes Period was 95819.

31.      The Applicable Short Code during the Third Sweepstakes Period has been 95819.

32.     Defendants derive value from each Sweepstakes entry because the number of such entries provides an indication of the number of listeners at the time that a given Keyword Announcement is made.

33.     Defendants derive value from each Sweepstakes entry because the number of such entries provides an indication of the relative size of a station's audience at the time of one Keyword Announcement compared with the time of another Keyword Announcement.

4

34.     Defendants derive value from each Sweepstakes entry because the number of such entries is as an indication of listeners' interest in Defendants' Sweepstakes Stations.

35.     Defendants derive value from each Sweepstakes entry because Defendants can report, to advertisers, the information described in paragraphs "32," "33," and "34."

36.     None of the Sweepstakes Stations have broadcasted, at any time, a statement that there are multiple Sweepstakes Stations.

37.     None of the Sweepstakes Stations have broadcasted, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations.

38.     None of the Sweepstakes Stations have broadcasted, at any time, a statement that there are any rules, terms, or conditions ("Rules") of the Sweepstakes other than the Rules that are described in paragraphs "23" through "28" inclusive.

39.     Upon information and belief, Cumulus Media and Cumulus Media New Holdings have required the Sweepstakes Stations to state, during the Keyword Announcements, that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made.

40.     Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are multiple Sweepstakes Stations.

41.     Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations.

42. Upon information and belief, Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are any Rules of the Sweepstakes other than the Rules that the Sweepstakes Stations have broadcasted and that are described paragraphs "23" through "28" inclusive.

43. Based upon the broadcasted content, including the Keyword Announcements, that have pertained to the Sweepstakes (the "Sweepstakes Content"), it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the Sweepstakes was being conducted only on that Sweepstakes Station.

44. Based upon the Sweepstakes Content, it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from that Sweepstakes Station.

45. The likelihood that an entrant in a Sweepstakes Segment would be a winner has been a fraction of what that likelihood would have been if the Sweepstakes Segment had been conducted solely by the Cumulus Station from which the entrant had obtained the Keyword.

46. On or about May 17, 2018, Doyle, while located in New Jersey, listened to a Keyword Announcement on WABC (the "Doyle Keyword Announcement").

47. Within one hour of the Doyle Keyword Announcement, Doyle texted, to the Applicable Short Code, the Keyword that is identified in the Doyle Keyword Announcement ("Doyle's Entry").

48. Immediately upon Doyle's Entry, Doyle received a text message that stated: "Sorry! This keyword entry has expired. Keep listening this week for new keywords. Text them in to win!"

49. On or about May 18, 2018, McCabe, while located in the Eastern District of New York, listened a Keyword Announcement on WABC (the "McCabe Keyword Announcement").

6

50.     Within several minutes of the McCabe Keyword Announcement, McCabe texted, to the Applicable Short Code, the Keyword that is identified in the McCabe Keyword Announcement ("McCabe's Entry").

51.      Immediately upon McCabe's Entry, McCabe received a text message that stated: "Ur entered to win $1,000 dollars! Keep listening today for the next keyword to enter again! Watch for a call from 515-253-0927 if ur the winner this hour!"

52.     The Doyle Keyword Announcement and the McCabe Keyword Announcement described the Keyword as the "National Keyword."

53.     On the internet, audio simulcasts ("Internet Simulcasts") of most or all of the broadcasting of most or all of the Sweepstakes Stations have been streamed since at least as early as September 24, 2017.

54.     WABC has had an Internet Simulcast since at least as early as September 24, 2017.

55.     The Internet Simulcasts have, since at least as early as September 24, 2017, been accessible nationwide.

## AS AND FOR A FIRST CAUSE OF ACTION

56.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs "1" through "55" inclusive as if fully set forth herein.

57.     Defendants have been unjustly enriched by retaining, against equity and good conscience, the benefits that Plaintiffs and the other Members of the Class have conferred upon Defendants by entering into a Sweepstakes Segment.

