PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

*Counsel for the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                             :        Chapter 11
                                                   :
**CM WIND DOWN TOPCO INC.,**                       :        Case No. 17-13381 (SCC)
                                                   :
             Reorganized Debtor.[1]                :
                                                   :
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [ECF No. 1030] (the "**Motion**"), previously scheduled to be heard on **December 4, 2018 at 2:00 p.m. (prevailing Eastern Time)**, has been adjourned to **December 12, 2018 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Shelley C. Chapman at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 623, New York, New York 10004.

---

[1] The last four digits of the Reorganized Debtor's tax identification number are 9663. The location of the Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a reply to the *Plaintiffs' Objections to Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [ECF No. 1056] is extended to **December 4, 2018 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the motion shall proceed as scheduled on **December 12, 2018 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Shelley C. Chapman at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 623, New York, New York 10004.

Dated: November 29, 2018
New York, New York

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Paul M. Basta*
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
lclayton@paulweiss.com
jadlerstein@paulweiss.com
ctobler@paulweiss.com

*Counsel for the Reorganized Debtor*