PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

*Counsel for the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
**CM WIND DOWN TOPCO INC.,**                    :    Case No. 17-13381 (SCC)
                                                :
              **Reorganized Debtor.**[1]        :
                                                :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON DECEMBER 12, 2018 at 2:00 p.m.**

| | |
|---|---|
| Time and Date of Hearing: | December 12, 2018 at 2:00 p.m. (ET) |
| Location of Hearing: | United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Judge Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, New York 10004. |
| Copies of Pleadings: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Reorganized Debtor's notice and claims agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/cumulus. |

---

[1] The last four digits of the Reorganized Debtor's tax identification number are 9663. The location of the Reorganized Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

**I.  CONTESTED MATTERS:**

1. *Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [**ECF No. 1030**]

    Objection Deadline: November 27, 2018 at 4:00 p.m.

    Reply Deadline: December 4, 2018 at 4:00 p.m.

    Responses Filed: *Plaintiffs' Objections to the Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [**ECF No. 1056**]

    Reply Filed: *Reorganized Debtor's Reply to Plaintiffs' Objection to the Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [**ECF No. 1067**]

    Related Document: *Notice of Motion of the Reorganized Debtor to (I) Enjoin Plaintiffs from Continuing to Prosecute a Complaint in Violation of the Plan Discharge Injunction and (II) Hold Plaintiffs in Contempt for Violation of the Plan Discharge Injunction* [**ECF No. 1031**]

    *Notice of Adjournment of Hearing* [**ECF No. 1058**]

    Status: This matter is moving forward on a contested basis.

Dated: December 7, 2018
New York, New York

        **PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

        */s/ Paul M. Basta*
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
lclayton@paulweiss.com
jadlerstein@paulweiss.com
ctobler@paulweiss.com

*Counsel for the Reorganized Debtor*