UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

   C.M. Wind Down Topco Inc.,                           Case no.  17-13381

                        Debtor.
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE, that EJS Investment Holdings, LLC, WGH Communications, Inc., and Eric J. Steinmann voluntarily withdraw and dismiss the notice of appeal filed herein on March 11, 2019, docket no. 1132, together with all associated attachments and pleadings filed therewith.

Dated:  New York, New York
        March 12, 2019

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Appellants


                By:    s/Mark Frankel
                       800 Third Avenue, Floor 11
                       New York, New York  10022
                       (212) 593-1100