PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Lewis R. Clayton
Jacob A. Adlerstein
Claudia R. Tobler

*Counsel for Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CM WIND DOWN TOPCO INC.** | : | **Case No. 17-13381 (SCC)** |
| | : | |
| **Reorganized Debtor.**[1] | : | |
| | : | |
| | : | |

---------------------------------------------------------------x

**NINTH NOTICE OF ESTABLISHMENT OF OMNIBUS
HEARING DATES PURSUANT TO ORDER IMPLEMENTING
CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

**PLEASE TAKE NOTICE** that pursuant to the order, dated December 7, 2017 [Docket No. 73] (the "Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates and times in the above-captioned case:

**May 23, 2019 at 11:00 a.m. (Prevailing Eastern Time).**

**June 12, 2019 at 11:00 a.m. (Prevailing Eastern Time).**

---

[1] The last four digits of Reorganized Debtor's tax identification number are 9663. The location of the Debtor's service address is: 3280 Peachtree Road, N.W., Suite 2200, Atlanta, Georgia 30305.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that each hearing will be held before the Honorable Shelley E. Chapman, United States Bankruptcy Judge, in Courtroom 623, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004.

Dated: April 2, 2019
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP

        */s/ Paul M. Basta*
        Paul M. Basta
        Lewis R. Clayton
        Jacob A. Adlerstein
        Claudia R. Tobler

        1285 Avenue of the Americas
        New York, New York 10019
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990
        pbasta@paulweiss.com
        lclayton@paulweiss.com
        jadlerstein@paulweiss.com
        ctobler@paulweiss.com

        *Counsel for Reorganized Debtor*