58.     As a result of Defendants' unjust enrichment, Defendants should be required to make restitution to Plaintiffs and the other Members of the Class.

## AS AND FOR A SECOND CAUSE OF ACTION

59.     McCabe repeats and realleges each and every allegation contained in paragraphs "1" through "45" inclusive and "46" through "48" inclusive as if fully set forth herein.

60.     Defendants, with respect to the New York Subclass Members, have violated New York General Business Law ("GBL") Section 349, thereby entitling each New York Subclass Member, pursuant to GBL Section 349(h), to $50 per violation, injunctive relief against future violations, and reasonable legal fees.

## AS AND FOR A THIRD CAUSE OF ACTION

61.     McCabe repeats and realleges each and every allegation contained in paragraphs "1" through "45" inclusive and "46" through "48" inclusive as if fully set forth herein.

58.     Defendants, with respect to the New York Subclass Members, have violated GBL Section 350, thereby entitling each New York Subclass Member, pursuant to GBL Section 350-e(3), to $500 per violation, injunctive relief against future violations, and reasonable legal fees.

## CLASS ALLEGATIONS

62.     This action is brought pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

63.     The Class Members are so numerous that joinder of all of them is impracticable.

64.     The New York Subclass Members are so numerous that joinder of all of them is impracticable.

65.     There are, upon information and belief, at least 50,000 Class Members whose claims are similar to the claims that Plaintiffs assert as their First Cause of Action; and, furthermore, Plaintiffs' First Cause of Action is typical of the First Cause of Action of the other Class Members.

66.     There are, upon information and belief, at least 50,000 New York Subclass Members whose claims are similar to the claims that McCabe asserts as his Second Cause of Action and Third

Cause of Action; and, furthermore, McCabe's Second Cause of Action and Third Cause of Action are typical of the Second Cause of Action and Third Cause of Action of the other New York Subclass Members.

67.    Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have no interests that are antagonistic to, or in conflict with, the other Members of the Class. Indeed, Plaintiffs' interests are, for purposes of this litigation, coincident with the interests of the other Class Members.

68.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy. Because the Class and New York Subclass are each so numerous that joinder of all the Class Members and New York Subclass Members is impracticable, and because the damages sustained by most of the individual Class Members and New York Subclass Members are too small to render prosecution of the claims asserted herein economically feasible on an individual basis, the expense and burden of individual litigation makes it impractical for all of the Class Members and New York Subclass Members to adequately address the wrongs complained of herein. Plaintiffs know of no impediments to the effective management of this action as a class action.

69.    Common questions of law and fact predominate over questions that affect only individual Class Members and New York Subclass Members. Among these questions are:

> (i) whether the Sweepstakes Stations state, during the Keyword Announcements, that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made;
>
> (ii) whether the Sweepstakes Stations state, during the Keyword Announcements, that the Sweepstakes is being conducted on multiple Sweepstakes Stations;
>
> (iii) whether the Sweepstakes Stations have broadcasted, at any time, a statement that the Sweepstakes is being conducted on multiple Sweepstakes Stations;

(iv) whether the Sweepstakes Stations have broadcasted, at any time, a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations;

(v) whether the broadcast content of the Sweepstakes Stations have stated, at any time, that there are any rules, terms, or conditions of the Sweepstakes other than the rules, terms, or conditions that the Sweepstakes Stations have broadcasted;

(vi) whether Cumulus Media and Cumulus Media New Holdings have required the Sweepstakes Stations to state, during the Keyword Announcements, that the Sweepstakes is "on" the Sweepstakes Station on which the Keyword Announcement is made;

(vii) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting, at any time, a statement that there are multiple Sweepstakes Stations;

(viii) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting a statement that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from among multiple Sweepstakes Stations;

(ix) whether Cumulus Media and Cumulus Media New Holdings have prohibited the Sweepstakes Stations from broadcasting a statement that there are any rules, terms, or conditions of the Sweepstakes other than the rules, terms, or conditions that the Sweepstakes Stations have broadcasted;

(x) whether it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the Sweepstakes was being conducted only on that Sweepstakes Station; and

(xi) whether it would have been reasonable for a listener to Sweepstakes Content on a given Sweepstakes Station to believe that the winner of a Sweepstakes Segment would be selected from persons who had obtained the Keyword from that Sweepstakes Station.

**[continued on next page]**

## PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants:

(a)     Awarding, to Plaintiffs and the other Members of the Class, damages equal to that amount by which Defendants were unjustly enriched;

(b)     Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, $50 per violation of New York General Business Law Section 349;

(c)     Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, injunctive relief against future violations of York General Business Law Section 349;

(d)     Pursuant to New York General Business Law Section 349(h), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, reasonable legal fees;

(e)     Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, $500 per violation of New York General Business Law Section 350;

(f)     Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, injunctive relief against future violations of York General Business Law Section 350;

(g)     Pursuant to New York General Business Law Section 350-e(3), awarding, to Plaintiff Kevin McCabe and the other Members of the New York Subclass, reasonable legal fees; and

**[continued on next page]**

(h)    Awarding, to Plaintiffs and the other Members of the Class and New York Subclass,

costs and disbursements.

Dated: August 17, 2018

Respectfully submitted,

__ s/ *Todd C. Bank* _____
TODD C. BANK
  ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiffs*

**<u>Exhibit F</u>**

# WARGO FRENCH

ATLANTA    LOS ANGELES    MIAMI

DAVID M. PERNINI
DIRECT DIAL: 404-853-1520
E-MAIL: *dpernini@wargofrench.com*

August 27, 2018

*Via E-Mail and U.S. Mail*
**tbank@toddbanklaw.com**

Todd C. Bank, Esq.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY 11415

> **Re:** **Robert Doyle and Kevin McCabe v. Cumulus Media, Inc., et al.**
> **Civil Action No. 1:18-CV-04667**

Dear Mr. Bank:

This firm represents Defendants Cumulus Media Inc., Cumulus Media New Holdings Inc. (formerly Cumulus Media Holdings Inc.), and Radio License Holdings LLC (collectively "Defendants"). We have received Plaintiffs' Class Action Complaint ("the Complaint"). As set forth below, the Complaint lacks any basis in fact or law. Therefore, pursuant to Federal Rule of Civil Procedure 11, Defendants demand that you immediately withdraw this frivolous Complaint.

As an initial matter, majority of the claims asserted in the Complaint have been discharged by the confirmation of the *First Amended Joint Plan of Reorganization of Cumulus Media Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, In re CM Wind Down Topco Inc.,* No. 17-13381 (SCC) (Bankr. S.D.N.Y.) [ECF No. 446] (the "Plan"). Indeed, as you certainly know, on November 29, 2017, CM Wind Down Topco Inc. (formerly known as Cumulus Media Inc.) and its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code"). On May 10, 2018, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [ECF No. 769] (the "Confirmation Order"). On June 4, 2018, the effective date under the Plan occurred, the Plan was substantially consummated, and the Debtors emerged from chapter 11. *See Notice of (I) Entry of Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization, (II) Occurrence of Effective Date, and (III) Certain Bar Dates* [ECF No. 821].

Section 1141 of the Bankruptcy Code provides that claims that arise before the effective date of the confirmation of a reorganization plan are discharged by the effectuation of the plan. Any claims in the Complaint arising prior to the effective date — even if ultimately proven (which is highly unlikely for reasons discussed below) — are expressly discharged pursuant to the plain language of the Bankruptcy Code, the Plan, and the Confirmation Order. Moreover, pursuant to its Confirmation Order, the Bankruptcy Court issued a permanent injunction as to any and all claims for incidents occurring prior to the effective date. *See* Confirmation Order, Section BB.

Todd C. Bank, Esq.
August 27, 2018
Page 2


Further, you are well aware that the claims in your Complaint are frivolous, as this is not the first time you have tried—and failed—to bring nearly identical claims. In *Derbaremdiker v. Applebees Int'l, Inc.*, you brought claims for unjust enrichment and violations of N.Y. Gen. Bus. Law § 349 and § 350-e against Applebee's, claiming that its "$1,000 prize" contest deceived consumers about their odds of winning. Your claims were dismissed by the district court for failure to state a claim and that dismissal was upheld on appeal. *Derbaremdiker v. Applebee's Int'l, Inc.*, No. 12-CV-01058 KAM, 2012 WL 4482057 (E.D.N.Y. Sept. 26, 2012), aff'd, 519 F. App'x 77 (2d Cir. 2013). This Complaint will be dismissed for the same reasons.

Moreover, as you are aware from your past correspondence with counsel for Cumulus Media, this Complaint lacks any factual basis. Specifically, on August 1, 2018, counsel for Cumulus Media responded to your July 20, 2018 demand letter regarding these claims and provided evidence that the factual averments in the Complaint were false. For example, your allegation in paragraphs 38 and 42 that there were no rules for the contests other than those provided in the radio announcements is false. As you could hear from each of the sweepstakes announcement recordings that Mr. Denning provided you, listeners were directed each time to www.wabcradio.com to find the contest rules. *See* Exhibit B to the July 20, 2018 Letter. Mr. Denning also provided the contest rules confirming that the entire premise of your Complaint is false. Namely, Defendants did not "induce" people to believe the sweepstakes only involved one station. Rather, the contest rules stated that "[t]he Hourly Prize Winner will be chosen from all the entries who correctly text in to the Contest ***across the country***" and "THIS CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN EXHIBIT A ATTACHED." *See* Exhibit A to the July 20, 2018 Letter. Moreover, each of the recordings that Mr. Denning provided referred to the keyword as a "national key word," also indicating the national scope of the contests.

Further, there is no legal basis for your claims. Both counts under the General Business Law require that a plaintiff suffer an actual "injury," which you have not pled and cannot plead. *See* N.Y. Gen. Bus. Law § 349(h); N.Y. Gen. Bus. Law § 350-e(3); *see also Izquierdo v. Mondelez Int'l, Inc.*, No. 16-CV-04697 (CM), 2016 WL 6459832, at *6 (S.D.N.Y. Oct. 26, 2016) (must show "that the plaintiff suffered injury as a result of the deceptive act."). Failure to plead any such injury—aside from the alleged "deception" itself—is fatal to the claims. *See, .e.g., Izquierdo*, 2016 WL 6459832; *Donahue v. Ferolito, Vultaggio & Sons*, 13 A.D.3d 77, 78 (2004).

Moreover, the Complaint contains no facts supporting a plausible claim for unjust enrichment. An unjust enrichment claim requires that the Defendants be "in possession of money or property that rightly belongs to another." *Clifford R. Gray, Inc. v. LeChase Const. Servs.*, LLC, 31 A.D.3d 983, 988, 819 N.Y.S.2d 182, 187 (2006). The Complaint does not plead any facts showing that Defendants are in possession of any of Plaintiffs' money or property.

Todd C. Bank, Esq.
August 27, 2018
Page 3


　　　　As a result, attached please find your service copy of Defendants' Motion for Sanctions
Pursuant to Federal Rule of Civil Procedure 11.  Pursuant to FRCP 11(c)(2), if you do not withdraw
the allegations against the Defendants within 21 days after service of this letter and motion, we will
file the same with the Court seeking sanctions against both your client and your firm.  In this regard,
please also note that you are ethically obligated to inform your clients of the financial risks of
continuing to press these frivolous claims.  Your clients should be aware that if they proceed with
this frivolous action, they will be personally liable for any sanctions ordered by the Court.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　David M. Pernini

DMP/aj
Attachment

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

0000000

| | | |
|---|---|---|
| ROBERT DOYLE and KEVIN McCABE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:18-cv-04667JBW-SMG |
| vs. | ) ) | |
| CUMULUS MEDIA INC., CUMULUS MEDIA NEW HOLDINGS INC., formerly CUMULUS MEDIA HOLDINGS INC., and RADIO LICENSE HOLDINGS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION FOR DEFENDANTS' SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11

PLEASE TAKE NOTICE that Defendants Cumulus Media Inc., Cumulus Media New

Holdings Inc. (formerly Cumulus Media Holdings Inc.), and Radio License Holdings LLC

(collectively "Defendants") will move this Court before the Honorable Jack B. Weinstein, United

States District Judge, in Courtroom 10B, United States District Court, 225 Cadman Plaza East,

Brooklyn, New York 11201. The Return Date for this motion is set as: Monday, September 24,

2018 at 10:30am.

The Motion is based on Plaintiffs' refusal to withdraw their August 17, 2018 Class-

Action Complaint ("Complaint"), which lacks any legal or factual basis. ECF No. 4. First, the

Plaintiffs and their counsel are aware that they are prohibited from bringing a Complaint as a

matter of law, as the claims in the Complaint were discharged in a bankruptcy order. Moreover,

Plaintiffs and their counsel have been on notice since at least August 1, 2018 that many of the

factual contentions in the Complaint lack evidentiary support. Finally, Plaintiffs and their

1

counsel are aware that their claims are not warranted by existing law or by a nonfrivolous

argument for extending, modifying, or reversing existing law or for establishing new law.

Specifically, Plaintiffs have not alleged, and cannot alleged, any "injury" sufficient to state a

claim under N.Y. Gen. Bus. Law § 349 and § 350-e.  Similarly, Plaintiffs have not alleged, and

cannot allege, any facts supporting their unjust enrichment claim.  Finally, Plaintiffs' counsel is

already on notice of the deficiency of these claims, having previously brought a nearly identical

complaint against a different defendant, which Complaint was dismissed.  In light of these

deliberate and willful violations of Rule 11 of the Federal Rules of Civil Procedure, Defendants

seek an order dismissing the Complaint and assessing reasonable fees and costs against Plaintiffs

as well as Plaintiffs' counsel in this action.  Fed. R. Civ. P. 11(c).


Dated: August 27, 2018.                         Respectfully submitted,

                                                **WARGO & FRENCH, LLP**

                                                */s/ John C. Matthews*
                                                One of their Attorneys

                                                JOHN C. MATTHEWS
                                                New York Bar No. 4507620
                                                jmatthews@wargofrench.com
                                                201 S. Biscayne Blvd, Suite 1000
                                                Miami, FL 33131
                                                Telephone: (305) 777-6000
                                                Facsimile: (305) 777-6001

                                                ***Counsel for Defendants MiMedx Group, Inc.
                                                And Parker H. "Pete" Petit***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I sent via e-mail and U.S. Mail the foregoing

document addressed to the following counsel of record for the parties in this action:

Todd C. Bank
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY 11415
tbank@toddbanklaw.com


*/s/ John C. Matthews*
John C. Matthews

**<u>Exhibit G</u>**

TODD C. BANK, ATTORNEY AT LAW, P.C.

119-40 Union Turnpike, Fourth Floor

Kew Gardens, New York  11415

Telephone: (718) 520-7125

Facsimile: (856) 997-9193

www.toddbanklaw.com                                   tbank@toddbanklaw.com

August 29, 2018

Wargo French
999 Peachtree Street NE
26th Floor
Atlanta, GA  30309
Attn.: David M. Pernini

**Via Email**
**dpernini@wargofrench.com**

> Re:    **Robert Doyle and Kevin McCabe,** *et al.*
> **v. Cumulus Media Inc.,** *et al.*
> **Case No. 1:18-cv-04667-JBW-SMG (E.D.N.Y.)**

Dear Mr. Pernini:

In your letter of August 27, 2018, you make several statements that, below, I address on behalf of Robert Doyle and Kevin McCabe.

**1.**

**Your Statement:**
[The] majority of the claims asserted in the Complaint have been discharged."

**Our Response:**
As stated in my August 3 letter to Richard S. Denning, in response to Mr. Denning's letter of August 1, the latter "did not refute [the following] statement [in my July 20 to Mr. Denning] regarding the bankruptcy issue, which was that, "[a]lthough Cumulus (and Radio License Holdings LLC) exited bankruptcy on June 4, 2018, no notice was given of the claims asserted in the . . . complaint, and such claims, therefore, were not discharged in the bankruptcy proceedings."

Although you have pointed to two documents, Bankruptcy Documents 446 and 779, and, with respect to the latter, Section BB, I do not see where any of the plaintiffs' claims have been released. In addition, your statement clearly indicates that not *all* of the plaintiffs' claims have been released.

As stated in my August 3 letter, "we would welcome any such refutation" of our position regarding the bankruptcy matter.

David M. Pernini                              *In re Robert Doyle and Kevin McCabe,* et al. v.
August 29, 2018                               *Cumulus Media Inc.,* et al.
–page 2–                                      Case No. 1:18-cv-04667-JBW-SMG (E.D.N.Y.)

**2.**

**Your Statement:**

[Y]ou are well aware that the claims in your Complaint are frivolous, as this is not the first time you have tried—and failed—to bring nearly identical claims. In *Derbaremdiker v. Applebees Int'l, Inc.*, you brought claims for unjust enrichment and violations of N.Y. Gen. Bus. Law § 349 and § 350-e against Applebee's, claiming that its "$1,000 prize" contest deceived consumers about their odds of winning. Your claims were dismissed by the district court for failure to state a claim and that dismissal was upheld on appeal. *Derbaremdiker v. Applebee's Int 'l, Inc.*, No. 12-CV-01058 KAM, 2012 WL 4482057 (E.D.N.Y. Sept. 26, 2012), aff'd, 519 F. App'x 77 (2d Cir. 2013). This Complaint will be dismissed for the same reasons.

**Our Response:**

In *Derbaremdiker*, the plaintiff had "expressly agreed that the district court could properly consider" the official rules of the sweepstakes, and the Second Circuit, upon considering those rules, found that they "do not contradict the statements on the receipt, but rather clarify those statements to the extent they were ambiguous regarding which prizes were available daily and which companies participated in the sweepstakes."

Unlike in *Derbaremdiker*, in which the equivalent of the Keyword Announcement, *i.e.*, the plaintiff's receipt, referred to the sweepstakes' official rules, the Keyword Announcements have not done so *see* Compl., ¶¶ 24-28, such that the *content* of the Official Rules (the "Rules") is irrelevant to the Keyword Announcements.

As to the Rules' content, it may *supplement*, but not *contradict*, the *reasonable understanding* of a person who did not read it; and, as the complaint alleges, that understanding was that the contest was on only the station to which a potential Sweepstakes entrant was listening. Thus, even an entrant who knew of the *existence* of the Rules but had not read them would not be bound by the Rules' statements regarding the participation of multiple stations.

**3.**

**Your Statement:**

[Y]our allegation in paragraphs 38 and 42 that there were no rules for the contests other than those provided in the radio announcements is false.

**Our Response:**

Those paragraphs do not imply, much less state, that there were *no* contest rules, but, rather, that the existence of those rules was not *announced*. Should discovery show that such references were made with sufficient regularity, we would amend the Complaint accordingly, whereas the three audio files that were provided to me by Mr. Denning obviously did not show any such regularity, nor were dated.

David M. Pernini                        *Robert Doyle and Kevin McCabe,* et al. *v.*
August 29, 2018                         *Cumulus Media Inc.,* et al.
–page 3–                                Case No. 1:18-cv-04667-JBW-SMG (E.D.N.Y.)

**4.**

**Your Statement:**
As you could hear from each of the sweepstakes announcement recordings that Mr. Denning provided you, listeners were directed each time to www.wabcradio.com to and the contest rules.

**Our Response:**
My understanding is that such announcements began only several days before the current Sweepstakes Period, although we would welcome any evidence that shows otherwise. Moreover, as shown by the audio files that Mr. Denning provided, such announcements, to the extent that they have been made, have been at times *other than when the Keyword Announcements were made, i.e.,* at times *other than when the Sweepstakes was actually conducted,* which is obviously, and necessarily, when such announcements *should* have been made. Therefore, a listener of a Keyword Announcement cannot be deemed, by entering into the corresponding Sweepstakes Segment, to have known of the existence of the Rules, nor, of course, their substance.

**5.**

**Your Statement:**
[T]he contest rules stated that "[t]he Hourly Prize Wimrer will be chosen from all the entries who correctly text in to the Contest across the country" and "THIS CONTEST IS ONE (1) NATIONAL CONTEST MADE UP OF MANY PARTICIPATING STATIONS, AS OUTLINED IN EXHIBIT A ATTACHED."

**Our Response:**
We, of course, do not dispute what the Rules state. Instead, I refer you to Sections 2 and 4 herein.

**6.**

**Your Statement:**
[E]ach of the recordings that Mr. Denning provided referred to the keyword as a "national key word," also indicating the national scope of the contests.

**Our Response:**
As stated in my August 3 letter to Mr. Denning:

> The announcements to which Messrs. Doyle and McCabe described the keyword as the "national keyword." However, WABC, like most or all Cumulus stations, is simulcast on the internet, as a result of which it appeared that the term "national keyword" indicated that a person could enter the sweepstakes whether he was listening to the station on air or on the internet, in which case he could be located

David M. Pernini
August 29, 2018
–page 4–

*Robert Doyle and Kevin McCabe,* et al. *v.*
*Cumulus Media Inc.,* et al.
Case No. 1:18-cv-04667-JBW-SMG (E.D.N.Y.)

anywhere in the country; this is particularly so in light of the fact that WABC (and each of the other stations) described the sweepstakes as being "on" that particular station, but did not otherwise state, or imply, that the sweepstakes was simultaneously on other stations.

*See also* Compl., ¶¶ 52-55.

## 7.

**Your Statement:**
Both counts under the General Business Law require that a plaintiff suffer an actual "injury," which you have not pled and cannot plead.

**Our Response:**
The Complaint alleges that "[t]he likelihood that an entrant in a Sweepstakes Segment would be a winner has been a fraction of what that likelihood would have been if the Sweepstakes Segment had been conducted solely by the Cumulus Station from which the entrant had obtained the Keyword." Compl., ¶ 45. Having taken an action based on a representation that a certain value would be received *i.e.*, in the form of odds of winning based upon a competition against listeners of *one* station, as opposed to a competition against listeners of *multiple* stations, the failure to provide that value is the equivalent to a failure to pay a promised discount on a purchase; and, in each case, the person would be entitled to the difference between the actual value received and the value that he should have received according to the representation in question.

## 8.

**Your Statement:**
[T]he Complaint contains no facts supporting a plausible claim for unjust enrichment. An unjust enrichment claim requires that the Defendants be "in possession of money or property that rightly belongs to another."

**Our Response:**
By alleging the provision of value to Defendants, *see* Compl., ¶¶ 32-35, the Complaint satisfies the requirement regarding damages.

Sincerely,

s/ ***Todd C. Bank***

Todd C. Bank

TCB/bd